MATTHEW N. METZ, State Bar No. 154995
METZ LAW GROUP, PLLC
810 3rd Ave., Ste. 700, Seattle, WA 98104
Tel. (206) 583-2745  Fax. (206) 625-8683
matthew@metzlaw.net

KENNETH D. COOPER, State Bar No. 47616
COOPER & LEWIS
5550 Topanga Canyon Blvd., Ste. 200, Woodland Hills, CA 91367
Tel. (818) 594-0011  Fax (818)594-0797
ken@cooperlewislaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>PLATINUM, TOO, LLC,<br>a Utah Limited Liability Company;<br>BRUCE MABEY, WILLIAM TEITELBAUM,<br><br>    Defendants. | Case No. C 07-5551 JL<br><br>CIVIL L.R. 3-16 CERTIFICATE OF INTERESTED PERSONS |

   Plaintiff Lay Siok Lin, by and through counsel, and in compliance with Civil L.R. 3-16, hereby state as follows:

   Pursuant to Civil L.R. 3-16, the undersigned certifies that Mr. Aziz Mochdar is an individual with a potential interest in this litigation.   Other than the named party, and Mr. Aziz Mochdar, there is no such interest to report.

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Page 1 of 2

1                         Respectfully Submitted,

2    DATED:    11/26/07      METZ LAW GROUP, PLLC

3                         *s/ Matthew N. Metz*

4

5                         Matthew N. Metz, State Bar No. 154995
                           Attorney for Plaintiff

6                         810 3rd Ave., Ste. 700
                           Seattle, WA  98104

7                         Tel. 206-583-2745, Fax. 206-625-8683
                           matthew@metzlaw.net

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Page 2 of 2