J. Reed Rawson, California Bar No. 236753
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com
*Attorneys for Defendant Platinum Too, LLC*

**UNITED STATES DISTRIC COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

********

| | |
|---|---|
| LAY SIOK LIN,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, a Utah limited liability company; BRUCE MABEY, an individual; and WILLIAM TIETELBAUM, an individual,<br><br>Defendants. | **CASE NO. C 07 5551**<br><br>**NOTICE OF LIMITED APPEARANCE FOR PURPOSES OF STIPULATING TO EXTENSION FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT** |

********

TO THE COURT AND COUNSEL OF RECORD:

Please take notice that J. Reed Rawson of the law firm of Bennett Tueller Johnson & Deere hereby enters a limited appearance in the above-captioned action as counsel for Defendant Platinum Too, LLC ("Platinum") for the sole purpose of stipulating to an extension for Platinum to respond to the Complaint. While the undersigned counsel pursues the extension, and pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed and served upon:

**NOTICE OF LIMITED APPEARANCE FOR PURPOSES OF STIPULATING TO EXTENSION FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT**

**Page 1 of 3**

1  J. Reed Rawson
2  BENNETT TUELLER JOHNSON & DEERE
3  3165 East Millrock Drive, Suite 500
   Salt Lake City, Utah 84121
4  Telephone: (801) 438-2000
   Facsimile: (801) 438-2050
5  rrawson@btjd.com

6  A Stipulated Motion to Extend Deadline for Defendant Platinum Too, LLC to Respond to

7  the Complaint and a Stipulated Order are filed contemporaneously herewith.

8  DATED this 4th day of January 2008.

9
10                              BENNETT TUELLER JOHNSON & DEERE

11
                                     /s/ J. Reed Rawson
12                              By_____
                                J. Reed Rawson, California Bar No. 236753
13                              3165 East Millrock Drive, Suite 500
                                Salt Lake City, Utah 84121
14                              Telephone: (801) 438-2000
                                Facsimile: (801) 438-2050
15                              rrawson@btjd.com

**NOTICE OF LIMITED APPEARANCE FOR PURPOSES OF STIPULATING TO EXTENSION FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT**

**Page 2 of 3**

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January 2008, I caused a true and correct copy of the foregoing **NOTICE OF LIMITED APPEARANCE FOR PURPOSES OF STIPULATING TO EXTENSION FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT** to be served via United States Postal Service, first class postage prepaid, and e-mail, upon counsel for Plaintiff, correctly addressed as follows:

Matthew N. Metz
METZ LAW GROUP, PLLC
810 3rd Avenue, Suite 700
Seattle, WA 98104
matthew@metzlaw.net

Kenneth D. Cooper
COOPER & LEWIS
5550 Topanga Canyon Blvd., Suite 200
Woodland Hills, CA 91367
ken@cooperlewislaw.com

BENNETT TUELLER JOHNSON & DEERE

/s/ J. Reed Rawson
By_____
J. Reed Rawson, California Bar No. 236753
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com

**NOTICE OF LIMITED APPEARANCE FOR PURPOSES OF STIPULATING TO EXTENSION FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT**

**Page 3 of 3**