J. Reed Rawson, California Bar No. 236753
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com
*Attorneys for Defendant Platinum Too, LLC*

# UNITED STATES DISTRIC COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

********

| | |
|---|---|
| LAY SIOK LIN,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, a Utah limited liability company; BRUCE MABEY, an individual; and WILLIAM TIETELBAUM, an individual,<br><br>Defendants. | **CASE NO. C 07 5551**<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT** |

********

Defendant Platinum Too, LLC, by and through its counsel, and Plaintiff Lay Siok Lin, by and through her counsel, jointly stipulate and move the Court for an Order extending the deadline for Platinum Too, LLC to respond to the Complaint from Monday, January 7, 2008 until Monday, January 14, 2008. A Proposed Order Granting the Stipulated Motion to Extend the Deadline for Defendant Platinum Too, LLC to Respond to the Complaint is attached hereto as Exhibit A.

**STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT**

**Page 1 of 3**

1  RESPECTFULLY SUBMITTED this 4th day of January 2008.

2  BENNETT TUELLER JOHNSON & DEERE

3

4  /s/ J. Reed Rawson
By_____
5  J. Reed Rawson, California Bar No. 236753
3165 East Millrock Drive, Suite 500
6  Salt Lake City, Utah 84121
Telephone: (801) 438-2000
7  Facsimile: (801) 438-2050
rrawson@btjd.com
8

9  METZ LAW GROUP, PLLC

10  /s/ Matthew N. Metz
By_____
11  Matthew N. Metz, California Bar No. 154995
810 3rd Avenue, Suite 700
12  Seattle, WA 98104
matthew@metzlaw.net
13

**STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT**

**Page 2 of 3**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January 2008, I caused a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT** to be served via United States Postal Service, first class postage prepaid, and e-mail, upon counsel for Plaintiff, correctly addressed as follows:

Matthew N. Metz
METZ LAW GROUP, PLLC
810 3rd Avenue, Suite 700
Seattle, WA 98104
matthew@metzlaw.net

Kenneth D. Cooper
COOPER & LEWIS
5550 Topanga Canyon Blvd., Suite 200
Woodland Hills, CA 91367
ken@cooperlewislaw.com

BENNETT TUELLER JOHNSON & DEERE

/s/ J. Reed Rawson
By_____
J. Reed Rawson, California Bar No. 236753
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com

**STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT**

**Page 3 of 3**