Order Prepared By:

J. Reed Rawson, California Bar No. 236753
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com
*Attorneys for Defendant Platinum Too, LLC*

**UNITED STATES DISTRIC COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

********

| | |
|---|---|
| LAY SIOK LIN,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, a Utah limited liability company; BRUCE MABEY, an individual; and WILLIAM TIETELBAUM, an individual,<br><br>Defendants. | **CASE NO. C 07 5551**<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT** |

********

Based on the STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT, filed jointly by Defendant Platinum Too, LLC and Plaintiff Lay Siok Lin, by and through their counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT Defendant Platinum Too, LLC shall have until Monday, January 14, 2008 to respond to the Complaint.

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT**

**Page 1 of 3**

1     DATED this ___day of _____ 2008.

2                                                    UNITED STATES DISTRICT COURT

3

4                                               _____

5                                               Honorable James Larson
                                              U.S. District Court Magistrate Judge

6

7 Approved as to Form and Content:

8 METZ LAW GROUP, PLLC

9

10       /s/ Matthew N. Metz
By_____

11 Matthew N. Metz, California Bar No. 154995
810 3rd Avenue, Suite 700

12 Seattle, WA 98104
matthew@metzlaw.net

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT**

**Page 2 of 3**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January 2008, I caused a true and correct copy of the foregoing **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT** to be served via United States Postal Service, first class postage prepaid, and e-mail, upon counsel for Plaintiff, correctly addressed as follows:

>   Matthew N. Metz
>   METZ LAW GROUP, PLLC
>   810 3rd Avenue, Suite 700
>   Seattle, WA 98104
>   matthew@metzlaw.net
>
>   Kenneth D. Cooper
>   COOPER & LEWIS
>   5550 Topanga Canyon Blvd., Suite 200
>   Woodland Hills, CA 91367
>   ken@cooperlewislaw.com

>                       BENNETT TUELLER JOHNSON & DEERE
>
>                         /s/ J. Reed Rawson
>   By_____
>   J. Reed Rawson, California Bar No. 236753
>   3165 East Millrock Drive, Suite 500
>   Salt Lake City, Utah 84121
>   Telephone: (801) 438-2000
>   Facsimile: (801) 438-2050
>   rrawson@btjd.com

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT**

**Page 3 of 3**