Order Prepared By:

J. Reed Rawson, California Bar No. 236753
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com
*Attorneys for Defendant Platinum Too, LLC*

**UNITED STATES DISTRIC COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

**********

| | |
|---|---|
| LAY SIOK LIN,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, a Utah limited liability company; BRUCE MABEY, an individual; and WILLIAM TIETELBAUM, an individual,<br><br>Defendants. | **CASE NO. C 07 5551**<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT** |

********

Based on the STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT, filed jointly by Defendant Platinum Too, LLC and Plaintiff Lay Siok Lin, by and through their counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT Defendant Platinum Too, LLC shall have until Monday, January 14, 2008 to respond to the Complaint.

DATED this ___day of _______________ 2008.

UNITED STATES DISTRICT COURT

___________________________________
Honorable James Larson
U.S. District Court Magistrate Judge

Approved as to Form and Content:

METZ LAW GROUP, PLLC

/s/ Matthew N. Metz
By____________________________________
Matthew N. Metz, California Bar No. 154995
810 3rd Avenue, Suite 700
Seattle, WA 98104
matthew@metzlaw.net

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT**

**Page 2 of 3**

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January 2008, I caused a true and correct copy of the foregoing **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT** to be served via United States Postal Service, first class postage prepaid, and e-mail, upon counsel for Plaintiff, correctly addressed as follows:

Matthew N. Metz
METZ LAW GROUP, PLLC
810 3rd Avenue, Suite 700
Seattle, WA 98104
matthew@metzlaw.net

Kenneth D. Cooper
COOPER & LEWIS
5550 Topanga Canyon Blvd., Suite 200
Woodland Hills, CA 91367
ken@cooperlewislaw.com

BENNETT TUELLER JOHNSON & DEERE

/s/ J. Reed Rawson
By________________________________
J. Reed Rawson, California Bar No. 236753
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com