Order Prepared By:

J. Reed Rawson, California Bar No. 236753
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com
*Attorneys for Defendant Platinum Too, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

********

| | |
|---|---|
| LAY SIOK LIN,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, a Utah limited liability company; BRUCE MABEY, an individual; and WILLIAM TIETELBAUM, an individual,<br><br>Defendants. | **CASE NO. C 07 5551**<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT** |

********

Based on the STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT, filed jointly by Defendant Platinum Too, LLC and Plaintiff Lay Siok Lin, by and through their counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT Defendant Platinum Too, LLC shall have until Monday, January 14, 2008 to respond to the Complaint.

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT**

Page 1 of 3

DATED this 8 day of January 2008.

UNITED STATES DISTRICT COURT

_/s/ James Larson_____
Honorable James Larson
U.S. District Court Magistrate Judge

Approved as to Form and Content:

METZ LAW GROUP, PLLC

By /s/ Matthew N. Metz
_____
Matthew N. Metz, California Bar No. 154995
810 3rd Avenue, Suite 700
Seattle, WA 98104
matthew@metzlaw.net

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT PLATINUM TOO, LLC TO RESPOND TO THE COMPLAINT**

Page 2 of 3