MATTHEW N. METZ, SBN 154995
METZ LAW GROUP, PLLC
810 3rd Avenue, Suite 700, Seattle, WA 98104
Tel: (206) 583-2745;  Fax: (206) 625-8683
matthew@metzlaw.com

COOPER & LEWIS
KENNETH D. COOPER, SBN 47616
5550 Topanga Canyon Boulevard, Suite 200, Woodland Hills, California 9l367
Tel:  (8l8) 594-0011; Fax: (818) 594-0797
ken@cooperlewislaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAY SIOK LIN,** | CASE NO. C07 5551 JL |
| Plaintiff, | REQUEST TO ENTER DEFAULT |
| v. | |
| **PLATINUM TOO, LLC, a Utah Limited Liability Company; BRUCE MABEY, WILLIAM TEITLEBAUM,** | |
| Defendants. | |

TO THE CLERK OF THE OF THE ABOVE-ENTITLED COURT:

Plaintiff LAY SIOK LIN hereby requests that the court enter the default in this matter against defendants PLATINUM TOO, LLC; BRUCE MABEY and WILLIAM TEITLEBAUM on the grounds that each of said defendants has failed to answer or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure and such additional time (through January 14, 2008) provided to PLATINUM TOO, LLC, as stipulated to by the parties.

Dated:  January 16, 2008                                     METZ LAW GROUP

                                                             */s/ Matthew N. Metz*

                                                             _____
                                                             MATTHEW N. METZ

1

REQUEST TO ENTER DEFAULT