| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Urena<br>810 3rd Ave, #700<br>Seattle, WA 98104<br>TELEPHONE NO.: 206 440-3000    FAX NO. *(Optional)*: 206 224-3713<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: LAY SIOK LIN | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: LAY SIOK LIN | CASE NUMBER:<br>C 07 5551 |
| DEFENDANT/RESPONDENT: PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL., | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons in A Civil Action; Complaint for Violations of The Federal Securities Law, Brech of Contract, Fraud; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Befora A Magistrate Judge and Request for Reassignment to A United States District Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Certificate of Service

3. a. Party served *(specify name of party as shown on documents served)*:
      **BRUCE MABEY**
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   **4236 MOUNT OLYMPUS Way, SALT LAKE CITY, UT 84124**

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:  (2) at *(time)*:
   b. [X] **by substituted service.** On *(date)*: **12/17/2007**  (2) at *(time)*: **12:22 PM**  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Jane Doe, wife refused to give name, CO-RESIDENT, A white female approx. 45-55 years of age 5'6"-5'8" in height weighing 120-140 lbs with blonde hair
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [X] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:  from *(city)*:  or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Order No. 4787107 SEA

| PLAINTIFF/PETITIONER: | LAY SIOK LIN | CASE NUMBER: | C 07 5551 |
|---|---|---|---|
| DEFENDANT/RESPONDENT: | PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL., | | |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  (1) on *(date):*   (2) from *(city):*
  (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
  (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)
d. [ ] **by other means** *(specify means of service and authorizing code section):*

  [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [X] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant
  d. [ ] On behalf of *(specify):*
      under the following Code of Civil Procedure section:
          [ ] 416.10 (corporation)            [ ] 415.95 (business organization, form unknown)
          [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
          [ ] 416.30 (joint stock company/association)   [ ] 416.70 (ward or conservatee)
          [ ] 416.40 (association or partnership)        [ ] 416.90 (authorized person)
          [ ] 416.50 (public entity)          [ ] 415.46 (occupant)
                                              [ ] other

7. **Person who served papers**
  a. Name: Wendy Stowers
  b. Address: 5258 S PINEMONT DR., SUITE B-210, MURRAY, UT 84123
  c. Telephone number: 801-281-0289
  d. The fee for service was: $0.00
  e. I am:
    (1) [X] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] registered California process server:
        (i) [ ] owner  [ ] employee  [ ] independant contractor
        (ii) [ ] Registration No.:
        (iii) [ ] County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
  or
9. [ ] **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 12/18/2007

Wendy Stowers
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2

Order No. 4787107 SEA

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Urena<br>810 3rd Ave, #700<br>Seattle, WA 98104<br>TELEPHONE NO.: 206 440-3000   FAX NO. (Optional): 206 224-3713<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): LAY SIOK LIN | |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: | LAY SIOK LIN | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL., | C 07 5551 |
| | DECLARATION OF REASONABLE DILIGENCE | Ref. No. or File No.: |

Party to Serve:
**BRUCE MABEY**

Documents:
**Summons in A Civil Action; Complaint for Violations of The Federal Securities Law, Brech of Contract, Fraud; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Befora A Magistrate Judge and Request for Reassignment to A United States District Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Certificate of Service**

Service Address:
**4236 MOUNT OLYMPUS Way, SALT LAKE CITY, UT 84124**

I declare the following attempts were made to effect service by personal delivery:
**11/28/2007 7:30:00 PM: No Answer at the door, lights on inside on one attempt.**
**12/1/2007 9:30:00 AM: No Answer at the door**
**12/3/2007 6:50:00 PM: No Answer at the door**
**12/5/2007 8:00:00 PM: No Answer at the door**

Person who served papers:
**Wendy Stowers**
**5258 S PINEMONT DR., SUITE B-210, MURRAY, UT 84123**
**801-281-0289**

I am not a registered California process server.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **12/21/2007**

_____
**Wendy Stowers**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

Order No. 4787107 SEA

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Urena<br>810 3rd Ave, #700<br>Seattle, WA 98104<br>TELEPHONE NO.: 206 440-3000    FAX NO. *(Optional)*: 206 224-3713<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: LAY SIOK LIN | |
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: LAY SIOK LIN | CASE NUMBER:<br>C 07 5551 |
| DEFENDANT/RESPONDENT: PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL., | |
| DECLARATION OF REASONABLE DILIGENCE | Ref. No. or File No.: |

Party to Serve:
**BRUCE MABEY**

Documents:
**Summons in A Civil Action; Complaint for Violations of The Federal Securities Law, Brech of Contract, Fraud; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Befora A Magistrate Judge and Request for Reassignment to A United States District Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Certificate of Service**

Service Address:
**4236 MOUNT OLYMPUS Way, SALT LAKE CITY, UT 84124**

I declare the following attempts were made to effect service by personal delivery:
12/13/2007 8:05:00 PM: No Answer at the door
12/14/2007 11:06:00 AM: No Answer at the door, movement inside, 2 vehicles present (418NWS )

Person who served papers:
**Wendy Stowers
5258 S PINEMONT DR., SUITE B-210, MURRAY, UT 84123
801-281-0289**

I am not a registered California process server.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **12/21/2007**

**Wendy Stowers**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

Order No. 4787107 SEA

https://www.abclegal.com/agents/proofs/california.asp?ord=4787107&typ=subres&ttl=C...    12/21/2007

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Urena<br>810 3rd Ave, #700<br>Seattle, WA 98104<br>TELEPHONE NO.: 206 440-3000   FAX NO. (Optional): 206 224-3713<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): LAY SIOK LIN | |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: | LAY SIOK LIN | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL., | C 07 5551 |
| DECLARATION OF REASONABLE DILIGENCE | | Ref. No. or File No.: |

Party to Serve:
**BRUCE MABEY**

Documents:
**Summons in A Civil Action; Complaint for Violations of The Federal Securities Law, Brech of Contract, Fraud; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Befora A Magistrate Judge and Request for Reassignment to A United States District Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Certificate of Service**

Service Address:
**4236 MOUNT OLYMPUS Way, SALT LAKE CITY, UT 84124**

I declare the following attempts were made to effect service by personal delivery:
**12/16/2007 10:36:00 AM: No Answer at the door, vehicle present (418NWS)**

Person who served papers:
**Wendy Stowers
5258 S PINEMONT DR., SUITE B-210, MURRAY, UT 84123
801-281-0289**

I am not a registered California process server.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **12/21/2007**

**Wendy Stowers**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

Order No. 4787107 SEA