| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Metz & Urena <br> 810 3rd Ave, #700 <br> Seattle, WA 98104 <br> TELEPHONE NO.: **206 440-3000**    FAX NO. *(Optional)*: **206 224-3713** <br> EMAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: **LAY SIOK LIN** | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER: **LAY SIOK LIN** <br> DEFENDANT/RESPONDENT: **PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL.,** | CASE NUMBER: **C 07 5551** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons in A Civil Action; Complaint for Violations of The Federal Securities Law, Brech of Contract, Fraud; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Befora A Magistrate Judge and Request for Reassignment to A United States District Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Certificate of Service

3. a. Party served *(specify name of party as shown on documents served)*:
      **WILLIAM TEITELBAUM**
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   **4 WINSTON Court, DIX HILLS, NY 11746**

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:  (2) at *(time)*:
   b. [X] **by substituted service.** On *(date)*: 11/23/2007  (2) at *(time)*: 8:30 AM  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      **"JANE DOE", REFUSED NAME, CO-TENANT, A white female approx. 45-55 years of age 5'8"-5'10" in height weighing 140-160 lbs with black hair and glasses**
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [X] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:  from *(city)*:  or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2 <br> Code of Civil Procedure. § 417.10 <br> Order No. 4787108 SEA |

https://www.abclegal.com/agents/proofs/california.asp?ord=4787108&typ=subres&ttl=Californi...    11/26/2007

| PLAINTIFF/PETITIONER: | LAY SIOK LIN | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL., | C 07 5551 |

  c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
     (1) on *(date)*:     (2) from *(city)*:
     (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (*Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30)
     (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

  d. [ ] **by other means** *(specify means of service and authorizing code section)*:

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ X ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify)*:
  c. [ ] as occupant
  d. [ ] On behalf of *(specify)*:
    under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
                                                                             [ ] other

7. **Person who served papers**
  a. Name:     KATHERINE WELLER
  b. Address:     PO BOX 93, DEER PARK, NY 11729
  c. Telephone number:     631-667-8260
  d. The fee for service was:     $0.00
  e. I am:
    (1) [ X ] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] registered California process server:
      (i) [ ] owner   [ ] employee   [ ] independant contractor
      (ii) [ ] Registration No.:
      (iii) [ ] County:

8. [ X ] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: **11/26/2007**

        KATHERINE WELLER
  (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)               (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>**Metz & Urena**<br>**810 3rd Ave, #700**<br>**Seattle, WA 98104**<br>TELEPHONE NO.: **206 440-3000**    FAX NO. *(Optional)*: **206 224-3713**<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:    **LAY SIOK LIN** | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER:   **LAY SIOK LIN**<br>DEFENDANT/RESPONDENT:   **PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL.,** | CASE NUMBER:<br>**C 07 5551** |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.: |

Party to Serve:
**WILLIAM TEITELBAUM**

Documents:
**Summons in A Civil Action; Complaint for Violations of The Federal Securities Law, Brech of Contract, Fraud; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Befora A Magistrate Judge and Request for Reassignment to A United States District Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Certificate of Service**

Service Address:
**4 WINSTON Court, DIX HILLS, NY 11746**

I declare the following attempts were made to effect service by personal delivery: 11/20/07 @ 8:00 am, 11-21-07 @ 6:30 am, 11-22-07 @ 4:30 pm

Person who served papers:
**KATHERINE WELLER**
**PO BOX 93, DEER PARK, NY 11729**
**631-667-8260**

I am not a registered California process server.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **11/26/2007**

_____            _____
KATHERINE WELLER                                                       (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Order No. 4787108 SEA