| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Urena<br>810 3rd Ave, #700<br>Seattle, WA 98104<br>TELEPHONE NO.: 206 440-3000   FAX NO. *(Optional)*: 206 224-3713<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: LAY SIOK LIN | |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: LAY SIOK LIN

DEFENDANT/RESPONDENT: PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL.,

CASE NUMBER: C 07 5551

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents):*
   Summons in A Civil Action; Complaint for Violations of The Federal Securities Law, Brech of Contract, Fraud; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Befora A Magistrate Judge and Request for Reassignment to A United States District Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Certificate of Service

3. a. Party served *(specify name of party as shown on documents served):*
   **PLATINUM TOO, LLC.,**

   b. [ X ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Brent Hawkins, REGISTERED AGENT**

4. Address where the party was served:
   **3865 WASATCH Boulevard SUITE 300, SALT LAKE CITY, UT 84109**

5. I served the party *(check proper box)*
   a. [ X ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* **12/17/2007**  (2) at *(time):* **2:34 PM**
   b. [ ] **by substituted service.** On *(date):*  (2) at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*  from *(city):*  or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Order No. 4787106 SEA

| PLAINTIFF/PETITIONER: | LAY SIOK LIN | CASE NUMBER: | C 07 5551 |
|---|---|---|---|
| DEFENDANT/RESPONDENT: | PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL., | | |

    c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
       (1) on *(date)*:    (2) from *(city)*:
       (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
       (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)
    d. [ ] **by other means** *(specify means of service and authorizing code section)*:

       [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. [ ] as an individual defendant.
    b. [ ] as the person sued under the fictitious name of *(specify)*:
    c. [ ] as occupant
    d. [X] On behalf of *(specify)*: **PLATINUM TOO, LLC.,**
       under the following Code of Civil Procedure section:
            [ ] 416.10 (corporation)                 [ ] 415.95 (business organization, form unknown)
            [ ] 416.20 (defunct corporation)         [ ] 416.60 (minor)
            [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
            [ ] 416.40 (association or partnership)   [ ] 416.90 (authorized person)
            [ ] 416.50 (public entity)                 [ ] 415.46 (occupant)
                                                                                    [ ] other

7. **Person who served papers**
    a. Name:               **Clifford Stowers**
    b. Address:           **5258 S PINEMONT DR., SUITE B-210, MURRAY, UT 84123**
    c. Telephone number:  **801-281-0289**
    d. The fee for service was:  **$0.00**
    e. I am:
       (1) [X] not a registered California process server.
       (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
       (3) [ ] registered California process server:
            (i) [ ] owner  [ ] employee  [ ] independant contractor
            (ii) [ ] Registration No.:
            (iii) [ ] County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
       or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: **12/18/2007**

               **Clifford Stowers**
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                (SIGNATURE)

POS-010 [Rev. January 1, 2007]                                                    Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**      Order No. 4787106 SEA