**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                      General Court Number
Clerk                                                                           415.522.2000

January 24, 2008

RE:  CV 07-05551 JL          LAY SIOK LIN-v- PLATINUM TOO

Default is entered as to Defendants Platinum Too, LLC, Bruce Mabey and William Teitelbaum
on 1/24/08.

RICHARD W. WIEKING, Clerk

byGloria Acevedo
Case Systems Administrator
To Chief Magistrate Judge James Larson

NDC TR-4  Rev. 3/89