1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  LAY SIOK LIN,

12                                              No. C  07 5551

                Plaintiff(s),

13                                              **DECLINATION TO PROCEED BEFORE**
                                                **A MAGISTRATE JUDGE**
      v.                                                    **AND**
14  PLATINUM TOO, LLC, etc. BRUCE MABEY,        **REQUEST FOR REASSIGNMENT TO A**
    etc., WILLIAM TEITELBAUM                    **UNITED STATES DISTRICT JUDGE**
15

                Defendant(s).
16  _____/

17

      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
      The undersigned party hereby declines to consent to the assignment of this case to a United
19
    States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
    a United States District Judge.
21

22
    Dated: 1-29-08                              Signature _____
23                                              Matthew Metz, SBN 154975
                                                Counsel for  Plaintiff Lay Siok Lin
24                                              (Plaintiff, Defendant, or indicate "pro se")

25
26
27
28