UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAY SIOK LIN,

               Plaintiff,

  v.

PLATINUM TOO et al,

               Defendant.

_____ /

Case Number: CV07-05551 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth David Cooper
Cooper & Lewis
5550 Topanga Cyn Blvd #200
Woodland Hills, CA 91367

Dated: February 1, 2008

                          Richard W. Wieking, Clerk
                          By: Dawn Toland, Deputy Clerk