J. Reed Rawson, California Bar No. 236753
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com
*Attorneys for Defendant Platinum Too, LLC*

### UNITED STATES DISTRIC COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

********

| | |
|---|---|
| LAY SIOK LIN,<br><br>                                    Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, a Utah limited liability company; BRUCE MABEY, an individual; and WILLIAM TIETELBAUM, an individual,<br><br>                                    Defendants. | **CASE NO.  C 07 5551**<br><br>**<u>Hearing Time and Date</u>:** 8:00 a.m., Thursday, March 13, 2008<br><br>**MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION** |

********

Pursuant to Rule 7 and Northern District of California Local Civil Rule 11-5(a), the law firm of Bennett Tueller Johnson & Deere and J. Reed Rawson (collectively, "BTJD"), counsel for defendant Platinum Too, LLC ("Platinum Too"), submit this Motion to Withdraw from Representation. The grounds for this motion are more fully set forth in the Memorandum in Support of Motion to Withdraw from Representation, which is filed concurrently with this motion. In brief, however, this motion is based on the fact that BTJD was retained for the limited purpose of obtaining an extension of time for Platinum Too to respond to the Complaint, but for no other

**MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION**

**Page 1 of 3**

purpose.  (Pursuant to Northern District of California Local Rule 7-2(c), a proposed Order is attached hereto as Exhibit A.)

DATED this 6th day of February 2008.

BENNETT TUELLER JOHNSON & DEERE

By /s/ J. Reed Rawson
_____
J. Reed Rawson, California Bar No. 236753
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com

**MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION**

**Page 2 of 3**

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2008, I caused a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION** to be served via United States Postal Service, first class postage prepaid, and e-mail, upon counsel for Plaintiff, correctly addressed as follows:

> Matthew N. Metz
> METZ LAW GROUP, PLLC
> 810 3rd Avenue, Suite 700
> Seattle, WA 98104
> matthew@metzlaw.net
>
> Kenneth D. Cooper
> COOPER & LEWIS
> 5550 Topanga Canyon Blvd., Suite 200
> Woodland Hills, CA 91367
> ken@cooperlewislaw.com

                               BENNETT TUELLER JOHNSON & DEERE

                                     /s/ J. Reed Rawson
                           By_____
                           J. Reed Rawson, California Bar No. 236753
                           3165 East Millrock Drive, Suite 500
                           Salt Lake City, Utah 84121
                           Telephone: (801) 438-2000
                           Facsimile: (801) 438-2050
                           rrawson@btjd.com