Order Prepared By:

J. Reed Rawson, California Bar No. 236753
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com
*Attorneys for Defendant Platinum Too, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

********

| | |
|---|---|
| LAY SIOK LIN,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, a Utah limited liability company; BRUCE MABEY, an individual; and WILLIAM TIETELBAUM, an individual,<br><br>Defendants. | **CASE NO. C 07 5551**<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION** |

********

Before the Court is J. Reed Rawson and the law firm of Bennett Tueller Johnson & Deere's (collectively "BTJD") Motion for Leave to Withdraw from Representation of Defendant Platinum Too, LLC. Based on BTJD's motion, and for good cause appearing, it is hereby ordered, adjudged and decreed that BTJD's Motion for Leave to Withdraw from Representation is GRANTED.

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION**

**Page 1 of 3**

DATED this _____ day of February 2008.

UNITED STATES DISTRICT COURT

_____
Honorable William Alsup
U.S. District Court Judge

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION**

**Page 2 of 3**

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2008, I caused a true and correct copy of the foregoing **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION** to be served via United States Postal Service, first class postage prepaid, and e-mail, upon counsel for Plaintiff, correctly addressed as follows:

Matthew N. Metz
METZ LAW GROUP, PLLC
810 3rd Avenue, Suite 700
Seattle, WA 98104
matthew@metzlaw.net

Kenneth D. Cooper
COOPER & LEWIS
5550 Topanga Canyon Blvd., Suite 200
Woodland Hills, CA 91367
ken@cooperlewislaw.com

BENNETT TUELLER JOHNSON & DEERE

/s/ J. Reed Rawson
By_____
J. Reed Rawson, California Bar No. 236753
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION**

**Page 3 of 3**