J. Reed Rawson, California Bar No. 236753
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com
*Attorneys for Defendant Platinum Too, LLC*

**UNITED STATES DISTRIC COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

********

| | |
|---|---|
| LAY SIOK LIN,<br><br>                              Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, a Utah limited liability company; BRUCE MABEY, an individual; and WILLIAM TIETELBAUM, an individual,<br><br>                              Defendants. | **CASE NO.  C 07 5551**<br><br>**Hearing Time and Date:** 8:00 a.m., **Thursday, March 13, 2008**<br><br>**MOTION FOR EXPEDITED RESOLUTION OF MOTION TO WITHDRAW FROM REPRESENTATION** |

********

Pursuant to Federal Rule of Civil Procedure 7, the law firm of Bennett Tueller Johnson & Deere and J. Reed Rawson (collectively, "BTJD"), counsel for Defendant Platinum Too, LLC, submits this Motion for Expedited Resolution of Motion to Withdraw.  The grounds for this motion are more fully set forth in the Memorandum in Support of Motion for Expedited Resolution of Motion to Withdraw, which is filed concurrently herewith.  In brief, however, this motion is based on the fact that a case management conference is calendared for Thursday, February 7, 2008 and the Court has advised counsel that in person attendance is required.  Adhering to the normal deadlines for motion briefing would unduly burden BTJD and given BTJD's limited appearance in the case,

**MOTION FOR EXPEDITED RESOLUTION OF MOTION TO WITHDRAW FROM REPRESENTATION**

**Page 1 of 3**

attendance and participation in the case management should not be required.  Thus, BTJD requests that this Court forego the normal briefing schedule and rule on the Motion at its earliest convenience.  Alternatively, in the event the Court desires a response from Plaintiff, BTJD requests that the Court set a hearing on the Motion at its earliest convenience, where Plaintiff would have an opportunity to respond to the Motion.  (Pursuant to Northern District of California Local Rule 7-2(c), a proposed Order is attached hereto as Exhibit A.)

DATED this 6th day of February 2008.

BENNETT TUELLER JOHNSON & DEERE

/s/ J. Reed Rawson
By_____
J. Reed Rawson, California Bar No. 236753
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com

**MOTION FOR EXPEDITED RESOLUTION OF MOTION TO WITHDRAW FROM REPRESENTATION**

**Page 2 of 3**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2008, I caused a true and correct copy of the foregoing **MOTION FOR EXPEDITED RESOLUTION OF MOTION TO WITHDRAW FROM REPRESENTATION** to be served via United States Postal Service, first class postage prepaid, and e-mail, upon counsel for Plaintiff, correctly addressed as follows:

Matthew N. Metz
METZ LAW GROUP, PLLC
810 3rd Avenue, Suite 700
Seattle, WA 98104
matthew@metzlaw.net

Kenneth D. Cooper
COOPER & LEWIS
5550 Topanga Canyon Blvd., Suite 200
Woodland Hills, CA 91367
ken@cooperlewislaw.com

       BENNETT TUELLER JOHNSON & DEERE

        /s/ J. Reed Rawson
By_____
J. Reed Rawson, California Bar No. 236753
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com

**MOTION FOR EXPEDITED RESOLUTION OF MOTION TO WITHDRAW FROM REPRESENTATION**

**Page 3 of 3**