J. Reed Rawson, California Bar No. 236753
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com
*Attorneys for Defendant Platinum Too, LLC*

# UNITED STATES DISTRIC COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

********

| | |
|---|---|
| LAY SIOK LIN,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, a Utah limited liability company; BRUCE MABEY, an individual; and WILLIAM TIETELBAUM, an individual,<br><br>Defendants. | **CASE NO. C 07 5551**<br><br>**Hearing Time and Date:** 8:00 a.m., Thursday, March 13, 2008<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED RESOLUTION OF MOTION TO WITHDRAW FROM REPRESENTATION** |

********

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Rule 7-4 of the Local Rules of the Northern District of California, the law firm of Bennett Tueller Johnson & Deere and J. Reed Rawson (collectively, "BTJD"), counsel for Defendant Platinum Too, LLC, submit this Memorandum in Support of Motion for Expedited Resolution of Motion to Withdraw.

## ARGUMENT

This Court indisputably possesses inherent authority and broad discretion to manage its docket. See Allen v. Bayer Corp., 460 F.3d 1217, 1227 (9th Cir. 2006) (discussing authority and discretion of district court to administer docket). BTJD's Motion to Withdraw, which BTJD filed

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED RESOLUTION OF MOTION TO WITHDRAW FROM REPRESENTATION**

Page 1 of 4

on February 6, 2008, presents a situation where justice would be served, and all parties benefited, by the Court's exercise of its discretion to forego the normal schedule for motion briefing. In the Motion, BTJD requested the Court's permission to withdraw as counsel for Platinum Too, LLC ("Platinum Too") in this action because they had only entered a limited appearance for purposes of obtaining an extension for Platinum Too to respond to the Complaint, but for no other purpose.

There is a case management conference calendared for February 7, 2008. Following the briefing schedule set forth by Civil Rule 7-3 of the local rules for the Northern District of California would make BTJD's reply brief in support of its motion due several weeks after the calendared case management conference. Because BTJD was only retained for a very limited purpose, which purpose has been served, BTJD should not be required to participate in the case management conference and the Court should grant BTJD's Motion to Withdraw from Representation. Alternatively, if BTJD is required to participate in the case management conference, BTJD requests that it be allowed to appear telephonically.

BTJD requests that this Court forego the normal briefing schedule and rule on the Motion to Withdraw from Representation at its earliest convenience. Alternatively, in the event the Court desires a response from Plaintiff Lay Siok Lin ("Plaintiff"), BTJD requests that the Court set a hearing on the Motion at its earliest convenience, where Plaintiff would have an opportunity to respond to the Motion. (Pursuant to Northern District of California Local Rule 7-2(c), a proposed Order is attached hereto as Exhibit A.)

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED RESOLUTION OF MOTION TO WITHDRAW FROM REPRESENTATION**

**Page 2 of 4**

1   DATED this 6th day of February 2008.

2

3                                   BENNETT TUELLER JOHNSON & DEERE

4                                        /s/ J. Reed Rawson

5
                                    By_____
6                                   J. Reed Rawson, California Bar No. 236753
                                    3165 East Millrock Drive, Suite 500
7                                   Salt Lake City, Utah 84121
                                    Telephone: (801) 438-2000
8                                   Facsimile: (801) 438-2050
9                                   rrawson@btjd.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
    **MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED RESOLUTION OF MOTION TO
28  WITHDRAW FROM REPRESENTATION**

**Page 3 of 4**

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2008, I caused a true and correct copy of the foregoing **MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED RESOLUTION OF MOTION TO WITHDRAW FROM REPRESENTATION** to be served via United States Postal Service, first class postage prepaid, and e-mail, upon counsel for Plaintiff, correctly addressed as follows:

Matthew N. Metz
METZ LAW GROUP, PLLC
810 3rd Avenue, Suite 700
Seattle, WA 98104
matthew@metzlaw.net

Kenneth D. Cooper
COOPER & LEWIS
5550 Topanga Canyon Blvd., Suite 200
Woodland Hills, CA 91367
ken@cooperlewislaw.com

BENNETT TUELLER JOHNSON & DEERE

/s/ J. Reed Rawson
By_____
J. Reed Rawson, California Bar No. 236753
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED RESOLUTION OF MOTION TO WITHDRAW FROM REPRESENTATION**

**Page 4 of 4**