Order Prepared By:

J. Reed Rawson, California Bar No. 236753
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
rrawson@btjd.com
*Attorneys for Defendant Platinum Too, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

********

| | |
|---|---|
| LAY SIOK LIN,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, a Utah limited liability company; BRUCE MABEY, an individual; and WILLIAM TIETELBAUM, an individual,<br><br>Defendants. | **CASE NO. C 07 5551   WHA**<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION** |

********

Before the Court is J. Reed Rawson and the law firm of Bennett Tueller Johnson & Deere's (collectively "BTJD") Motion for Leave to Withdraw from Representation of Defendant Platinum Too, LLC. Based on BTJD's motion, and for good cause appearing, it is hereby ordered, adjudged and decreed that BTJD's Motion for Leave to Withdraw from Representation is GRANTED.

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION**

Page 1 of 3

1   DATED this __7th__ day of February 2008.

UNITED STATES DISTRICT COURT

_____
Honorable
U.S. District



**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION**

Page 2 of 3