UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 7, 2008

Case No.  C 07-05551 WHA

Title: LAY SIOK LIN  v.  PLATINUM TOO

Plaintiff Attorneys: Matthew Metz

Defense Attorneys: Mark Turman

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Court granted attorney Mark Turman's motion to withdraw with the caveat that counsel notify and serve the case management order on all three defendants.

Plaintiff intends to file a motion for default judgment soon.