1  MATTHEW N. METZ, State Bar No. 154995
   METZ LAW GROUP, PLLC
2  810 3rd Ave., Ste. 700, Seattle, WA 98104
3  Tel. (206) 583-2745  Fax. (206) 625-8683
   matthew@metzlaw.net

4
   KENNETH D. COOPER, State Bar No. 47616
5  COOPER & LEWIS
6  5550 Topanga Canyon Blvd., Ste. 200, Woodland Hills, CA 91367
   Tel. (818) 594-0011  Fax (818)594-0797
7  ken@cooperlewislaw.com

8  ATTORNEYS FOR PLAINTIFF

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13  LAY SIOK LIN,                          Case No. C 07 5551 WHA

14          Plaintiff,                     NOTICE OF APPLICATION FOR
                                           DEFAULT JUDGMENT BY COURT
15          vs.

16                                         Date:  April 3, 2008
    PLATINUM, TOO, LLC,                    Time: 8:00 a.m.
17  a Utah Limited Liability Company;      Courtroom: 9
    BRUCE MABEY, WILLIAM
18  TEITELBAUM,

19          Defendants.                    HONORABLE WILLIAM H. ALSUP

20

21

22  TO DEFENDANT: PLATINUM TOO, LLC

23  TO DEFENDANT:  BRUCE MABEY AND HIS ATTORNEY JAMES WICKS

24

25

26

TO DEFENDANT:  WILLIAM TEITELBAUM AND HIS ATTORNEYS ANTON

BOROVINA AND JEFFREY FORSTER

Please take notice that on April 3, 2008, Plaintiff Lay Siok Lin will apply to the court for a default judgment pursuant to FRCP 55(b)(2) against all defendants.  The clerk has previously entered default against all defendants on January 24, 2007.

By the declarations of Lay Siok Lin, Matthew N. Metz, and John Petriello filed herewith, plaintiff will present proof of the following matters.

1.    Defendants are not infants or incompetent persons or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

2.    Defendants have not appeared in this action;

3.    Notice of this action for default judgment by the court was served on all defendants on Feburary 19, 2008 by U.S. Mail.

4.    Plaintiff is entitled to judgment against defendants on account of the claims pleaded in the complaint;

5.    The amount of judgment sought is the sum of $6,217,072 as set forth in the attached declaration of Lay Siok Lin.

NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT

This Application is based on this Notice, the Application for Default Judgment by Court, the attached declarations of Lay Siok Lin, Matthew N. Metz, and John Petriello, and the pleadings, files, and other matters that be presented at the hearing.

                                    Respectfully Submitted,

DATED: February 19, 2008            METZ LAW GROUP, PLLC

                                    *s/ Matthew N. Metz*

                                    Matthew N. Metz, State Bar No. 154995
                                    Attorney for Plaintiff
                                    810 3rd Ave., Ste. 700
                                    Seattle, WA  98104
                                    Tel. 206-583-2745, Fax. 206-625-8683
                                    matthew@metzlaw.net

NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT

<u>PROOF OF SERVICE</u>

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is Metz Law Group, PLLC, 810 3rd Ave., Ste. 700, Seattle, WA 98104. On February 19, 2008, I served the within documents:

1.    Notice of Application for Default Judgment
2.    Lin's Application for Default Judgment
3.    Declaration of Lay Siok Lin
4.    Declaration of Matthew N. Metz
5.    Declaration of John J. Petriello

by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of Washington, address as set forth below:

Anton Borovina
Borovina & Marullo
445 Broad Hollow Road, Suite 334
Melville, NY 11747

James Wicks
Farrell Fritz
1320 RexCorp Plaza
Uniondale, NY 11556-1320

Jeffrey Forster
Forster & Segal
160 W. Santa Clara St., #1100
San Jose, CA 95113

I declare under penalty of perjury that the above is true and correct.

Executed on February 19, 2008 at Seattle, Washington

*/S/ Luz Dary King*
_____
Luz Dary King

NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT