MATTHEW N. METZ, SBN 154995
METZ LAW GROUP, PLLC
810 3rd Avenue, Suite 700, Seattle, WA 98104
Tel: (206) 583-2745;  Fax: (206) 625-8683
matthew@metzlaw.net

COOPER & LEWIS
KENNETH D. COOPER, SBN 47616
5550 Topanga Canyon Boulevard, Suite 200, Woodland Hills, California 9l367
Tel:  (8l8) 594-0011; Fax: (818) 594-0797
ken@cooperlewislaw.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAY SIOK LIN,<br><br>    Plaintiff,<br><br>vs.<br><br>PLATINUM, TOO, LLC,<br>a Utah Limited Liability Company;<br>BRUCE MABEY, WILLIAM<br>TEITELBAUM,<br><br>    Defendants. | **Case No. C 07 5551 WHA**<br><br>**DECLARATION OF MATTHEW N. METZ IN SUPPORT OF DEFAULT JUDGMENT**<br><br>**Date:  April 3, 2008**<br>**Time: 8:00 a.m.**<br>**Courtroom: 9**<br><br>**HONORABLE WILLIAM H. ALSUP** |

I, Matthew N. Metz, declare as follows:

1.     I am the attorney for the plaintiff Lay Siok Lin in the above-referenced case.

2.     The action at bar was filed against the above-captioned defendants on October 31, 2007.

3.     In August, 2007, Anton Borovina, attorney for William Teitelbaum and I had communicated about Platinum Too, LLC's debt to Plaintiff on at least three prior occasions. On November 6, 2007, I informed Mr. Borovina, that a lawsuit had been filed against his client in the Northern District of California, and asked whether he would be willing to accept service. The following day, Mr. Borovina responded to my e-mail, informing me for the first time that on September 21, 2007, his client William Teitelbaum had filed suit against Lay Siok Lin in the Eastern District of New York.    Mr. Borovina did not respond to my question as to whether he

1    would accept service.  A copy of said e-mail is attached hereto as Exhibit 1.

2    4.    On November 23, 2007, Mr. Teitelbaum was served by substituted service on a "white

3    female, 45-55 years of age, 5'8"-5'10" in height weighing  140-160 pounds. . ."  according to

4    the declaration of the process server, a copy of which is attached hereto as Exhibit 2,  This

5    description matches the description of Mrs. Teitelbaum.  Mr. Teitelbaum has not answered or

6    otherwise appeared in this case. He is prosecuting the above-referenced declaratory judgment

7    action in New York, a copy of which is attached hereto as Exhibit 3.

8    5.    On December 17, 2007, Mr. Mabey was served by substitute service on a "white female

9    approx. 45-55 years of age 5'6" in height weighing 120-140 lbs with blonde hair", according to

10    the declaration of the process server, a copy of which is attached hereto as Exhibit 4.  This

11    description matches the description of Mrs. Mabey.  Mr. Mabey has not answered or otherwise

12    appeared in this case.

13    6.    On December 17, 2007, Platinum Too, LLC was served by the process server through its

14    registered agent Brent Hawkins, an attorney with the law firm of Bennett Tueller Johnson &

15    Deere.  A copy of the process server's declaration regarding this service is attached hereto as

16    Exhibit 5.  Another lawyer from the Bennett Tueller firm, J. Reed Rawson, made a limited

17    appearance for the purpose of obtaining a stipulation to extend the period to respond until

18    January 14, 2008.   Said firm subsequently made a motion to withdraw form the case, and said

19    motion was granted by the court on February 7, 2007.

20    7.    On January 16, 2008, plaintiff moved the clerk to obtain default.

21    8.    On  January 24, 2008, the clerk entered default.

22    9.     On Monday, February 11, 2008, I received a call from an attorney,  Jeffrey Forster of

23    Forster & Segal in San Jose, California, stating that he intended to appear for Mr. Teitelbaum.  I

24    have not had any further communication since from Mr. Forster, and note that he has not filed a

25    notice of appearance in the case.

26    10.    Defendants are not in the military or incompetents.

27    11.    Attached hereto as Exhibit 6 is a copy of a letter sent by Bruce Mabey to Lay Siok Lin

28    promising to repay the funds.

12.    Lay Siok Lin filed a motion to transfer venue from the Eastern District of New York to

the Northern District of California on January 11, 2008.  That motion is still pending.

DECLARATION OF MATTHEW N. METZ

1   I declare under the penalty of perjury that the foregoing is true and correct.

2

3   Dated:  February 19, 2008

/s/ *Matthew N. Metz*
_____

4   Matthew N. Metz

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MATTHEW N. METZ

would accept service.  A copy of said e-mail is attached hereto as Exhibit 1.

4.      On November 23, 2007, Mr. Teitelbaum was served by substituted service on a "white female, 45-55 years of age, 5'8"-5'10" in height weighing  140-160 pounds. . ."  according to the declaration of the process server, a copy of which is attached hereto as Exhibit 2,  This description matches the description of Mrs. Teitelbaum.  Mr. Teitelbaum has not answered or otherwise appeared in this case. He is prosecuting the above-referenced declaratory judgment action in New York, a copy of which is attached hereto as Exhibit 3.

5.      On December 17, 2007, Mr. Mabey was served by substitute service on a "white female approx. 45-55 years of age 5'6" in height weighing 120-140 lbs with blonde hair", according to the declaration of the process server, a copy of which is attached hereto as Exhibit 4.  This description matches the description of Mrs. Mabey.  Mr. Mabey has not answered or otherwise appeared in this case.

6.      On December 17, 2007, Platinum Too, LLC was served by the process server through its registered agent Brent Hawkins, an attorney with the law firm of Bennett Tueller Johnson & Deere.  A copy of the process server's declaration regarding this service is attached hereto as Exhibit 5.  Another lawyer from the Bennett Tueller firm, J. Reed Rawson, made a limited appearance for the purpose of obtaining a stipulation to extend the period to respond until January 14, 2008.   Said firm subsequently made a motion to withdraw form the case, and said motion was granted by the court on February 7, 2007.

7.      On January 16, 2008, plaintiff moved the clerk to obtain default.

8.      On  January 24, 2008, the clerk entered default.

9.       On Monday, February 11, 2008, I received a call from an attorney,  Jeffrey Forster of Forster & Segal in San Jose, California, stating that he intended to appear for Mr. Teitelbaum.  I have not had any further communication since from Mr. Forster, and note that he has not filed a notice of appearance in the case.

10.      Defendants are not in the military or incompetents.

11.      Attached hereto as Exhibit 6 is a copy of a letter sent by Bruce Mabey to Lay Siok Lin promising to repay the funds.

12.      Lay Siok Lin filed a motion to transfer venue from the Eastern District of New York to the Northern District of California on January 11, 2008.  That motion is still pending.

1    I declare under the penalty of perjury that the foregoing is true and correct.

2

3    Dated:  February 19, 2008

/s/ *Matthew N. Metz*
_____
Matthew N. Metz

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

**Matthew Metz**

| | |
|---|---|
| **From:** | Anton [ajb@bormarlaw.com] |
| **Sent:** | Wednesday, November 07, 2007 10:03 AM |
| **To:** | matthew@metzlaw.net |
| **Subject:** | RE: Accept Service for Bill Teitelbaum; Platinum Too |

Matthew,

You should know that on September 21, 2007 Mr. Teitelbaum
commenced an action in the United States District Court, Eastern
District of New York captioned William A. Teitelbaum v Lay Siok Lin
and having Index No. CV-07-3971 (Wexler, J.) . A copy of the Summons and
Complaint is attached.

Since that time, my office has been endeavoring to affect service on
the defendant but has been unable to do so. My office is advised
that the defendant is a fugitive of Indonesia and her whereabouts
cannot be determined. If you know of the defenant's whereabouts so
that I may affect service, please advise me. In the alternative, please advise me if you have the authority and are willing to accept
service on the defendant's behalf,

Anton

---

**From:** Matthew Metz [mailto:matthew@metzlaw.net]
**Sent:** Tuesday, November 06, 2007 7:45 PM
**To:** Anton
**Subject:** Accept Service for Bill Teitelbaum; Platinum Too

Hi Anton:

Not having heard anything substantive from Mr. Mabey, my clients filed suit against your client last week in U.S. District Court for
the Northern District of California, Mr. Mabey, and Platinum Too. Would you be willing to accept service on behalf of Mr.
Teitelbaum and Platinium Too?

Matthew Metz

Matthew N. Metz
Metz Law Group, PLLC
810 3rd Ave., Ste. 700
Seattle, WA  98104
tel. 206-583-2745  ext. 106; fax. 206-625-8683
matthew@metzlaw.net
www.metzlaw.net

---

**From:** Anton [mailto:ajb@bormarlaw.com]
**Sent:** Friday, August 31, 2007 1:19 PM
**To:** matthew@metzlaw.net
**Subject:** RE: E-mail from Bruce Mabey

Matthew,

Good talking with you as well. What you sent me is not Patrick D.'s e-mail adddress or other contact information.

Anton

2/18/2008

**From:** Matthew Metz [mailto:matthew@metzlaw.net]
**Sent:** Friday, August 31, 2007 1:55 PM
**To:** Anton
**Subject:** E-mail from Bruce Mabey

Hi Anton:

Good speaking with you today.

I have pasted below an e-mail from Bruce Mabey to Lay Siok Lin's sister referencing Bill.

Bill's e-mail is brucemabey@comcast.net.

Matthew


----- Original Message -----
**From:** Bruce
**To:** 'Lay Mei Lin'
**Sent:** Thursday, March 23, 2006 9:51 AM

Dear Mei Lin,

It was good to talk with you again and thanks for your patience with my schedule and not getting back to you sooner.

In reference to your client's investment with Platinum Too, I want to confirm that Platinum Too received the funds and has them invested at the present time as per the promissory note. It is my goal to try and work out some type of an interim payment with Bill once he returns from his business trip late next week. Although the promissory note does not specify any payments, I will do my best to work on this with Bill.

It is a pleasure to be working with you.

Kindest regards,


Bruce Mabey


No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.476 / Virus Database: 269.10.25/926 - Release Date: 7/29/2007 11:14 PM

2/18/2008

EXHIBIT 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>**Metz & Urena**<br>**810 3rd Ave, #700**<br>**Seattle, WA 98104**<br><br>TELEPHONE NO.: **206 440-3000**    FAX NO. *(Optional)*: **206 224-3713**<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **LAY SIOK LIN** | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |

| | |
|---|---|
| PLAINTIFF/PETITIONER:  **LAY SIOK LIN** | CASE NUMBER: |
| DEFENDANT/RESPONDENT:  **PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL.,** | **C 07 5551** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   > Summons in A Civil Action; Complaint for Violations of The Federal Securities Law, Brech of Contract, Fraud; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Befora A Magistrate Judge and Request for Reassignment to A United States District Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Certificate of Service

3. a. Party served *(specify name of party as shown on documents served)*:
   > **WILLIAM TEITELBAUM**
   b. [   ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   > **4 WINSTON Court, DIX HILLS, NY 11746**

5. I served the party *(check proper box)*
   a. [   ] **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:  (2) at *(time)*:
   b. [ X ] **by substituted service.**  On *(date):* **11/23/2007**  (2) at *(time):* **8:30 AM**  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      > **"JANE DOE", REFUSED NAME, CO-TENANT, A white female approx. 45-55 years of age 5'8"-5'10" in height weighing 140-160 lbs with black hair and glasses**

   (1) [   ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ X ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [   ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [   ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:  from *(city)*:  or [   ] a declaration of mailing is attached.

   (5) [ X ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Order No. 4787108 SEA

| PLAINTIFF/PETITIONER: **LAY SIOK LIN** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL.,** | **C 07 5551** |

c. [  ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)*:    (2) from *(city)*:
    (3) [  ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30)
    (4) [  ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [  ] **by other means** *(specify means of service and authorizing code section)*:

[  ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ **X** ] as an individual defendant.
  b. [  ] as the person sued under the fictitious name of *(specify)*:
  c. [  ] as occupant
  d. [  ] On behalf of *(specify)*:
    under the following Code of Civil Procedure section:

| | |
|---|---|
| [  ] 416.10 (corporation) | [  ] 415.95 (business organization, form unknown) |
| [  ] 416.20 (defunct corporation) | [  ] 416.60 (minor) |
| [  ] 416.30 (joint stock company/association) | [  ] 416.70 (ward or conservatee) |
| [  ] 416.40 (association or partnership) | [  ] 416.90 (authorized person) |
| [  ] 416.50 (public entity) | [  ] 415.46 (occupant) |
| | [  ] other |

7. **Person who served papers**
  a. Name:    **KATHERINE WELLER**
  b. Address:    **PO BOX 93, DEER PARK, NY 11729**
  c. Telephone number:    **631-667-8260**
  d. The fee for service was:    **$0.00**
  e. I am:
    (1) [ **X** ] not a registered California process server.
    (2) [  ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [  ] registered California process server:
      (i) [  ] owner  [  ] employee  [  ] independant contractor
      (ii) [  ] Registration No.:
      (iii) [  ] County:

8. [ **X** ] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [  ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: **11/26/2007**

    **KATHERINE WELLER**
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

POS-010 [Rev. January 1, 2007]          Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**    Order No. 4787108 SEA

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | | FOR COURT USE ONLY |
|---|---|---|
| **Metz & Urena**<br>**810 3rd Ave, #700**<br>**Seattle, WA 98104**<br><br>TELEPHONE NO.: **206 440-3000**       FAX NO. *(Optional)*: **206 224-3713**<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:   **LAY SIOK LIN** | | |

| **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
|---|---|
| PLAINTIFF/PETITIONER:  **LAY SIOK LIN** | **CASE NUMBER:** |
| DEFENDANT/RESPONDENT:   **PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL.,** | **C 07 5551** |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.: |

Party to Serve:
**WILLIAM TEITELBAUM**

Documents:
**Summons in A Civil Action; Complaint for Violations of The Federal Securities Law, Brech of Contract, Fraud; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Before A Magistrate Judge and Request for Reassignment to A United States District Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Certificate of Service**

Service Address:
**4 WINSTON Court, DIX HILLS, NY 11746**

I declare the following attempts were made to effect service by personal delivery: *11/20/07 @ 8:00 am, 11-21-07 @ 6:30 am, 11-22-07 @ 4:30 pm*

Person who served papers:
**KATHERINE WELLER**
**PO BOX 93, DEER PARK, NY 11729**
**631-667-8260**

I am not a registered California process server.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **11/26/2007**

_____
**KATHERINE WELLER**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

Order No. 4787108 SEA

EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WILLIAM A. TEITELBAUM,

               Plaintiff,

      -against-

LAY SIOK LIN, PLATINUM TWO LLC,
BRUCE MABEY,

              Defendants.

-----------------------------------------------------------x

Index No.: CV-07 3971

**AMENDED
COMPLAINT**

      Plaintiff, William A. Teitelbaum, by its attorneys, Borovina & Marullo PLLC,

complaining of the defendants, Lay Siok Lin, Platinum Two LLC, and Bruce Mabey respectfully

alleges as follows:

### THE PARTIES

      1.     The plaintiff, William A. Teitelbaum ("Teitelbaum"), is a citizen of the

State of New York residing at 175 Pinelawn Rd. Melville, New York 11747 and earns his

livelihood by acting as a financial advisor and consultant.

      2.     Upon information and belief, the defendant, Lay Siok Lin ("Lin"), is a

citizen of Indonesia and not of the United States and is an alien.

      3.     The defendant, Platinum Two LLC ("Platinum") is a limited liability

company duly organized in the State of Utah and having its principal place of business in Suffolk

County, New York.

      4.     Upon information and belief, the defendant Bruce Mabey ("Mabey")is a

citizen of the State of Utah .

## JURISDICTION AND VENUE

5.      This court has subject matter jurisdiction of this action pursuant to 28

U.S.C. §1331 and 15 U.S.C.A §80a-43 since this action arises under the laws of the United

States, more particularly the Securities Act of 1933, as amended, 15 U.S.C.A. §77(a) *et. seq.* and

other federal laws including, but not limited to, the rules and regulations promulgated by the

Securities and Exchange Commission and the blue sky laws of particular states, if any

(collectively the "Securities Laws") and is a suit seeking declaratory relief regarding the

enforcement of liabilities or duties created by the Securities Laws.

6.      Venue is proper in this court pursuant to 28 U.S.C. §1391and 15 U.S.C.

§78aa because Lin is an alien and this is the district where Platinum may be found and transacts

business, there being no other district in which the action may otherwise be brought.

7.      Teitelbaum seeks a judgment declaring the rights of the parties pursuant to

28 U.S.C.A. §2201 and concerning his purported liabilities and duties, if any, arising under the

Securities Laws and concerning the creation and issuance of two certain promissory notes that

are described in this complaint.

8.      The Teitelbaum seeks a declaration of rights in this action between the

parties because Lin contends that the Securities Law imposed certain duties and liabilities upon

Teitelbaum and in her favor which Teitelbaum allegedly breached or failed to honor and arising

out of the creation and issuance of two promissory notes that are described in this complaint.

Teitelbaum's occupation and professional reputation will be irreparably damaged if Lin's

accusations of wrongdoing remain outstanding and unresolved expeditiously and in a court of

law.

2

9.    Teitelbaum and Mabey are founders of Platinum.

10.    Since its inception, Platinum has provided structuring transactions for its clients who are presented with various business opportunities.

11.    In or about December 2004, Platinum, identified as the borrower, and Mr. Aziz Mochdar ("Mochdar"), identified as the lender, executed a promissory note pursuant to which Mochdar agreed to loan $2 million to Platinum and pursuant to the terms of a promissory note, a copy of which is annexed to this complaint as exhibit "A."

12.    In or about December 2005, Platinum, identified as the borrower, and Lin, identified as the lender, executed a promissory note pursuant to which Lin agreed to loan $1 million to Platinum and pursuant to the terms of a promissory note, a copy of which is annexed to this complaint as exhibit "B."

13.    Both notes (collectively the "Notes") were created and supervised under the auspices of an Indonesian broker/dealer who was well versed in the laws and practices of Indonesia and whose advice Platinum relied upon.

14.    Upon information and belief, the Notes were not negotiated or executed in the United States but instead were negotiated and executed in Indonesia.

15.    Upon its receipt of these loan proceeds, Platinum opened an account with Wells Fargo Bank.

16.    In or about November 2006, Mochdar and Lin (collectively the "Lenders") separately instructed Mabey to cause Platinum to close their respective accounts and terminate its relationship with them and to deliver the entire proceeds of those accounts to Starboard, an entity that was then and is now separate, distinct and unrelated to Platinum or any of its

3

members, and for the purpose of enabling Starboard to invest in the development of property located in Costa Rica.

17. Platinum, including its members and employees, made no representation and gave no advice to the Lenders regarding their decision to terminate their respective relations with Platinum.

18. The Lenders each decided to terminate their respective accounts and relationship with Platinum free and independent of any advice or representation by Platinum (including any of its members or employees) concerning Starboard or its contemplated investment.

19. Upon information and belief, Platinum (including any of its members or employees) did not introduce the Lenders to Starboard and had no role or interest in the negotiation or execution of any agreement between the Lenders and Starboard and had no other interest or relationship with Starboard or of Starboard's contemplated investment in Costa Rica.

20. Acting pursuant to the Lenders' instructions, Platinum caused the aforesaid accounts with to be terminated and the entire principal amount held for their account to be transferred to an account identified by the Lenders.

21. As a result of the Lenders direction and Platinum's compliance with such direction, the relationship, legal or otherwise, between Platinum and the Lenders came to an end with no further responsibilities owed or remaining outstanding as between the parties and concerning the payment of the Notes.

4

22.    In August 2007, Matthew Metz, an attorney having offices located in Portland, Oregon, communicated to Teitelbaum, via email, stating that he was the attorney for Lin.

23.    Mr. Metz informed Teitelbaum that Platinum was in default of its obligations to pay the Notes.

24.    Mr. Metz also represented to Teitelbaum that Mochdar had previously assigned his entire interest in his note to Lin and that Lin, acting for herself as lender and assignee, believed that Platinum, Mabey and Teitelbaum had violated or failed to honor obligations and duties imposed pursuant to the Securities Laws and concerning the issuance of the Notes.

25.    Metz stated that Platinum failed to register the Notes as securities and to make certain disclosures pursuant to the Securities Law and made false, misleading and/or fraudulent representations in connection with the issuance of the Notes.

26.    Mr. Metz stated that Teitelbaum was personally liable to the defendant for such purported violations and misdeeds since he was a "controlling person" within the meaning of the Securities Law.

27.    Teitelbaum contends that he is not personally liable to Lin arising out of or concerning the issuance of the Notes.

28.    The Notes are each exempt from the prohibitions imposed by the Securities Laws, including but not limited to 15 U.S.C.A. §77d  since they constitute transactions by an issuer not involving any public offering.

5

29.    In addition, no representations were made to Lenders that were false, fraudulent or deceiving in nature and concerning the issuance of the Notes or the Lenders' decision to terminate their account with Platinum and Bear Stearns.

30.    The Lenders waived any right they may have had to enforce any right or benefit imposed pursuant to the Securities Laws based upon the Notes and as a result of their voluntary election to terminate their relationship with Platinum and to cause their funds to be placed with Starboard, an entity that was then and is not unrelated and unaffiliated with Platinum or any of its members or employees.

31.    In addition, Teitelbaum never made an oral or written representation to the Lenders at any time.

32.    Upon information and belief, Mabey did not make any oral or written representation to the Lenders at any time and except for those representations stated in the Notes.

33.    Teitelbaum has no adequate remedy at law.

WHEREFORE, the plaintiff William A. Teitelbaum, respectfully requests a judgment against all defendants declaring:

(a)    the rights of the parties;

(b)    that the Notes are exempt transactions from the prohibitions imposed by the Securities Laws, including but not limited to 15 U.S.C.A. §77(d)(2) since they are transactions by an issuer not involving any public offering;

(c)    that the Notes are exempt transactions from the prohibitions imposed by the Securities Laws because they were executed outside of the United States and are not subject to regulation by the Securities Laws;

6

(d)    that the plaintiff is not liable to the defendant under the Securities

Laws based upon the creation or issuance of the Notes;

(e)    such other relief as the court may deem appropriate.


Dated: Melville, New York
     December 12, 2007

Borovina & Marullo PLLC
*Attorneys for Plaintiff*

By:_____
    Anton J. Borovina
A Member of the Firm
445 Broad Hollow Road, Ste. 334
Melville, New York  11747
(631) 630-1101

7

Index No.    **CV-07 3971**    Year 20

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

**WILLIAM A. TEITELBAUM**

                              **Plaintiff,**

-against-

**LAY SIOK LIN, PLATINUM TWO LLC,
and BRUCE MABEY,**

                              **Defendant.**

## AMENDED
## COMPLAINT

### BOROVINA & MARULLO PLLC
                        **Plaintiff**

Attorney(s) for

Office and Post Office Address, Telephone

**445 BROAD HOLLOW ROAD, SUITE 334
MELVILLE, NEW YORK 11747
(631) 630-1101**

**To**

**Attorney(s) for**

**Service of a copy of the within**                              **is hereby admitted.**

**Dated,**

                    **Attorney(s) for**                    .....................................

**Sir: Please take notice**

☐ *NOTICE OF ENTRY*
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on                    20

☐ *NOTICE OF SETTLEMENT*
that an order                              of which the within is a true copy will be presented for
settlement to the HON.                              one of the judges
of the within named Court, at
on the              day of              20    at        M.

Dated,

COMPLIANCE PURSUANT TO 22 NYCRR §130-1.1-a

To the best of the undersigned's knowledge, information and belief formed
after an inquiry reasonable under the circumstances, the within document(s)
and contentions contained herein are not frivolous as defined in 22 NYCRR
§130-1.1-a.

Yours, etc.

**BOROVINA & MARULLO PLLC**

Attorney(s) for

Office and Post Office Address

**445 BROAD HOLLOW ROAD, SUITE 334
MELVILLE, NEW YORK 11747
(631) 630-1101**

**To**

# EXHIBIT 4

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Urena<br>810 3rd Ave, #700<br>Seattle, WA 98104<br>TELEPHONE NO.: **206 440-3000**   FAX NO. (Optional): **206 224-3713**<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): **LAY SIOK LIN** | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
|---|---|

| PLAINTIFF/PETITIONER: **LAY SIOK LIN** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL.,** | **C 07 5551** |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents):*
   **Summons in A Civil Action; Complaint for Violations of The Federal Securities Law, Brech of Contract, Fraud; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Befora A Magistrate Judge and Request for Reassignment to A United States District Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Certificate of Service**

3. a. Party served *(specify name of party as shown on documents served):*
      **BRUCE MABEY**

   b. [    ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   **4236 MOUNT OLYMPUS Way, SALT LAKE CITY, UT 84124**

5. I served the party *(check proper box)*
   a. [    ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):*   (2) at *(time):*
   b. [ X ] **by substituted service.** On *(date):* **12/17/2007**  (2) at *(time):* **12:22 PM**  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      **Jane Doe, wife refused to give name, CO-RESIDENT, A white female approx. 45-55 years of age 5'6"-5'8" in height weighing 120-140 lbs with blonde hair**

      (1) [    ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ X ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [    ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [    ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):*   or [    ] a declaration of mailing is attached.

      (5) [ X ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>Order No. 4787107 SEA |
|---|---|---|

| PLAINTIFF/PETITIONER: LAY SIOK LIN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL., | C 07 5551 |

c. [  ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the
address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date):*    (2) from *(city):*
    (3) [  ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope
        addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30)
    (4) [  ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [  ] **by other means** *(specify means of service and authorizing code section):*

    [  ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
a. [ **X** ] as an individual defendant.
b. [  ] as the person sued under the fictitious name of *(specify):*
c. [  ] as occupant
d. [  ] On behalf of *(specify):*
    under the following Code of Civil Procedure section:
        [  ] 416.10 (corporation)        [  ] 415.95 (business organization, form unknown)
        [  ] 416.20 (defunct corporation)        [  ] 416.60 (minor)
        [  ] 416.30 (joint stock company/association)    [  ] 416.70 (ward or conservatee)
        [  ] 416.40 (association or partnership)    [  ] 416.90 (authorized person)
        [  ] 416.50 (public entity)        [  ] 415.46 (occupant)
                                  [  ] other

7. **Person who served papers**
a. Name:    **Wendy Stowers**
b. Address:    **5258 S PINEMONT DR., SUITE B-210, MURRAY, UT 84123**
c. Telephone number:    **801-281-0289**
d. The fee for service was:    **$0.00**
e. I am:
    (1) [ **X** ] not a registered California process server.
    (2) [  ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [  ] registered California process server:
        (i) [  ] owner  [  ] employee  [  ] independant contractor
        (ii) [  ] Registration No.:
        (iii) [  ] County:

8. [ **X** ] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [  ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: **12/18/2007**

| | |
|---|---|
| **Wendy Stowers** | |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |

POS-010 [Rev. January 1, 2007]                                                   Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**        Order No. 4787107 SEA

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Urena<br>810 3rd Ave, #700<br>Seattle, WA 98104<br><br>TELEPHONE NO.: **206 440-3000**     FAX NO. *(Optional)*: **206 224-3713**<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **LAY SIOK LIN** | |

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION |
|---|
| STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: |

| PLAINTIFF/PETITIONER: **LAY SIOK LIN** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL.,** | **C 07 5551** |

| DECLARATION OF REASONABLE DILIGENCE | Ref. No. or File No.: |
|---|---|

Party to Serve:
**BRUCE MABEY**

Documents:
**Summons in A Civil Action; Complaint for Violations of The Federal Securities Law, Brech of Contract, Fraud; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Befora A Magistrate Judge and Request for Reassignment to A United States District Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Certificate of Service**

Service Address:
**4236 MOUNT OLYMPUS Way, SALT LAKE CITY, UT 84124**

I declare the following attempts were made to effect service by personal delivery:
**11/28/2007 7:30:00 PM: No Answer at the door, lights on inside on one attempt.**
**12/1/2007 9:30:00 AM: No Answer at the door**
**12/3/2007 6:50:00 PM: No Answer at the door**
**12/5/2007 8:00:00 PM: No Answer at the door**

Person who served papers:
**Wendy Stowers**
**5258 S PINEMONT DR., SUITE B-210, MURRAY, UT 84123**
**801-281-0289**

I am not a registered California process server.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **12/21/2007**

_____
**Wendy Stowers**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____ (SIGNATURE)

Order No. 4787107 SEA

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Urena<br>810 3rd Ave, #700<br>Seattle, WA 98104<br>TELEPHONE NO.: **206 440-3000**    FAX NO. *(Optional)*: **206 224-3713**<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **LAY SIOK LIN** | |

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION | |
|---|---|
| STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |

| PLAINTIFF/PETITIONER:  **LAY SIOK LIN** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  **PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL.,** | **C 07 5551** |

| DECLARATION OF REASONABLE DILIGENCE | Ref. No. or File No.: |
|---|---|

Party to Serve:
**BRUCE MABEY**

Documents:
**Summons in A Civil Action; Complaint for Violations of The Federal Securities Law, Brech of Contract, Fraud; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Befora A Magistrate Judge and Request for Reassignment to A United States District Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Certificate of Service**

Service Address:
**4236 MOUNT OLYMPUS Way, SALT LAKE CITY, UT 84124**

I declare the following attempts were made to effect service by personal delivery:
**12/13/2007 8:05:00 PM: No Answer at the door**
**12/14/2007 11:06:00 AM: No Answer at the door, movement inside, 2 vehicles present (418NWS )**

Person who served papers:
**Wendy Stowers**
**5258 S PINEMONT DR., SUITE B-210, MURRAY, UT 84123**
**801-281-0289**

I am not a registered California process server.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **12/21/2007**

| **Wendy Stowers** | (SIGNATURE) |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | |

Order No. 4787107 SEA

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Urena<br>810 3RD AVE, #700<br>Seattle, WA 98104<br>TELEPHONE NO.: **206 440-3000**   FAX NO. *(Optional):* **206 224-3713**<br>EMAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* **LAY SIOK LIN** | |

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION | |
|---|---|
| STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |

| PLAINTIFF/PETITIONER:   **LAY SIOK LIN** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   **PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL.,** | **C 07 5551** |

| DECLARATION OF REASONABLE DILIGENCE | Ref. No. or File No.: |
|---|---|

Party to Serve:
**BRUCE MABEY**

Documents:
**Summons in A Civil Action; Complaint for Violations of The Federal Securities Law, Brech of Contract, Fraud; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Befora A Magistrate Judge and Request for Reassignment to A United States District Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Certificate of Service**

Service Address:
**4236 MOUNT OLYMPUS Way, SALT LAKE CITY, UT 84124**

I declare the following attempts were made to effect service by personal delivery:
**12/16/2007 10:36:00 AM: No Answer at the door, vehicle present (418NWS)**

Person who served papers:
**Wendy Stowers**
**5258 S PINEMONT DR., SUITE B-210, MURRAY, UT 84123**
**801-281-0289**

I am not a registered California process server.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **12/21/2007**

_____
**Wendy Stowers**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

Order No. 4787107 SEA

# EXHIBIT 5

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Urena<br>810 3rd Ave, #700<br>Seattle, WA 98104 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 206 440-3000    FAX NO. (Optional): 206 224-3713<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): LAY SIOK LIN | |

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION |
|---|
| STREET ADDRESS: |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: **LAY SIOK LIN** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **PLATINUM TOO, LLC., A UTAH LIMITED LIABILITY CO; ET AL.,** | **C 07 5551** |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   **Summons in A Civil Action; Complaint for Violations of The Federal Securities Law, Brech of Contract, Fraud; Notice of Assignment of Case to A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Before A Magistrate Judge and Request for Reassignment to A United States District Judge; Order Setting Initial Case Management Conference and Adr Deadlines; Certificate of Service**

3. a. Party served *(specify name of party as shown on documents served)*:
      **PLATINUM TOO, LLC.,**

   b. [ **X** ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      **Brent Hawkins, REGISTERED AGENT**

4. Address where the party was served:
   **3865 WASATCH Boulevard SUITE 300, SALT LAKE CITY, UT 84109**

5. I served the party *(check proper box)*
   a. [ **X** ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):* **12/17/2007**   (2) at *(time):* **2:34 PM**
   b. [    ] **by substituted service.** On *(date):*    (2) at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [    ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [    ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [    ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [    ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or [    ] a declaration of mailing is attached.
      (5) [    ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10

Order No. 4787106 SEA

| PLAINTIFF/PETITIONER: **LAY SIOK LIN** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **PLATINUM TOO, LLC, A UTAH LIMITED LIABILITY CO; ET AL.,** | **C 07 5551** |

c.  [   ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the
address shown in item 4, by first-class mail, postage prepaid,
   (1) on (date):        (2) from (city):
   (3)  [   ] with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope
           addressed to me. (Attach completed Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30)
   (4)  [   ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d.  [   ] **by other means** (specify means of service and authorizing code section):

   [   ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a.  [   ] as an individual defendant.
   b.  [   ] as the person sued under the fictitious name of (specify):
   c.  [   ] as occupant
   d.  [ **X** ] On behalf of (specify): **PLATINUM TOO, LLC.,**
           under the following Code of Civil Procedure section:

|  |  |
|---|---|
| [   ] 416.10 (corporation) | [   ] 415.95 (business organization, form unknown) |
| [   ] 416.20 (defunct corporation) | [   ] 416.60 (minor) |
| [   ] 416.30 (joint stock company/association) | [   ] 416.70 (ward or conservatee) |
| [   ] 416.40 (association or partnership) | [   ] 416.90 (authorized person) |
| [   ] 416.50 (public entity) | [   ] 415.46 (occupant) |
|  | [   ] other |

7. **Person who served papers**
   a. Name:                **Clifford Stowers**
   b. Address:             **5258 S PINEMONT DR., SUITE B-210, MURRAY, UT 84123**
   c. Telephone number:    **801-281-0289**
   d. The fee for service was:  **$0.00**
   e. I am:
      (1)  [ **X** ]  not a registered California process server.
      (2)  [   ]  exempt from registration under Business and Professions Code section 22350(b).
      (3)  [   ]  registered California process server:
              (i)  [   ] owner   [   ] employee   [   ] independant contractor
              (ii)  [   ] Registration No.:
              (iii)  [   ] County:

8.  [ **X** ] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9.  [   ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date:  **12/18/2007**

_____         
         **Clifford Stowers**                        (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]                                                     Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**                     Order No. 4787106 SEA

EXHIBIT 6

*Platinum Investments LLC*

4236 Mt. Olympus Way
Salt Lake City, UT 84124
801-824-1900

May 30, 2007

Ms. Lay Siok Lin
JL. Kramat Lwitang III/45
Jakarta Pusat

Dear Lay Siok:

As you are aware, Platinum has experienced several delays in repaying the last couple of investors' promissory notes. This has been due to a mismatch in the collection of cash flow on the assets the company owns and the repayment requirements of the promissory notes.

We sincerely apologize for these delays, but we want to assure you and the note holders that the company is in solid financial shape (despite the current cash flow deficiency) and has every intention and capability of repaying these notes, including any interest due.

We currently expect that we can pay an installment payment on these notes around June 25th. It is difficult at this moment to specify a precise date for the principle repayment, but based on our current expectations, we believe this will occur in July.

We appreciate your patience during this period and we look forward to resolving this at the earliest possible time.

Thank you and if you have any questions, please feel free to call me. We will update you shortly with a more specific payment schedule as it becomes clear to us.

Best regards,

Bruce J. Mabey
President

LSL 0115