MATTHEW N. METZ, SBN 154995
METZ LAW GROUP, PLLC
810 3rd Avenue, Suite 700, Seattle, WA 98104
Tel: (206) 583-2745;  Fax: (206) 625-8683
matthew@metzlaw.net

COOPER & LEWIS
KENNETH D. COOPER, SBN 47616
5550 Topanga Canyon Boulevard, Suite 200, Woodland Hills, California 9l367
Tel:  (8l8) 594-0011; Fax: (818) 594-0797
ken@cooperlewislaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAY SIOK LIN,** | CASE NO. C07 5551 WHA |
| **Plaintiff,** | DECLARATION OF LAY SIOK LIN IN SUPPORT OF APPLICATION FOR DEFAULT |
| v. | |
| **PLATINUM TOO, LLC, a Utah Limited Liability Company; BRUCE MABEY, WILLIAM TEITLEBAUM,** | |
| **Defendants.** | |

I, Lay Siok Lin, declare as follows:

1. I am the plaintiff in the above-referenced case.  The facts stated herein are of my personal knowledge.

2. I am the assignor of Aziz Mochdar with respect to a promissory note made by Platinum Too, LLC in the amount of $2,000,000.  A copy of that promissory note is attached hereto as Exhibit A.   A copy of the assignment to me from Aziz Mochdar is attached hereto as Exhibit B.

3. I lent $1,000,000 to Platinum Too, LLC pursuant to the promissory note attached hereto as Exhibit C.

1

DECLARATION OF LAY SIOK LIN

4. As of February 13, 2008, a total of $4,189,437 is owing on the note attached hereto as Exhibit "A". The calculation is as follows:

$2,000,000 original loan amount

$2,189,437 interest though February 13, 2008

**$4,189,437** plus interest at 35% from 2/13/08 through judgment

(interest accrues at $1944 per day).

5. As of February 13, 2008, a total of $4,189,437 is owing on the note attached hereto as Exhibit "C". The calculation is as follows:

$1,000,000 original loan amount

$1,027,635 interest through February 13, 2008

**$2,027,635** plus interest at 35% from 2/13/2008 through trial

(interest accrues at $972 per day)

6. The total owing on both notes is therefore

**$6,217,072** plus interest at 35% through trial from January 28, 2008

7. There has never been a single payment of interest or principal by Platinum Too or its principals William Teitelbaum and Bruce Mabey on these notes.

8. The reason that William Teitelbaum and Bruce Mabey are personally liable is that they committed massive fraud in order to pursuade Mr. Mochdar and me to invest. They represented before we made the investments that the funds would be invested in a San Francisco Company, ProtoStar, Ltd. They then told me that the funds had never been placed in ProtoStar, but were instead in a Bear Stearns trading account. They then told me that because of trading losses, they don't have the funds. They have most recently represented that the funds were transferred to Costa Rica. They have never at any time provided me with an accounting for said funds.

9. They made numerous other false representations in writing to induce me to invest, such as the fact that Platinum Too, LLC is a duly registered New York investment company, when said representation is false. They also represented that the corporate headquarters for Platinum Too, LLC is on Broadhollow Road in Melville, New York, when in fact that is simply the address of

Bill Teitelbaum's lawyer's office.

10.  The principals of Platinum Too, LLC, William Teitelbaum and Bruce Mabey, never satisfied SEC requirements in connection with their solicitation of investments, such as filing a SEC registration statement.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Jakarta, Indonesia

Dated: February 6, 2008

LAY SIOK LIN

# EXHIBIT A

# PROMISSORY NOTE

This Promissory Note entered into, by and between PLATINUM TOO,("Borrower"),445 Broad Hollow Road, Melville, New York 11746 and **Mr. Aziz Mochdar** (Lender).

**BORROWER:** PLATINUM TOO, LLC. is an investment company duly registered in the State of New York.

PLATINUM TOO,LLC and its principals have considerable expertise in investing funds in and managing business enterprises, mergers and acquisitions, along with complex corporate transactions.

**LOAN AMOUNT:** Lender, having high net worth, desires to lend the principle amount of US$ 2,000,000 ( Two Million US Dollar ) to PLATINUM TOO, LLC **with a return yield of 35%/year.**

**LOAN PURPOSE:** Borrower and Lender mutually agree that Borrower shall have discretionary use of the loan proceeds in conducting its business activities.

**RECEIPT AND WIRING OF LOAN PROCEEDS:** Lender, in accepting this Note, agrees that Borrower may designate its agent to receive the loan proceeds, or Lender may be instructed to wire loan proceeds to an affiliate account of Borrower.

**LOAN COMMISSION:** Lender agrees Borrower, possessing unique investment strategies, has the ability to generate higher than average returns. Lender, desirous of taking advantage of and participating in such returns, agrees to pay to Borrower's agent a non-refundable fee equaling 4% of the total loan proceeds. This fee shall be in addition to the loan amount, and shall be due and payable together with the loan funds.

**LOAN TERM:** The term of this loan shall be **2 (two)** year(s), and may be extended by mutual agreement of Lender and Borrower.

**EXECUTION OF NOTE:** This Note may be signed by an authorized signatory of PLATINUM TOO. A facsimile copy of this Note shall have the full force and effect of the original, pending the receipt of the original Note by Lender.

**RESOLVING DISPUTES:** Lender and Borrower agree that any dispute regarding the terms of this Note and Agreement shall be resolved through arbitration, using internationally accepted Rules of Arbitration in a forum mutually acceptable to the parties hereto.

**BEST EFFORTS:** The parties hereto agree that Borrower shall use Best Efforts in the conducting of its business in the utilization of the Loan Proceeds.

**PROMISE TO PAY**
initials

The undersigned Borrower agrees to pay Lender the amount of US$ 3,400,000 on or before December 28, 2006.

By **Bruce Mabey** _____
Authorized Signatory
PLATINUM TOO, LLC.
Borrower

The terms of this Agreement with Promissory Note is approved as to form and content.

**Mr. Aziz Mochdar** _____
Lender

# EXHIBIT B

## ASSIGNMENT OF CLAIM

FOR VALUE RECEIVED, Mr. Aziz Mochdar, the undersigned Assignor ("Assignor") hereby sells, assigns, transfers and sets over to Ms. Lay Siok Lin ("Assignee") any and all claims, demands, and cause or causes of action of any kind whatsoever which Assignor has or may have against Platinum Too, LLC, Bruce Mabey, Patrick Deleiden, and other responsible parties arising out of a loan made by Mr. Aziz Mochdar to Platinum, Too LLC in or about December, 2004.

The Assignee may in its own name and for its own benefit prosecute, collect, settle, compromise and grant releases on said claim as it in its sole discretion deems advisable.

AZIZ MOCHDAR, ASSIGNOR

_____    8/6/07
Aziz Mochdar                 Date

LAY SIOK LIN

_____    8/1/07
Lay Siok Lin                 Date

# EXHIBIT C

## PROMISSORY NOTE

This Promissory Note entered into by and between PLATINUM TOO,("Borrower"),445 Broad Hollow Road, Melville, New York 11746 and **Mrs. Lay Siuk Lin** (Lender).

**BORROWER:** PLATINUM TOO, LLC. is an investment company duly registered in the State of New York.

PLATINUM TOO,LLC and its principals have considerable expertise in investing funds in and managing business enterprises, mergers and acquisitions, along with complex corporate transactions.

**LOAN AMOUNT:** Lender, having high net worth, desires to lend the principle amount of US$ 1,000,000 ( One Million US Dollar ) to PLATINUM TOO, LLC **with a return yield of 35%/year.**

**LOAN PURPOSE:** Borrower and Lender mutually agree that Borrower shall have discretionary use of the loan proceeds in conducting its business activities.

**RECEIPT AND WIRING OF LOAN PROCEEDS:** Lender, in accepting this Note, agrees that Borrower may designate its agent to receive the loan proceeds, or Lender may be instructed to wire loan proceeds to an affiliate account of Borrower.

**LOAN COMMISSION:** Lender agrees Borrower, possessing unique investment strategies, has the ability to generate higher than average returns. Lender, desirous of taking advantage of and participating in such returns, agrees to pay to Borrower's agent a non-refundable fee equaling 4% of the total loan proceeds. This fee shall be in addition to the loan amount, and shall be due and payable together with the loan funds.

**LOAN TERM:** The term of this loan shall be **2 (two)** year(s), and may be extended by mutual agreement of Lender and Borrower.

**EXECUTION OF NOTE:** This Note may be signed by an authorized signatory of PLATINUM TOO. A facsimile copy of this Note shall have the full force and effect of the original, pending the receipt of the original Note by Lender.

**RESOLVING DISPUTES:** Lender and Borrower agree that any dispute regarding the terms of this Note and Agreement shall be resolved through arbitration, using internationally accepted Rules of Arbitration in a forum mutually acceptable to the parties hereto.

**BEST EFFORTS:** The parties hereto agree that Borrower shall use Best Efforts in the conducting of its business in the utilization of the Loan Proceeds.

**PROMISE TO PAY**
initials

The undersigned Borrower agrees to pay Lender the amount of US$ 1,700,000/- on or before 08 March 2007.

By Bruce Mabey _____
Authorized Signatory
PLATINUM TOO, LLC.
Borrower

The terms of this Agreement with Promissory Note is approved as to form and content.

Mrs. Lay Siok Lin _____
Lender