MATTHEW N. METZ, SBN 154995
METZ LAW GROUP, PLLC
810 3rd Avenue, Suite 700, Seattle, WA 98104
Tel: (206) 583-2745;  Fax: (206) 625-8683
matthew@metzlaw.net

COOPER & LEWIS
KENNETH D. COOPER, SBN 47616
5550 Topanga Canyon Boulevard, Suite 200, Woodland Hills, California 9l367
Tel:  (8l8) 594-0011; Fax: (818) 594-0797
ken@cooperlewislaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAY SIOK LIN,** | CASE NO. C07 5551 WHA |
| **Plaintiff,** | **DECLARATION OF JOHN J. PETRIELLO IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT** |
| v. | |
| **PLATINUM TOO, LLC, a Utah Limited Liability Company; BRUCE MABEY, WILLIAM TEITLEBAUM,** | |
| **Defendants.** | |

I, John J. Petriello, declare as follows:

1. I am serving as local counsel for Lay Siok Lin in a case in the Eastern District of New York entitled Teitelbaum v. Lin, et.al., Case No. CV-07-03971 which is related to the case at bar.

2. On January 18, 2008, I attended a status conference before Magistrate Thomas Boyle in East Islip, New York, regarding the related case pending in the Eastern District of New York, at which Anton Borovina, the attorney for Mr. Teitelbaum and James Wicks, the attorney for Bruce Mabey, were both present.

3. Mr. Borovina stated in open court at the January 18, 2008 status conference that he was aware that a motion for default had been filed in the Northern District of California, and that Mr.

1
DECLARATION OF JOHN J. PETRIELLO

1 | Teitelbaum intended to hire counsel in California to address said default.
2 | I declare under the penalty of perjury that the foregoing is true and correct.
3 |
4 | Dated: February 14, 2008
5 |                                             _____
6 |                                             John J. Petriello