MATTHEW N. METZ, State Bar No. 154995
METZ LAW GROUP, PLLC
810 3rd Ave., Ste. 700, Seattle, WA 98104
Tel. (206) 583-2745  Fax. (206) 625-8683
matthew@metzlaw.net

KENNETH D. COOPER, State Bar No. 47616
COOPER & LEWIS
5550 Topanga Canyon Blvd., Ste. 200, Woodland Hills, CA 91367
Tel. (818) 594-0011  Fax (818)594-0797
ken@cooperlewislaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAY SIOK LIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>PLATINUM, TOO, LLC,<br>a Utah Limited Liability Company;<br>BRUCE MABEY, WILLIAM TEITELBAUM,<br><br>    Defendants. | Case No. C 07 5551 WHA<br><br>[PROPOSED] JUDGMENT BY DEFAULT BY COURT<br><br>[FRCP RULE 55]<br><br>Date:  April 3, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9<br><br>HONORABLE WILLIAM ALSUP |

The defendants, Platinum Too, LLC, Bruce Mabey, and William Teitelbaum having been served with the summons and complaint, having failed to appear and answer plaintiff's complaint within the time allowed by law, the default of said defendants having been duly entered, upon application of Plaintiff Lay Siok Lin to the Court, after having considered the papers submitted by Lin, and good cause showing, the Court Ordered the following Default

Judgment against defendants Platinum Too, LLC, Bruce Mabey, and William Teitelbaum, jointly and severally:

It is adjudged that:

1. Judgment is hereby entered against defendants Platinum Too, LLC, Bruce Mabey, and William Teitelbaum, jointly and severally, in favor of Lay Siok Lin in the amount of $6,217,072.00.

2. The court specifically finds that the basis for the judgment against Defendants Mabey and Teitelbaum are the result of fraud perpetrated by said defendants.

Date Entered:_____     _____
                                  Hon. William H. Alsup

**JUDGMENT BY DEFAULT BY COURT**