**JEFFREY M. FORSTER (SBN 50519)**
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone:   (408) 977-3137
Facsimile:   (408) 977-3141
Email:       jforstr@pacbell.net

**STEVEN R. LEVY   (State Bar No. 103164)**
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone:   (408) 274-7000
Facsimile:   (408) 274-9000
Email:       slevy@bigfoot.com

**Attorneys for Defendant, William Teitelbaum**

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **LAY SIOK LIN,**<br><br>              Plaintiff,<br><br>v.<br><br>**PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,**<br><br>              Defendants. | **CASE NUMBER:  C 07 5551 WHA**<br><br>**NOTICE OF APPEARANCE OF ATTORNEYS STEVEN LEVY AND JEFFREY FORSTER AS ATTORNEYS FOR DEFENDANT, WILLIAM TEITELBAUM**<br>(and Certification of Service)<br><br>**Judge:**       Hon. William Alsup<br>**Courtroom:**  9 (19th Floor)<br><br>**Complaint Filed:**  October 31, 2007<br><br>**Trial Date:**  January 5, 2009 |

   Notice is hereby given of the entry of the undersigned as counsel for William Teitelbaum in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

   JEFFREY M. FORSTER (SBN 50519)
   160 West Santa Clara Street, Suite 1100
   San Jose, CA 95113
   Telephone:   (408) 977-3137
   Facsimile:   (408) 977-3141
   Email:       jforstr@pacbell.net

and

STEVEN R. LEVY   (State Bar No. 103164)
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone:   (408) 274-7000
Facsimile:    (408) 274-9000
Email:        slevy@bigfoot.com

Dated: February 27, 2008                    /s/Jeffrey Forster
                                            Jeffrey Forster

Dated: February 27, 2008                    /s/ Steven Levy
                                            Steven Levy

                                            Attorneys for defendant, William Teitelbaum

# CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing Notice of Appearance on behalf of defendant, William Teitelbaum (objections re jurisdiction and venue reserved) with the United States District Court, for the Northern District of California, San Francisco Division, using the ECF system, and that I did so on behalf of myself and my co-counsel, Jeffrey Forster..


Dated: February 27, 2008                    /s/ Steven Levy
                                            **STEVEN R. LEVY**,  Attorney at Law