**JEFFREY M. FORSTER (SBN 50519)**
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone:   (408) 977-3137
Facsimile:   (408) 977-3141
Email:       jforstr@pacbell.net

**STEVEN R. LEVY**   (State Bar No. 103164)
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone:   (408) 274-7000
Facsimile:   (408) 274-9000
Email:       slevy@bigfoot.com

Attorneys for Defendant, William Teitelbaum

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LAY SIOK LIN,** <br><br> Plaintiff, <br><br> v. <br><br> **PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,** <br><br> Defendants. | CASE NUMBER:  C 07 5551 WHA <br><br> **NOTICE OF ASSOCIATION AND ASSOCIATION OF COUNSEL** <br><br> Judge:         Hon. William Alsup <br> Courtroom:   9 (19th Floor) <br><br> Complaint Filed:   October 31, 2007 <br><br> Trial Date:          January 5, 2009 |

NOTICE IS HEREBY GIVEN THAT;

 Jeffrey Forster and Steven Levy are associated as counsel for defendant, William Teitelbaum.


Dated: February 27, 2008            /s/Jeffrey Forster
                                    Jeffrey Forster

Dated: February 27, 2008            /s/ Steven Levy
                                    Steven Levy

                                    Attorneys for defendant, William Teitelbaum

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I filed the foregoing Notice of Association on behalf of defendant, William Teitelbaum (objections re jurisdiction and venue reserved) with the United States District Court, for the Northern District of California, San Francisco Division, using the ECF system, and that I did so on behalf of myself and my co-counsel, Jeffrey Forster..

Dated: February 27, 2008                                       /s/ Steven Levy
                                                               **STEVEN R. LEVY**, Attorney at Law