1  JEFFREY M. FORSTER (SBN 50519)
   160 West Santa Clara Street, Suite 1100
2  San Jose, CA 95113
   Telephone:  (408) 977-3137
3  Facsimile:  (408) 977-3141
   Email:      jforstr@pacbell.net
4
   STEVEN R. LEVY   (State Bar No. 103164)
5  17670 Woodland Avenue
   Morgan Hill, CA 95037
6  Telephone:  (408) 274-7000
   Facsimile:  (408) 274-9000
7  Email:      slevy@bigfoot.com

8  Attorneys for Defendant, William Teitelbaum

9                       UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  LAY SIOK LIN, | CASE NUMBER:  C 07 5551 WHA |
| 13         Plaintiff, | NOTICE OF PENDENCY OF OTHER ACTION AND RELATED CASE |
| 14  v. | |
| 15  PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM, | 28 U.S.C. 1407 AND LOCAL RULES 3-12 AND 3-13 |
| 16         Defendants. | (Including Certificate of Service) |
| 17 | Judge:       Hon. William Alsup<br>Courtroom:   9 (19th Floor) |
| 18 | Complaint Filed:  October 31, 2007 |
| 19 | Trial Date:       January 5, 2009 |

20

21        TO THE COURT AND ALL PARTIES OF RECORD:

22

23        **PLEASE TAKE NOTICE THAT** the case described below is pending before the

24  United States District Court for the Eastern District of New York (Central Islip) which, pursuant

25  to Local Rules 3-12 and 3-13 of the United States District Court for the Northern District of

26  California, is related to this action.

27        Case Name:        William Teitelbaum v. Lay Siok Lin, et. al.

28        Case Number:      2:07-CV-03971-LDW-ETB

| | | |
|---|---|---|
| 1 | Court: | United States District Court for the Eastern District of New York |
| 2 | | (Central Islip) |
| 3 | Case Filed: | September 21, 2007 |
| 4 | Judge: | Hon. Leonard D. Wexler |
| 5 | Magistrate: | Magistrate-Judge E. Thomas Boyle |
| 6 | Plaintiff: | William Teitelbaum |
| 7 | Defendants: | Lay Siok Lin; Bruce Mabey; Platinum Too, LLC. |

**DESCRIPTION OF OTHER ACTION**

The related case ("New York Case") was filed on September 21, 2007 by William Teitelbaum essentially in the nature of an action for declaratory relief regarding the same events, transactions, and occurrences as those alleged in the instant matter ("California Case").

When first filed, the only named defendant was Lay Siok Lin. Bruce Mabey and Platinum Too, LLC, were added as defendants pursuant to an Amended Complaint filed on December 14, 2007.

Apparently, all parties have appeared in the New York Case. After Lay Siok Lin was served in Indonesia, she filed a Motion to Change Venue on January 10, 2007. The best information is that Lay Siok Lin has admitted jurisdiction in the New York Case.

As of March 2, 2008, the Motion to Change Venue had not been ruled on and final briefs are due by March 7, 2008.

**RELATIONSHIP OF THE TWO CASES**

The New York Case was filed nearly six weeks prior to the California Case.

The parties are identical and review of the pleadings indicates both cases arise out of the same transactions, events, and occurrences.

In the California Case, Lay Siok Lin seeks to recover several million dollars invested in

2005 following meetings with Bruce Mabey and plaintiff's sister, Lay Mei Lin, that took place in Jakarta, Indonesia (Lay Siok Lin apparently resides in Indonesia).

William Teitelbaum never met Lay Siok Lin, but did meet twice with Lay Mei Lin (the sister of Lay Siok Lin), once in Las Vegas and once in New York. William Teitelbaum denies the propriety of jurisdiction and venue in California.

Matthew Metz has appeared as counsel for Lay Siok Lin in both cases (his pro hac vice application was filed on February 8, 2008 in the New York Case).

## MULTI DISTRICT LITIGATION

Pursuant to the guidelines of 28 U.S.C. § 1407 and Local Rules 3-12 and 3-13, there are two pending civil actions involving one or more common questions of fact pending in different districts such that consolidation/coordination is appropriate to avoid the risk of conflicting decisions and to conserve resources and further efficient determination (one set of proceedings rather than two).

Although there is a State Court Action pending in Utah, that matter does not involve Lay Siok Lin. It was filed October 2005, in a Utah State Court by D.S. Platinum, LLC, naming Platinum Too, LLC, Bruce Mabey, and William Teitelbaum as defendants. It does not appear to affect how the New York Case and California Case should be handled.

## EFFECT ON SCHEDULING

Based on the existing orders in both cases, scheduling should not be materially affected.

## MISCELLANEOUS

William Teitelbaum intends to file a motion to set aside the default entered against him on grounds of inadequate service, intends to challenge the Application for Default Judgment

presently set for April 3, 2008, and intends to contest the propriety of jurisdiction and venue in California.

    The filing party believes transfer of the California Case to New York is appropriate, but in any event, two separate cases should not go forward.

Dated: March 4, 2008                          /s/ Steven R. Levy

                                               Attorney for Defendant, William Teitelbaum

## CERTIFICATE OF SERVICE

    I hereby certify that on this date I filed the foregoing Notice of Pendency of Other Action and Related Case on behalf of defendant, William Teitelbaum with the United States District Court, for the Northern District of California, San Francisco Division, using the ECF system, and that I did so on behalf of myself and my co-counsel, Jeffrey Forster.

    In addition and also on the date set forth below I served true copies of this Notice of Pendency of Other Action and Related Case by placing a true copy thereof enclosed in sealed envelopes and by depositing the envelopes in the United States mail at Morgan Hill, Santa Clara County, California, with postage fully prepaid addressed to the following persons (those indicated as counsel for the respective parties in Case Number 2:07-CV-03971-LDW-ETB) based on the Pacer records in Case Number 2:07-CV-03971-LDW-ETB

| | |
|---|---|
| Anton J. Borovina<br>Borovina & Marullo, PLLC<br>445 Broadhollow Road, Suite 334<br>Melville, NY 11747<br><br>For Plaintiff, William A Teitelbaum | John Petriello<br>Levy, Ehrlich & Petriello<br>60 Park Place, Suite 1016<br>Newark, NJ 07102<br><br>For Defendant, Lay Siok Lin |
| James M. Wicks<br>Farrell Fritz, P.C.<br>1320 Reckson Plaza<br>Uniondale, NY 11556-1320<br><br>For Defendant, Bruce Mabey | Debbie Chun<br>Farrell Fritz, P.C.<br>1320 Rexcorp Plaza<br>Uniondale, NY 11556<br><br>For Defendant, Bruce Mabey |

1  At that time of deposit there was regular delivery of United States mail between the place of
2  deposit and place of address.
3  I hereby certify that the above information is true and correct and that this document was
4  executed by me in Morgan Hill, California on the date indicated below.

6  Dated: March 4, 2008                    /s/ Steven Levy
7                                           **STEVEN R. LEVY**, Attorney at Law