```
JEFFREY M. FORSTER (SBN 50519)
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone:    (408) 977-3137
Facsimile:    (408) 977-3141
Email:        jforstr@pacbell.net

STEVEN R. LEVY  (State Bar No. 103164)
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone:    (408) 274-7000
Facsimile:    (408) 274-9000
Email:        slevy@bigfoot.com
```

Attorneys for Defendant, William Teitelbaum

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>Defendants. | CASE NUMBER: C 07 5551 WHA<br><br>DECLARATION OF ANTON BOROVINA IN SUPPORT OF THE MOTION OF DEFENDANT, WILLIAM TEITELBAUM, TO SET ASIDE DEFAULT<br><br>(Hearing deferred to discretion of the Court)<br><br>Motion Date:<br>Motion Time:    8:00 a.m.<br><br>Judge:           Hon. William Alsup<br>Courtroom:    9 (19th Floor)<br><br>Complaint Filed:    October 31, 2007<br><br>Trial Date:    January 5, 2009 |

I, ANTON BOROVINA, pursuant to 28 U.S.C. Section 1746 declare as follows:

1. I am an attorney licensed to practice before all Courts of the State of New York and the United States District Court for the Eastern District of New York and was formerly an Assistant Suffolk County (New York) Attorney, with duties that included, but were not limited to, being in charge of federal litigation and civil appeals.

2. For many years, I have known and provided legal services for William Teitelbaum and

---

Case Number: C 07 5551 WHA    Declaration of Anton Borovina in Support of the Motion
                               of Defendant, William Teitelbaum, to Set Aside Default    Page 1 of 3

Michelle Teitelbaum.

3. Michelle Teitelbaum does not fit the description of: "a white female approx. 45-55 years of age 5'8"-5'10" in height weighing 140-160 lbs with black hair and glasses." She is nearly six feet tall and has light blonde hair. Based on my past experience, if she ever received anything of a legal nature, she would contact me immediately.

4. On September 21, 2007 and on behalf of William Teitelbaum as plaintiff, I filed an action (essentially for declaratory relief) in the U.S. District Court (Eastern District of New York) (Case Number CV-07-3971) (hereafter the "New York Case") that named Lay Siok Lin as the defendant. An Amended Complaint was filed on or about December 14, 2007 adding Platinum Too, LLC, and Bruce Mabey as defendants (both understood by me be parties named in the action filed by Lay Siok Lin in the United States District Court for the Northern District of California (the matter in which this declaration is given and referred to as the "California Case").

5. After much effort, Lay Siok Lin was served in Indonesia regarding the New York Case and responded with a motion for change of venue. As of February 17, 2008, the venue motion has not been ruled upon, but a Civil Conference Order was issued in that matter on January 18, 2008 with an initial discovery cut-off of June 30, 2008. A true and correct copy of that Civil Conference Order is attached as EXHIBIT A.

6. Attached as EXHIBIT B is a copy of a printout (via Pacer) that accurately reflects proceedings in the New York Case.

7. Bruce Mabey and Platinum Too, LLC, have appeared in the New York case and Lay Siok Lin has appeared (jurisdiction having been acknowledged).

8. There is NO motion to dismiss pending in the New York case. The only motion pending is the motion of Lay Siok Lin for change of venue and which, as of the date of this declaration, was under submission.

9. Based on my review of documents in both matters, the New York Case and California Case seek to adjudicate, or predominantly seek to adjudicate, the same issues.

10. Around or shortly after Thanksgiving 2007, I was contacted by William Teitelbaum who told me he had found a bundle of documents on the ground by his house. He described the

circumstances regarding his finding of the documents. I inquired as to whether or not he had received anything similar by mail. He told me he had not. I advised him, in essence, that he had not been properly served and to advise me if he received anything by mail. He promptly forwarded the documents to me.

11. Upon my receipt and review of the documents, I realized they pertained to The California Case.

12. As of the date of this declaration, I am unaware of Mr. Teitelbaum receiving anything else regarding the California Case personally or by mail.

13. Pursuant to New York State Law (The Statutes of the State of New York (Civil Practice Act § 308 (Personal service upon a natural person)), substituted service requires plaintiff to follow-up by mailing the Summons and Complaint, etc.

14. On or shortly after January 24, 2008, I first became aware of the default in The California Case and understand that Mr. Teitelbaum was informed of it by email received from attorneys in Utah.

15. As of the date of this declaration, it is still my view that proper and effective service of the California Case was not effected on Mr, Teitelbaum.

16. I declare under penalty of perjury that the foregoing is true and correct except as to matters alleged on information and belief, if any, and as to those matters I believe them to be true and correct to the best of my knowledge and that this declaration was executed by me at the place and on the date indicated below.

Executed on (date): ___Feb 25___, 2008

Executed at (city and state where signed): ___Melville___, New York

Signature: _____

ANTON BOROVINA

---

Case Number: C 07 5551 WHA        Declaration of Anton Borovina in Support of the Motion
                                  of Defendant, William Teitelbaum, to Set Aside Default   Page 3 of 3

EXHIBIT A

TO

DECLARATION OF ANTON BOROVINA IN SUPPORT
OF THE MOTION OF DEFENDANT, WILLIAM
TEITELBAUM, TO SET ASIDE DEFAULT

CIVIL CONFERENCE ORDER

BEFORE: E. THOMAS BOYLE  
UNITED STATES MAGISTRATE JUDGE

DATE: JANUARY 18, 2008  
TIME: 9:30 A.M.   TO _____

ASSIGNED JUDGE: <u>WEXLER</u>

DOCKET NO. <u>CV-07-03971</u> CASE: **TEITELBAUM   V.   LIN**

CIVIL CONFERENCE

Initial _X_   Status ___   Discovery ___   Settlement ___   Final Pre-trial ___

Motion _____

Automatic Discovery: Has been ( ____ )   Has Not Been ( ____ ) Completed.

APPEARANCES:   <u>Plaintiff</u>                    <u>Defendant</u>

Anton J. Borovina                James M. Wicks (Δ Mabey)  
                                 John J. Petriello (Δ Lin)

* Discovery completed by _____ 6/30/08 _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _Final_ conference _____ 8/7/08 at 2:00 pm by phone

Pre-Trial Order filed by _____ 7/30/08 {listg Trial w. [illegible] Exhibits

Plaintiff _____

Defendant _____

The conference call should be made through the teleconference operator provided by your long-distance service (e.g., AT&T, MCI, Sprint).

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by   _____  
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by   _____

2. The parties shall serve document production/interrogatory demands by   _____  
   The parties shall respond to outstanding document production/  
   interrogatories by _____

So ordered

/s/ E. Thomas Boyle, U.S.M.J.

# EXHIBIT B

## TO

## DECLARATION OF ANTON BOROVINA IN SUPPORT OF THE MOTION OF DEFENDANT, WILLIAM TEITELBAUM, TO SET ASIDE DEFAULT

### PACER SUMMARY RE

Teitelbaum V. Lin, et. al.
U.S. District Court (Eastern District of New York)
(Case Number CV-07-3971)

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:07-cv-03971-LDW-ETB

Teitelbaum v. Lin  
Assigned to: Senior-Judge Leonard D. Wexler  
Referred to: Magistrate-Judge E. Thomas Boyle  
Cause: 28:2201 Declaratory Judgement

Date Filed: 09/21/2007  
Jury Demand: None  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question

**Plaintiff**

**William A Teitelbaum**     represented by    **Anton J. Borovina**  
Borovina & Marullo, PLLC  
445 Broadhollow Road  
Suite 334  
Melville, NY 11747  
631-630-1101  
Fax: 631-465-8935  
Email: ajb@bormarlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lay Siok Lin**     represented by    **John Petriello**  
Levy, Ehrlich & Petriello  
60 Park Place  
Suite 1016  
Newark, NJ 07102  
973-643-0040  
Fax: 973-596-1781  
Email: john@lep-lawyers.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce Mabey**     represented by    **James M. Wicks**  
Farrell Fritz, P.C.  
1320 Reckson Plaza  
Uniondale, NY 11556-1320  
516-227-0700  
Fax: 516-336-2204

Email: jwicks@farrellfritz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Debbie Chun**
Farrell Fritz, P.C.
1320 Rexcorp Plaza
Uniondale, NY 11556
516-227-0658
Fax: 516-336-2748
Email: dchun@farrellfritz.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2007 | 1 | COMPLAINT *(Receipt #24092)* against Lay Siok Lin $ 350, filed by William A Teitelbaum. (Attachments: # 1 Civil Cover Sheet) (Ryan, Mary) (Entered: 09/24/2007) |
| 09/21/2007 | | Summons Issued as to Lay Siok Lin. (Ryan, Mary) (Entered: 09/24/2007) |
| 09/24/2007 | | Case Ineligible for Arbitration (Bollbach, Jean) (Entered: 09/24/2007) |
| 11/07/2007 | 2 | ORDER OF RECUSAL for CASE TYPE. Judge Michael L. Orenstein recused. Case reassigned to Judge E. Thomas Boyle for all further proceedings. Ordered by Judge Raymond J. Dearie on 11/7/2007. (Bowens, Priscilla) (Entered: 11/07/2007) |
| 11/20/2007 | 3 | SCHEDULING ORDER: Initial Conference set for 1/18/2008 09:30 AM before Magistrate-Judge E. Thomas Boyle. See order for further instructions. Counsel for Plaintiff(s) or Plaintiff pro se is obligated to serve a copy of this order on each defendant.. Ordered by Magistrate-Judge E. Thomas Boyle on 11/20/07. (Lundy, Lisa) (Entered: 11/20/2007) |
| 12/14/2007 | 4 | AMENDED COMPLAINT against Lay Siok Lin, filed by William A Teitelbaum. (Borovina, Anton) (Entered: 12/14/2007) |
| 01/10/2008 | 5 | MOTION to Change Venue by Lay Siok Lin. (Attachments: # 1 Declaration of Matthew Metz, Esq, # 2 Declaration of Siok Lin Lay, # 3 Declaration of Mei Lin Lay, # 4 Memorandum of Law) (Petriello, John) (Entered: 01/10/2008) |
| 01/10/2008 | 6 | MOTION to Adjourn Conference by Lay Siok Lin. (Petriello, John) (Entered: 01/10/2008) |
| 01/11/2008 | | ENDORSED ORDER denying 6 Motion to Adjourn Conference. SEE Rule 16(b), Fed. R. Civ. P. Ordered by Magistrate Judge E. Thomas Boyle on 1/11/08. Defendant's counsel is directed to notify all counsel of this order upon receipt. (Joy, Dolores) (Entered: 01/11/2008) |

| | | |
|---|---|---|
| 01/18/2008 | 7 | Minute Entry for proceedings held before Magistrate Judge E. Thomas Boyle:Initial Pretrial Conference held on 1/18/2008. ( Discovery due by 6/30/2008., Proposed Pretrial Order due by 7/30/2008 List of trial Witnesses & Exhibits., Final Pretrial Conference by phone set for 8/7/2008 02:00 PM before Magistrate Judge E. Thomas Boyle.) The conference call should be made through the teleconference operator provided by your long-distance service(e.g., AT&T, MCI, Sprint). (So ordered by Mag. Judge Boyle on 1/18/08). (Lundy, Lisa) (Entered: 01/18/2008) |
| 02/08/2008 | 8 | MOTION for Leave to Appear Pro Hac Vice *for Matthew Metz, Esq.* Filing fee $ 25, receipt number 02070000000002780079. by Lay Siok Lin. (Attachments: # 1 Affidavit Matthew Metz, Esq., # 2 Text of Proposed Order) (Petriello, John) (Entered: 02/08/2008) |
| 02/11/2008 | | ORDER granting 8 Motion for Leave to Appear pro hac vice, as to attorney Matthew N. Metz. Mr. Metz is permitted to argue or try this case in whole or in part as counsel or advocate. Mr. Metz shall register for ECF. Registration is available online at the E.D.N.Y. homepage. Once registered, Mr. Metz shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Ordered by Magistrate Judge E. Thomas Boyle on 2/11/08. (Joy, Dolores) (Entered: 02/11/2008) |
| 02/11/2008 | 9 | NOTICE of Appearance by Debbie Chun on behalf of Bruce Mabey (aty to be noticed) (Chun, Debbie) (Entered: 02/11/2008) |
| 02/11/2008 | 10 | NOTICE of Appearance by James M. Wicks on behalf of Bruce Mabey (aty to be noticed) (Wicks, James) (Entered: 02/11/2008) |

## PACER Service Center

### Transaction Receipt

02/17/2008 18:18:16

| | | | |
|---|---|---|---|
| PACER Login: | sl1408 | Client Code: | Teitelbaum |
| Description: | Docket Report | Search Criteria: | 2:07-cv-03971-LDW-ETB |
| Billable Pages: | 2 | Cost: | 0.16 |