JEFFREY M. FORSTER (SBN 50519)
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone:   (408) 977-3137
Facsimile:   (408) 977-3141
Email:       jforstr@pacbell.net

STEVEN R. LEVY   (State Bar No. 103164)
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone:   (408) 274-7000
Facsimile:   (408) 274-9000
Email:       slevy@bigfoot.com

Attorneys for Defendant, William Teitelbaum

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LAY SIOK LIN, | CASE NUMBER: C 07 5551 WHA |
|---|---|
| Plaintiff, | DECLARATION OF WILLIAM TEITELBAUM IN SUPPORT OF THE MOTION OF DEFENDANT, WILLIAM TEITELBAUM, TO SET ASIDE DEFAULT |
| v. | |
| PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM, | (Hearing deferred to discretion of the Court) |
| Defendants. | Motion Date: |
| | Motion Time:   8:00 a.m. |
| | Judge:          Hon. William Alsup |
| | Courtroom:    9 (19th Floor) |
| | Complaint Filed:   October 31, 2007 |
| | Trial Date:         January 5, 2009 |

I, WILLIAM TEITELBAUM, pursuant to 28 U.S.C. Section 1746 declare as follows:

1.   I am the defendant in this case.

2.   I reside at 4 Winston Court, Dix Hills, NY 11746, and live there with my wife, Michelle Teitelbaum. Nobody else lives with us except for our housekeeper who is male, about 5'4" tall, is of slight build, and has dark hair and a beard.

3.   My wife is approximately 5"10" in height, has very light blonde hair, and usually wears

---

contact lenses (not glasses).

4. My wife and I were home, all day on November 22, 2007 (Thanksgiving day). We spent the day alone and had neither visitors nor guests.

5. I was out most of the day November 23, 2007 (Friday, the day after Thanksgiving) and, as far as I know, my wife was in and out of the house on Friday.

6. To the best of my recollection and recollection, my wife and I were home at 8:00 a.m., on November 20, 2007 and at 6:30 a.m., on November 21, 2007.

7. To the best of my knowledge, there was nobody at our house on November 23, 2007 who would fit the description of "a white female approx. 45-55 years of age 5'8"-5'10" in height weighing 140-160 lbs with black hair and glasses" nor was there anyone of that description at our home on or around the Thanksgiving holiday.

8. Soon after Thanksgiving 2007, I found a bundle of documents on my rear patio deck. The documents related to this lawsuit.

9. I promptly contacted Anton Borovina, my attorney in the case filed on my behalf on September 21, 2007 in the U.S. District Court (Eastern District of New York) (Case Number CV-07-3971).

10. I described to Mr. Borovina the circumstances regarding my finding of the documents and promptly forwarded the documents to him.

11. Mr. Borovina inquired as to whether or not I had received anything similar by mail. I told him I had not. He advised me that I had not been properly served and to advise him if I received anything by mail. As of the date of this declaration, no such documents have been received by me by mail or otherwise.

12. My first awareness that a default had been entered against me in this case came on, or shortly after January 24, 2008 via email from attorneys in Utah.

13. I have never met Lay Siok Lin.

14. I met twice with Lay Mei Lin (who I understood to be the sister of Lay Siok Lin), once in Las Vegas and once in New York.

15. I declare under penalty of perjury that the foregoing is true and correct except as to

matters alleged on information and belief, if any, and as to those matters I believe them to be true and correct to the best of my knowledge and recollection and that this declaration was executed by me at the place and on the date indicated below.

Executed on (date): __2/21/08__, 2008

Executed at (city and state where signed): __Melville__, New York

Signature: _____.

WILLIAM TEITELBAUM