1  JEFFREY M. FORSTER (SBN 50519)
   160 West Santa Clara Street, Suite 1100
2  San Jose, CA 95113
   Telephone:   (408) 977-3137
3  Facsimile:   (408) 977-3141
   Email:       jforstr@pacbell.net
4
   STEVEN R. LEVY   (State Bar No. 103164)
5  17670 Woodland Avenue
   Morgan Hill, CA 95037
6  Telephone:   (408) 274-7000
   Facsimile:   (408) 274-9000
7  Email:       slevy@bigfoot.com

8  Attorneys for Defendant, William Teitelbaum

9                  UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

| LAY SIOK LIN, | CASE NUMBER: C 07 5551 WHA |
|---|---|
| Plaintiff, | DECLARATION OF MICHELLE TEITELBAUM IN SUPPORT OF THE MOTION OF DEFENDANT, WILLIAM TEITELBAUM, TO SET ASIDE DEFAULT |
| v. | |
| PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM, | (Hearing deferred to discretion of the Court) |
| Defendants. | Motion Date:<br>Motion Time:    8:00 a.m. |
| | Judge:          Hon. William Alsup<br>Courtroom:   9 (19th Floor) |
| | Complaint Filed:   October 31, 2007 |
| | Trial Date:           January 5, 2009 |

        I, MICHELLE TEITELBAUM, pursuant to 28 U.S.C. Section 1746 declare as follows:

1.      I am married to William Teitelbaum and reside with him at 4 Winston Court, Dix Hills, NY 11746. Nobody else lives with us except for our housekeeper who is male, about 5'4" tall, is of slight build, and has dark hair and a beard..

2.      My husband and I were home alone all day on November 22, 2007 (Thanksgiving day). We did not have any visitors nor guests.

---

Declaration of Michelle Teitelbaum in Support of the Motion
of Defendant, William Teitelbaum, to Set Aside Default            Case Number:  C 07 5551 WHA Page 1 of 2

4.  To the best of my recollection, I was in and out most of the day November 23, 2007 (Friday, the day after Thanksgiving).

5.  I have no reason to think I was not home on November 20, 2007 at 8:00 a.m., and on November 21, 2007 at 6:30 a.m., and ordinarily would have been home at those times on weekdays

6.  To the best of my knowledge, there was nobody at our house on November 23, 2007 (the day after Thanksgiving) who would fit the description of "a white female approx. 45-55 years of age 5'8"-5'10" in height weighing 140-160 lbs with black hair and glasses" nor was there anyone of that description at our home on or around the Thanksgiving holiday.

7.  I am 5"10" in height, have very light blonde hair and usually wear contact lenses (not glasses).

8.  I never received anything of any kind that resembled legal papers around the time of the Thanksgiving holiday, November 22, or 23, 2007.

9.  Anton Borovina has been our attorney for quite some time and I have known him for many years. If I had received anything that looked like legal papers, I would have contacted him immediately or had my husband contact Mr. Borovina.

10. I declare under penalty of perjury that the foregoing is true and correct except as to matters alleged on information and belief, if any, and as to those matters I believe them to be true and correct to the best of my knowledge and that this declaration was executed by me at the place and on the date indicated below.

Executed on (date): _2/26/08_____, 2008

Executed at (city and state where signed): _____MELVILLE_____, New York

Signature: _____.

MICHELLE TEITELBAUM

* Michelle

---

**Declaration of Michelle Teitelbaum in Support of the Motion of Defendant, William Teitelbaum, to Set Aside Default**    Case Number: C 07 5551 WHA Page 2 of 2