**JEFFREY M. FORSTER (SBN 50519)**
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone:   (408) 977-3137
Facsimile:   (408) 977-3141
Email:        jforstr@pacbell.net

**STEVEN R. LEVY   (State Bar No. 103164)**
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone:   (408) 274-7000
Facsimile:   (408) 274-9000
Email:        slevy@bigfoot.com

**Attorneys for Defendant, William Teitelbaum**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LAY SIOK LIN,**<br><br>           Plaintiff,<br><br>v.<br><br>**PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,**<br><br>           Defendants. | **CASE NUMBER:  C 07 5551 WHA**<br><br>**DECLARATION OF JEFFREY FORSTER RE THE MOTION OF DEFENDANT, WILLIAM TEITELBAUM, TO SET ASIDE DEFAULT**<br><br>(Hearing deferred to discretion of the Court)<br><br>**Motion Date:**<br>**Motion Time:**            8:00 a.m.<br><br>**Judge:**                     Hon. William Alsup<br>**Courtroom:**              9 (19th Floor)<br><br>**Complaint Filed:**      October 31, 2007<br><br>**Trial Date:**              January 5, 2009 |

I, Jeffrey M. Forster, declare as follows:

1.   I am an attorney licensed to practice before all courts of the State of California, and the United District Court for the Northern District of California and, in association with Steven Levy Forster, am one of the attorneys for defendant, William Teitelbaum.

2.   On February 11, 2008, I telephoned Matthew Metz, the attorney for plaintiff, Lay Siok Lin, for the purposes of introducing myself, advising that I had been retained by William Teitelbaum, and inquiring as to whether he would stipulate to set aside the default entered as

Case Number:  C 07 5551 WHA
Declaration of Jeffrey M. Forster re
Motion of Defendant, William Teitelbaum, to Set Aside Default

Page 1 of 2

against William Teitelbaum.

3. He told me he would discuss it with his client and get back to me.

4. As of February 21, 2008, I had not heard back from Mr. Metz so I telephoned him to follow up regarding my prior inquiry as to whether he would stipulate to set aside the default.

5. During the course of our phone call, he made comments in the nature of not seeing anything in it for his client. Also during the course of the call, he told me he had filed a motion seeking a default judgment.

6. I and my co-counsel, Steven Levy, checked the court file in this matter via Pacer and discovered the pending Application for Default Judgment presently set for April 3, 2008.

7. I declare under penalty of perjury that the foregoing is true and correct except as to matters alleged on information and belief, if any, and as to those matters I believe them to be true and correct to the best of my knowledge and that this declaration was executed by me at the place and on the date indicated below.

Executed on (date): March 3, 2008

Executed at:      San Jose, California.

Signature:        /s/JEFFREY M. FORSTER
                  JEFFREY M. FORSTER

Case Number:  C 07 5551 WHA
Declaration of Jeffrey M. Forster re
Motion of Defendant, William Teitelbaum, to Set Aside Default

Page 2 of 2