**JEFFREY M. FORSTER (SBN 50519)**
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone:   (408) 977-3137
Facsimile:   (408) 977-3141
Email:   jforstr@pacbell.net

**STEVEN R. LEVY**   (State Bar No. 103164)
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone:   (408) 274-7000
Facsimile:   (408) 274-9000
Email:   slevy@bigfoot.com

Attorneys for Defendant, William Teitelbaum

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LAY SIOK LIN,**<br><br>         Plaintiff,<br><br>v.<br><br>**PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,**<br><br>         Defendants. | CASE NUMBER:  C 07 5551 WHA<br><br>**DECLARATION OF STEVEN LEVY RE DECLARATIONS SUBMITTED IN SUPPORT OF THE MOTION OF DEFENDANT, WILLIAM TEITELBAUM, TO SET ASIDE DEFAULT**<br><br>(Hearing deferred to discretion of the Court)<br><br>**Motion Date:**<br>**Motion Time:**         8:00 a.m.<br><br>**Judge:**         Hon. William Alsup<br>**Courtroom:**   9 (19th Floor)<br><br>**Complaint Filed:**   October 31, 2007<br><br>**Trial Date:**   January 5, 2009 |

I, Steven R. Levy, declare as follows:

1.   I am an attorney licensed to practice before all courts of the State of California, and the United District Court for the Northern, Southern, and Central Districts of California and, in association with Jeffrey Forster, am one of the attorneys for defendant, William Teitelbaum.

2.   I am in possession of the original declarations submitted in support of the Motion of

Defendant, William Teitelbaum to Set Aside Default, those being:

    a.    The Declaration of William Teitelbaum (executed Feb. 28, 2008);

    b.    The Declaration of Michelle Teitelbaum (executed Feb. 28, 2008);

    c.    The Declaration (with exhibits) of Anton Borovina (executed Feb. 25, 2008); and

    d.    The Declaration of Jeffrey Forster (executed March 3, 2008)

3.    I declare under penalty of perjury that the foregoing is true and correct except as to matters alleged on information and belief, if any, and as to those matters I believe them to be true and correct to the best of my knowledge and that this declaration was executed by me at the place and on the date indicated below.

Executed on (date):  March 3, 2008

Executed at:        Morgan Hill, California.

Signature:          /s/ Steven R. Levy
                       STEVEN R. LEVY