1  JEFFREY M. FORSTER (SBN 50519)
   160 West Santa Clara Street, Suite 1100
2  San Jose, CA 95113
   Telephone:    (408) 977-3137
3  Facsimile:    (408) 977-3141
   Email:        jforstr@pacbell.net
4
   STEVEN R. LEVY   (State Bar No. 103164)
5  17670 Woodland Avenue
   Morgan Hill, CA 95037
6  Telephone:    (408) 274-7000
   Facsimile:    (408) 274-9000
7  Email:        slevy@bigfoot.com

8  Attorneys for Defendant, William Teitelbaum

9               UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN, | CASE NUMBER:  C 07 5551 WHA |
| Plaintiff, | [PROPOSED] ORDER SETTING ASIDE ENTRY OF DEFAULT |
| v. | |
| PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM, | Motion Date:  April 3, 2008<br>Motion Time:  8:00 a.m. |
| Defendants. | Judge:        Hon. William Alsup<br>Courtroom:    9 (19th Floor) |
| | Complaint Filed:  October 31, 2007 |
| | Trial Date:  January 5, 2009 |

   The motion of defendant, William Teitelbaum, for an order setting aside entry of default came on regularly for hearing on April 3, 2008, at 8:00 a.m., in Courtroom 9 of the above entitled court, the Honorable William Alsup presiding.

   Appearing as attorneys were:

       For the defendant and moving party, William Teitelbaum

       _____

       _____

For the plaintiff, Lay Siok Lin:

_____

_____

The court having reviewed the papers in support of and in opposition to the motion, having heard the argument of counsel, having reviewed its files in this matter, satisfactory proof having been made, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The motion is granted.
2. The default previously entered as against defendant, William Teitelbaum, is set aside and vacated.
3. Defendant, William Teitelbaum, shall have _____ court days to respond to the complaint.
4. The above order take effect only after defendant, William Teitelbaum, has complied with the following conditions:

_____

_____

_____

_____

_____

_____

Dated: _____        _____

HON. WILLIAM ALSUP