**JEFFREY M. FORSTER (SBN 50519)**
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone:  (408) 977-3137
Facsimile:  (408) 977-3141
Email:  jforstr@pacbell.net

**STEVEN R. LEVY** (State Bar No. 103164)
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone:  (408) 274-7000
Facsimile:  (408) 274-9000
Email:  slevy@bigfoot.com

Attorneys for Defendant, William Teitelbaum

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>Defendants. | CASE NUMBER:  C 07 5551 WHA<br><br>CERTIFICATE OF SERVICE RE MOTION OF DEFENDANT, WILLIAM TEITELBAUM, TO SET ASIDE DEFAULT<br><br>(Hearing deferred to discretion of the Court)<br><br>Motion Date:  April 3, 2008<br>Motion Time:  8:00 a.m.<br><br>Judge:  Hon. William Alsup<br>Courtroom:  9 (19th Floor)<br><br>Complaint Filed:  October 31, 2007<br><br>Trial Date:  January 5, 2009 |

   I, Steven Levy, hereby certify that on this date I filed the documents listed below regarding the Motion of Defendant, William Teitelbaum, to Set Aside Default on behalf of defendant, William Teitelbaum with the United States District Court, for the Northern District of California, San Francisco Division, using the ECF system, and that I did so on behalf of myself and my co-counsel, Jeffrey Forster.

   The documents so filed were:

   1.   The Notice of Motion and Motion of Defendant, William Teitelbaum, to Set Aside

Case Number:  C 07 5551 WHA
Certificate of Service re
Motion of Defendant, William Teitelbaum, to Set Aside Default         Page 1 of 2

1. Default and Points and Authorities;
2. The Declaration of William Teitelbaum (executed Feb. 28, 2008);
3. The Declaration of Michelle Teitelbaum (executed Feb. 28, 2008);
4. The Declaration (with exhibits) of Anton Borovina (executed Feb. 25, 2008);
5. The Declaration of Jeffrey Forster (executed March 3, 2008);
6. The Declaration of Steven Levy (executed March 3, 2008);
7. [Proposed] Order Setting Aside Entry of Default; and
8. This Certificate of Service.

Dated:    March 4, 2008           /s/ Steven Levy
                                  **STEVEN R. LEVY**, Attorney at Law

**Case Number:  C 07 5551 WHA**
**Certificate of Service re**
**Motion of Defendant, William Teitelbaum, to Set Aside Default**     Page 2 of 2