1  the motion to vacate should be heard prior to the Application for Default Judgment.

2  Matthew Metz and Steven Levy agreed to a hearing date of April 3, 2008 for the Motion
3  of Defendant, William Teitelbaum, to Set Aside Default for the following reasons: (1) to allow
4  for hearing of the Motion to Set Aside Default prior to hearing of the Application for Default
5  Judgment; (2) to allow plaintiff the greatest possible time to respond to the motion to vacate; (3)
6  and to avoid rescheduling Application for Default Judgment.

7  Matthew Metz and Steven Levy also agreed to the following briefing schedule:

8        The motion and supporting papers shall be e-filed on or before March 4, 2008;
9        Plaintiff, Lay Siok Lin, shall file any opposition on or before March 19, 2008;
10       Reply papers, if any, shall be filed on or before March 26, 2008;

11 The only prior time modifications in this case were: (1) a stipulation/order that gave
12 defendants, Bruce Mabey and Platinum Too, LLC, an extension to January 14, 2008 to respond
13 to the Complaint, and (2) an expedited motion to withdraw by counsel for Platinum Too, LLC.

14 The approval of this stipulation does not appear as though it would negatively impact any
15 presently scheduled dates in this case.

16 Based on the agreement of counsel and for the reasons stated, it is requested that the
17 Court enter an order shortening time for the Motion of Defendant, William Teitelbaum, to Set
18 Aside Default and allow the motion to be heard April 3, 2008 with the agreed briefing schedule.

19 By signature below, it is so stipulated and counsel declare that the contents of this
20 stipulation are true and correct to the best of their knowledge..

21

22 Dated: _____, 2008

23                                     MATTHEW METZ
                                          Attorney for plaintiff, Lay Siok Lin

24 Dated: March __, 2008

25                                       STEVEN LEVY
                                          Attorney for defendant, William Teitelbaum

26 Dated: March __, 2008

27                                        JEFFREY FORSTER
                                         Attorney for defendant, William Teitelbaum

28

Case Number: C 07 5551 WHA
Stipulation to Shorten Time for Setting and Hearing of the Motion of
Defendant, William Teitelbaum, to Set Aside Default and Order Thereon    Page 2 of 3

the motion to vacate should be heard prior to the Application for Default Judgment.

Matthew Metz and Steven Levy agreed to a hearing date of April 3, 2008 for the Motion of Defendant, William Teitelbaum, to Set Aside Default for the following reasons: (1) to allow for hearing of the Motion to Set Aside Default prior to hearing of the Application for Default Judgment; (2) to allow plaintiff the greatest possible time to respond to the motion to vacate; (3) and to avoid rescheduling Application for Default Judgment.

Matthew Metz and Steven Levy also agreed to the following briefing schedule:

1. The motion and supporting papers shall be e-filed on or before March 4, 2008;
2. Plaintiff, Lay Siok Lin, shall file any opposition on or before March 19, 2008;
3. Reply papers, if any, shall be filed on or before March 26, 2008;

The only prior time modifications in this case were: (1) a stipulation/order that gave defendants, Bruce Mabey and Platinum Too, LLC, an extension to January 14, 2008 to respond to the Complaint, and (2) an expedited motion to withdraw by counsel for Platinum Too, LLC.

The approval of this stipulation does not appear as though it would negatively impact any presently scheduled dates in this case.

Based on the agreement of counsel and for the reasons stated, it is requested that the Court enter an order shortening time for the Motion of Defendant, William Teitelbaum, to Set Aside Default and allow the motion to be heard April 3, 2008 with the agreed briefing schedule.

By signature below, it is so stipulated and counsel declare that the contents of this stipulation are true and correct to the best of their knowledge..

Dated: March 4, 2008

MATTHEW METZ
Attorney for plaintiff, Lay Siok Lin

Dated: _____, 2008

STEVEN LEVY
Attorney for defendant, William Teitelbaum

Dated: _____, 2008

JEFFREY FORSTER
Attorney for defendant, William Teitelbaum