1  David Balter, State Bar No. 212027
   John N. Heffner, State Bar No. 221557
2  jheffner@dpf-law.com
   DICKENSON, PEATMAN & FOGARTY
3  A Professional Corporation
   809 Coombs Street
4  Napa, California 94559
   Telephone: (707) 252-7122
5  Facsimile: (707) 255-6876

6  Attorneys for Defendant
   Bruce Mabey
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  LAY SIOK LIN,                          CASE NO. C-07-5551-WHA

13          Plaintiff,                     **STIPULATION TO SHORTEN TIME FOR
                                           HEARING ON MOTION TO SET ASIDE
14      vs.                                ENTRY OF DEFAULT**

15  PLATINUM TOO, LLC, BRUCE
    MABEY, and WILLIAM TEITELBAUM,         Judge:       Hon. William Alsup
16                                         Trial Date:  January 5, 2009
            Defendants.                    Action Filed: October 31, 2007
17

18

19      WHEREAS plaintiff filed a complaint against, among others, Defendant Bruce Mabey on

20  October 31, 2007;

21      WHEREAS plaintiff moved for entry of default on January 16, 2008;

22      WHEREAS the clerk entered default on January 24, 2008;

23      WHEREAS plaintiff filed a motion for entry of default judgment on February 19, 2008,

24  which this Court will hear on April 3, 2008;

25      WHEREAS defendant Bruce Mabey will move to set aside entry of default;

26      IT IS HEREBY STIPULATED by and between Plaintiff Lay Siok Lin and Defendant

27  Bruce Mabey, through their respective attorneys of record, that the Court should hear defendant

28  Bruce Mabey's motion to set aside entry of default on April 3, 2008, the same date that the Court

STIPULATION TO SHORTEN TIME FOR
HEARING ON MOTION

1  will hear plaintiff's motion for entry of default judgment;

2  IT IS FURTHER STIPULATED that defendant Bruce Mabey's motion to set aside entry of default should be heard on shortened notice, with defendant Bruce Mabey filing his motion on or before Monday, March 17, 2008, plaintiff filing any opposition on or before Tuesday, March 25, 2008, and defendant Bruce Mabey filing any reply papers on or before Friday, March 28, 2008.

Dated: March 12, 2008.

DICKENSON, PEATMAN & FOGARTY

By  */s/ John N. Heffner*
John N. Heffner
Attorneys for Defendant Bruce Mabey

Dated: March 12, 2008.

METZ LAW GROUP, PLLC

By  */s/ Matthew N. Metz*
Matthew N. Metz
Attorneys for Plaintiff Lay Siok Lin

STIPULATION TO SHORTEN TIME FOR
HEARING ON MOTION                    2