David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendant
Bruce Mabey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>              Plaintiff,<br><br>     vs.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>              Defendants. | CASE NO. C-07-5551-WHA<br><br>**[PROPOSED] ORDER TO SHORTEN TIME FOR HEARING ON MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Judge:          Hon. William Alsup<br>Trial Date:    January 5, 2009<br>Action Filed:  October 31, 2007 |

Pursuant to the Stipulation to Shorten Time for Hearing on Motion to Set Aside Entry of Default, signed by the parties and on file in this action,

IT IS ORDERED that defendant Bruce Mabey's motion to set aside entry of default shall be heard on shortened time.

IT IS FURTHER ORDERED that defendant Bruce Mabey shall file his motion to set aside entry of default on or before Monday, March 17, 2008. Plaintiff shall file any opposition to the motion on or before Tuesday, March 25, 2008. Defendant Bruce Mabey shall then file any reply papers on or before Friday, March 28, 2008.

DATED: _____, 2006.

_____
Honorable William Alsup
Judge of the United States District Court

[PROPOSED] ORDER TO SHOERTEN TIME