David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendant
Platinum Too, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>  Plaintiff,<br><br> vs.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>  Defendants. | CASE NO. C-07-5551-WHA<br><br>**STIPULATION TO SHORTEN TIME FOR HEARING ON MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Judge:  Hon. William Alsup<br>Trial Date:  January 5, 2009<br>Action Filed: October 31, 2007 |

  WHEREAS plaintiff filed a complaint against, among others, Defendant Platinum Too, LLC on October 31, 2007;

  WHEREAS plaintiff moved for entry of default on January 16, 2008;

  WHEREAS the clerk entered default on January 24, 2008;

  WHEREAS plaintiff filed a motion for entry of default judgment on February 19, 2008, which this Court will hear on April 3, 2008;

  WHEREAS defendant Platinum Too, LLC will move to set aside entry of default;

  IT IS HEREBY STIPULATED by and between plaintiff Lay Siok Lin and defendant Platinum Too, LLC, through their respective attorneys of record, that the Court should hear defendant Platinum Too, LLC's motion to set aside entry of default on April 3, 2008, the same

STIPULATION TO SHORTEN TIME FOR
HEARING ON MOTION

date that the Court will hear plaintiff's motion for entry of default judgment;

IT IS FURTHER STIPULATED that defendant Platinum Too, LLC's motion to set aside entry of default should be heard on shortened notice, with defendant Platinum Too, LLC filing his motion on or before Monday, March 17, 2008, plaintiff filing any opposition on or before Tuesday, March 25, 2008, and defendant Platinum Too, LLC filing any reply papers on or before Friday, March 28, 2008.

Dated: March 12, 2008.

DICKENSON, PEATMAN & FOGARTY

By   /s/ John N. Heffner
     John N. Heffner
     Attorneys for Defendant Platinum Too, LLC

Dated: March 12, 2008.

METZ LAW GROUP, PLLC

By   /s/ Matthew N. Metz
     Matthew N. Metz
     Attorneys for Plaintiff Lay Siok Lin

STIPULATION TO SHORTEN TIME FOR HEARING ON MOTION     2