1  David Balter, State Bar No. 212027
   John N. Heffner, State Bar No. 221557
2  jheffner@dpf-law.com
   DICKENSON, PEATMAN & FOGARTY
3  A Professional Corporation
   809 Coombs Street
4  Napa, California 94559
   Telephone: (707) 252-7122
5  Facsimile: (707) 255-6876

6  Attorneys for Defendant
   Platinum Too, LLC

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  LAY SIOK LIN,                     CASE NO. C-07-5551-WHA

13          Plaintiff,                [PROPOSED] ORDER TO SHORTEN
                                      TIME FOR HEARING ON MOTION TO
14  vs.                               SET ASIDE ENTRY OF DEFAULT

15  PLATINUM TOO, LLC, BRUCE
    MABEY, and WILLIAM TEITELBAUM,    Judge:       Hon. William Alsup
16                                    Trial Date:  January 5, 2009
           Defendants.               Action Filed: October 31, 2007
17

18          Pursuant to the Stipulation to Shorten Time for Hearing on Motion to Set Aside Entry of
19  Default, signed by the parties and on file in this action,
20          IT IS ORDERED that defendant Platinum Too, LLC's motion to set aside entry of default
21  shall be heard on shortened time.
22          IT IS FURTHER ORDERED that defendant Platinum Too, LLC shall file his motion to
23  set aside entry of default on or before Monday, March 17, 2008.  Plaintiff shall file any
24  opposition to the motion on or before Tuesday, March 25, 2008.  Defendant Platinum Too, LLC
25  shall then file any reply papers on or before Friday, March 28, 2008.
26          DATED: _____, 2006.

27                              _____
                                Honorable William Alsup
28                              Judge of the United States District Court

[PROPOSED] ORDER TO SHOERTEN TIME