1  David Balter, State Bar No. 212027
   John N. Heffner, State Bar No. 221557
2  jheffner@dpf-law.com
   DICKENSON, PEATMAN & FOGARTY
3  A Professional Corporation
   809 Coombs Street
4  Napa, California 94559
   Telephone: (707) 252-7122
5  Facsimile: (707) 255-6876

6  Attorneys for Defendant
   Bruce Mabey

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  LAY SIOK LIN,                          CASE NO. C-07-5551-WHA

13          Plaintiff,                     [PROPOSED] ORDER TO SHORTEN
                                           TIME FOR HEARING ON MOTION TO
14      vs.                                SET ASIDE ENTRY OF DEFAULT

15  PLATINUM TOO, LLC, BRUCE
    MABEY, and WILLIAM TEITELBAUM,         Judge:       Hon. William Alsup
16                                         Trial Date:  January 5, 2009
            Defendants.                    Action Filed: October 31, 2007
17

18         Pursuant to the Stipulation to Shorten Time for Hearing on Motion to Set Aside Entry of

19  Default, signed by the parties and on file in this action,

20
           IT IS ORDERED that defendant Bruce Mabey's motion to set aside entry of default shall
21
    be heard on shortened time.    It shall be heard on April 3, 2008.
22
           IT IS FURTHER ORDERED that defendant Bruce Mabey shall file his motion to set
23
    aside entry of default on or before Monday, March 17, 2008.  Plaintiff shall file any opposition to
24
    the motion on or before Tuesday, March 25, 2008.  Defendant Bruce Mabey shall then file any
25
    reply papers on or before Friday, March 28, 2008.
26
           DATED: __March 13___, 2006.
27                                2008.      _____
                                            Honorable William Alsup
28                                          Judge of the United States District Court

    [PROPOSED] ORDER TO SHOERTEN TIME

DP&F
DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation