David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendants
Bruce Mabey and Platinum Too, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>　　　　Defendants. | CASE NO. C-07-5551-WHA<br><br>**DECLARATION OF JOHN N. HEFFNER IN SUPPORT OF OPPOSITION TO PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT**<br><br>Date:　　April 3, 2008<br>Time:　　8:00 am<br>Dept:　　9 (19th Flr,)<br>Judge:　　Hon. William Alsup<br><br>Trial Date:　　January 5, 2009<br>Action Filed:　October 31, 2007 |

I, John N. Heffner, declare:

1. I am an attorney at law, duly licensed to practice before all of the courts of the State of California. I am an attorney with Dickenson Peatman & Fogarty, counsel for record for defendant Bruce Mabey and Platinum Too, LLC. I am over the age of eighteen years and am not a party to this action. If called to testify regarding the following matters, I could and would do so competently.

2. Bruce Mabey formally retained Dickenson, Peatman & Fogarty to represent both him and Platinum Too, LLC on March 7, 2008.

DECLARATION OF JOHN N. HEFFNER IN
SUPPORT OF OPPOSITION

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct and that this declaration was executed on March 13, 2008 in Napa,
3   California.

                                                      */s/ John N. Heffner*
                                                     John N. Heffner

DECLARATION OF JOHN N. HEFFNER IN SUPPORT OF OPPOSITION    2

DICKENSON, PEATMAN & FOGARTY
*A Professional Law Corporation*