1  David Balter, State Bar No. 212027
   John N. Heffner, State Bar No. 221557
2  jheffner@dpf-law.com
   DICKENSON, PEATMAN & FOGARTY
3  A Professional Corporation
   809 Coombs Street
4  Napa, California 94559
   Telephone: (707) 252-7122
5  Facsimile: (707) 255-6876

6  Attorneys for Defendant
   Bruce Mabey

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  LAY SIOK LIN,                         CASE NO. C-07-5551-WHA

13          Plaintiff,                    **NOTICE OF DEFENDANT BRUCE
                                          MABEY'S MOTION AND MOTION TO
14      vs.                               SET ASIDE DEFAULT**

15  PLATINUM TOO, LLC, BRUCE              Date:      April 3, 2008
    MABEY, and WILLIAM TEITELBAUM,        Time:      8:00 am
16                                        Dept:      9 (19th Flr,)
          Defendants.                     Judge:     Hon. William Alsup
17
                                          Trial Date:    January 5, 2009
18                                        Action Filed:  October 31, 2007

19

20
          TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
21

22
          PLEASE TAKE NOTICE that on April 3, 2008 at 8:00 am, or as soon thereafter as the
23
    matter may be heard in Courtroom 9 of the above entitled Court, Defendant Bruce Mabey will
24
    move the Court, pursuant to this Court's March 13, 2008 Order, for an order setting aside the
25
    default entered against him on or about January 24, 2008.
26

27
          Defendant Bruce Mabey will bring this motion pursuant to Rules 4, 55, and 60 of the
28

    NOTICE OF MOTION AND MOTION TO SET
    ASIDE DEFAULT

DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation

1  Federal Rules of Civil Procedure on the grounds of invalid service.

2      This motion will be based on this notice and motion, the memorandum of points and

3  authorities, the declarations of Bruce Mabey, Christi Mabey, and John N. Heffner in support of

4  the motion, the pleadings and files in this action, and on such additional evidence or argument

5  that may be presented at the hearing.

6

7      Dated: March 17, 2008.

8                              DICKENSON, PEATMAN & FOGARTY

9

10     By    */s/ John N. Heffner*
                John N. Heffner, Attorneys for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO SET          2
ASIDE DEFAULT