1  David Balter, State Bar No. 212027
   John N. Heffner, State Bar No. 221557
2  jheffner@dpf-law.com
   DICKENSON, PEATMAN & FOGARTY
3  A Professional Corporation
   809 Coombs Street
4  Napa, California 94559
   Telephone: (707) 252-7122
5  Facsimile: (707) 255-6876

6  Attorneys for Defendant
   Bruce Mabey
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | LAY SIOK LIN,                        | CASE NO. C-07-5551-WHA
13 |            Plaintiff,                 | DECLARATION OF CHRISTI MABEY IN SUPPORT OF DEFENDANT BRUCE
14 | vs.                                   | MABEY'S MOTION TO SET ASIDE DEFAULT
15 | PLATINUM TOO, LLC, BRUCE
   | MABEY, and WILLIAM TEITELBAUM,        | Date:  April 3, 2008
16 |                                       | Time:  8:00 am
   |            Defendants.                | Dept:  9 (19th Flr,)
17 |                                       | Judge: Hon. William Alsup
18                                           Trial Date:   January 5, 2009
                                             Action Filed: October 31, 2007
19

20     I, Christi Mabey, declare:

21     1.      I am the wife of Bruce Mabey, who is a defendant in the above-captioned matter.

22 I am over the age of eighteen years and am not a party to this action. If called to testify regarding

23 the following matters, I could and would do so competently.

24     2.      Sometime in mid to late December 2007, I received a delivery at home from DHL.

25 After receiving the package directly from the DHL delivery person, an unknown person

26 approached my front door. I did not know who this person was, and as my husband was out-of-

27 town at the time, I immediately closed the door. Through the door, the unknown person asked if I

28

DECLARATION OF CHRISTI MABEY IN
SUPPORT OF MOTION

1  person stated that she had some legal documents to deliver to my husband. I then stated that I
2  was not authorized to accept service of any papers on his behalf. The unknown person then left.
3  I subsequently found some papers left at our front door. I did not look at these papers, and thus I
4  do not know if those papers were the summons and complaint in this matter. Further, I do not
5  remember the exact date of this occurrence.

6      3.    I do not recall ever receiving from any individual a copy of the summons and
7  complaint in this matter. Further, other than the incident described above, I do not recall
8  receiving any legal papers from any individual at home.

9      I declare under penalty of perjury under the laws of the United States of America that the
10 foregoing is true and correct to the best of my knowledge and that this declaration was executed
11 on March 12, 2008 at Salt Lake City, Utah.

_____
Christi Mabey

DECLARATION OF CHRISTI MABEY IN    2