1    David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
2    jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
3    A Professional Corporation
809 Coombs Street
4    Napa, California 94559
Telephone: (707) 252-7122
5    Facsimile: (707) 255-6876

6    Attorneys for Defendant
Bruce Mabey

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12    LAY SIOK LIN,                  CASE NO. C-07-5551-WHA

13          Plaintiff,            **[PROPOSED] ORDER GRANTING**
**DEFENDANT BRUCE MABEY'S**
14       vs.                    **MOTION TO SET ASIDE DEFAULT**

15    PLATINUM TOO, LLC, BRUCE
MABEY, and WILLIAM TEITELBAUM,    Judge:       Hon. William Alsup
16                         Trial Date:     January 5, 2009
       Defendants.           Action Filed:   October 31, 2007
17

18

19          Defendant Bruce Mabey's Motion To Set Aside Default (the "Motion") came on for

20   hearing in this Court on April 3, 2008 on shortened time pursuant to stipulation by parties.

Appearances were as stated in the record.

21

22          Having considered the papers and evidence submitted by the parties and the arguments of

23   counsel, the Court hereby GRANTS the Motion.

24          IT IS ORDERED that default entered against defendant Bruce Mabey shall be set aside.

25          IT IS FURTHER ORDERED that defendant Bruce Mabey shall have until

_____ to respond to the complaint on file in this matter.

26

27          DATED: _____, 2008.

                              _____
28                            Honorable William Alsup
                           Judge of the United States District Court

[PROPOSED] ORDER TO SET ASIDE DEFAULT

DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation
DPF