1  DAVID BALTER, State Bar No. 212027
   JOHN N. HEFFNER, State Bar No. 221557
2  DICKENSON, PEATMAN & FOGARTY
   A Professional Corporation
3  809 Coombs Street
   Napa, California 94559
4  Telephone: (707) 252-7122
   Facsimile: (707) 255-6876
5
   Attorneys for Defendant
6  Bruce Mabey

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | LAY SIOK LIN,                          | CASE NO. C-07-5551-WHA
12 |     Plaintiff,                         | **CERTIFICATE OF SERVICE**
13 |     vs.                                | Date:       April 3, 2008
   |                                        | Time:       8:00 a.m.
14 | PLATINUM TOO, LLC, BRUCE                | Dept:       9
   | MABEY, and WILLIAM TEITELBAUM,         | Judge:      Hon. William Alsup
15 |                                        | Trial Date: Not Yet Set
   |     Defendant.                         |
16

17      I am over the age of 18 years, residing and employed in the County of Napa, and
18 not a party to the within action; my business address is 809 Coombs Street, Napa,
19 California 94559. I am readily familiar with my business' practice for collection and
20 processing of correspondence for mailing with the United States Postal Service in the
21
22 ordinary course of business.

23      On March 17, 2008, I served the **Notice of Defendant Bruce Mabey's Motion and**
24 **Motion to Set Aside Default; Memorandum of Points and Authorities in Support of**
25 **Defendant Bruce Mabey's Motion to Set Aside Default; Declaration of Christi Mabey in**
26
27 **Support of Defendant Bruce Mabey's Motion to Set Aside Default; Declaration of Bruce**
28 **Mabey in Support of Defendant Bruce Mabey's Motion to Set Aside Default;**



Proof of Service

**Declaration of John N. Heffner in Support of Motion to Set Aside Default;** and **[Proposed] Order Granting Defendant Bruce Mabey's Motion to Set Aside Default** on the parties in said action by placing a true copy thereof in a sealed envelope, with postage fully prepaid, in my business mail with the United States Mail at Napa, California addressed to:

> Kenneth David Cooper
> Cooper & Lewis
> 5550 Topanga Cyn Blvd., # 200
> Woodland Hills, CA  91367
>
> Matthew Nimy Metz
> Metz Law Group, PLLC
> 810 Third Avenue, Suite 700
> Seattle, WA 98104
>
> Jeffrey Mark Forster
> Forster & Segal
> 160 West Santa Clara Street, Ste. 1100
> San Jose, CA  95113
>
> Steven R. Levy
> Law Office of Steven R. Levy
> 17670 Woodland Avenue
> Morgan Hill, CA  95037

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 17, 2008, at Napa, California.

By */s/ Lisa Wallace*
    Lisa Wallace