1  David Balter, State Bar No. 212027
   John N. Heffner, State Bar No. 221557
2  jheffner@dpf-law.com
   DICKENSON, PEATMAN & FOGARTY
3  A Professional Corporation
   809 Coombs Street
4  Napa, California 94559
   Telephone: (707) 252-7122
5  Facsimile: (707) 255-6876

6  Attorneys for Defendant
   Platinum Too, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LAY SIOK LIN, | CASE NO. C-07-5551-WHA |
|---|---|
| Plaintiff, | **NOTICE OF PLATINUM TOO, LLC'S MOTION AND MOTION TO SET ASIDE DEFAULT** |
| vs. | |
| PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM, | Date:  April 3, 2008<br>Time:  8:00 am<br>Dept:  9 (19th Flr,)<br>Judge: Hon. William Alsup |
| Defendants. | Trial Date:  January 5, 2009<br>Action Filed:  October 31, 2007 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 3, 2008 at 8:00 am, or as soon thereafter as the matter may be heard in Courtroom 9 of the above entitled Court, Defendant Platinum Too, LLC will move the Court, pursuant to this Court's March 13, 2008 Order, for an order setting aside the default entered against it on or about January 24, 2008.

Defendant Platinum Too, LLC will bring this motion pursuant to Rules 4, 55, and 60 of

NOTICE OF MOTION AND MOTION TO SET
ASIDE DEFAULT

1 the Federal Rules of Civil Procedure.

2     This motion will be based on this notice and motion, the memorandum of points and authorities, the declarations of Bruce Mabey and John N. Heffner in support of the motion, the pleadings and files in this action, and on such additional evidence or argument that may be presented at the hearing.

Dated: March 17, 2008.

DICKENSON, PEATMAN & FOGARTY

By   */s/ John N. Heffner*
     John N. Heffner, Attorneys for Defendant

NOTICE OF MOTION AND MOTION TO SET ASIDE DEFAULT     2