David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendant
Platinum Too, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>    Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>    Defendants. | CASE NO. C-07-5551-WHA<br><br>**DECLARATION OF BRUCE MABEY IN SUPPORT OF DEFENDANT PLATINUM TOO, LLC'S MOTION TO SET ASIDE DEFAULT**<br><br>Date:    April 3, 2008<br>Time:    8:00 am<br>Dept:    9 (19th Flr,)<br>Judge:    Hon. William Alsup<br><br>Trial Date:    January 5, 2009<br>Action Filed:    October 31, 2007 |

I, Bruce Mabey, declare:

1. I am a defendant in the above-captioned matter. I am over the age of eighteen years. If called to testify regarding the following matters, I could and would do so competently.

2. I am president of Platinum Too, LLC. I am informed and believe that Platinum Too, LLC was served with the complaint and summons in this matter in late December, 2007. On January 4, 2008, the firm of Bennett Tueller Johnson & Deere ("BTJD") appeared in this matter on behalf of Platinum Too, LLC. BTJD's representation of Platinum Too, LLC, however, was expressly limited to obtaining an extension of time for Platinum Too, LLC to respond to the

DECLARATION OF BRUCE MABEY IN
SUPPORT OF MOTION

1  complaint in this matter. BTJD formally withdrew as counsel to Platinum Too, LLC on February
2  6, 2008. Subsequently, Platinum Too, LLC was without representation until I secured
3  representation by Dickenson, Peatman & Fogarty ("DPF") in Napa, California. DPF formally
4  accepted representation on March 7, 2008.
5      I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct to the best of my knowledge and that this declaration was executed
7  on March _14_, 2008 at _Salt Lake_, Utah.

9  Dated: March _14_, 2008.


Bruce Mabey

DECLARATION OF BRUCE MABEY IN   2
SUPPORT OF MOTION