1   David Balter, State Bar No. 212027
    John N. Heffner, State Bar No. 221557
2   jheffner@dpf-law.com
    DICKENSON, PEATMAN & FOGARTY
3   A Professional Corporation
    809 Coombs Street
4   Napa, California 94559
    Telephone: (707) 252-7122
5   Facsimile: (707) 255-6876

6   Attorneys for Defendant
    Platinum Too, LLC

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  LAY SIOK LIN,                          CASE NO. C-07-5551-WHA

13          Plaintiff,                     **[PROPOSED] ORDER GRANTING
                                           PLATINUM TOO, LLC'S MOTION TO
14  vs.                                    SET ASIDE DEFAULT**

15  PLATINUM TOO, LLC, BRUCE
    MABEY, and WILLIAM TEITELBAUM,         Judge:       Hon. William Alsup
16                                         Trial Date:  January 5, 2009
            Defendants.                    Action Filed: October 31, 2007
17

18          Defendant Platinum Too, LLC's Motion To Set Aside Default (the "Motion") came on for
19
    hearing in this Court on April 3, 2008 on shortened time pursuant to stipulation by parties.
20
    Appearances were as stated in the record.
21
            Having considered the papers and evidence submitted by the parties and the arguments of
22
    counsel, the Court hereby GRANTS the Motion.
23
            IT IS ORDERED that default entered against Platinum Too, LLC shall be set aside.
24
            IT IS FURTHER ORDERED that defendant Platinum Too, LLC shall have until
25
    _____ to respond to the complaint in file in this matter.
26
            DATED: _____, 2008.
27
                                           _____
28                                         Honorable William Alsup
                                           Judge of the United States District Court

[PROPOSED] ORDER TO SET ASIDE DEFAULT