1  DAVID BALTER, State Bar No. 212027
   JOHN N. HEFFNER, State Bar No. 221557
2  DICKENSON, PEATMAN & FOGARTY
   A Professional Corporation
3  809 Coombs Street
   Napa, California 94559
4  Telephone: (707) 252-7122
   Facsimile: (707) 255-6876
5
   Attorneys for Defendant
6  Platinum Too, LLC

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  LAY SIOK LIN,                        CASE NO. C-07-5551-WHA

12           Plaintiff,                  **CERTIFICATE OF SERVICE**

13     vs.                               Date:       April 3, 2008
                                         Time:       8:00 a.m.
14  PLATINUM TOO, LLC, BRUCE             Dept:       9
    MABEY, and WILLIAM TEITELBAUM,       Judge:      Hon. William Alsup
15                                       Trial Date: Not Yet Set
            Defendant.
16

17      I am over the age of 18 years, residing and employed in the County of Napa, and

18  not a party to the within action; my business address is 809 Coombs Street, Napa,

19  California 94559.  I am readily familiar with my business' practice for collection and

20  processing of correspondence for mailing with the United States Postal Service in the

21  ordinary course of business.

22

23      On March 17, 2008, I served the **Notice of Platinum Too, LLC's  Motion and**

24  **Motion to Set Aside Default; Memorandum of Points and Authorities in Support of**

25  **Defendant Platinum Too, LLC's  Motion to Set Aside Default; Declaration of Bruce**

26  **Mabey in Support of Defendant Platinum Too, LLC's Motion to Set Aside Default;**

27  **Declaration of John N. Heffner in Support of Defendant Platinum Too, LLC's  Motion**

28

DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation
DP&F

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**to Set Aside Default;** and **[Proposed] Order Granting Platinum Too, LLC's  Motion to Set Aside Default** on the parties in said action by placing a true copy thereof in a sealed envelope, with postage fully prepaid, in my business mail with the United States Mail at Napa, California addressed to:

Kenneth David Cooper
Cooper & Lewis
5550 Topanga Cyn Blvd., # 200
Woodland Hills, CA  91367

Matthew Nimy Metz
Metz Law Group, PLLC
810 Third Avenue, Suite 700
Seattle, WA 98104

Jeffrey Mark Forster
Forster & Segal
160 West Santa Clara Street,
Ste. 1100
San Jose, CA  95113

Steven R. Levy
Law Office of Steven R. Levy
17670 Woodland Avenue
Morgan Hill, CA  95037

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 17, 2008, at Napa, California.

By  */s/ Lisa Wallace*
    Lisa Wallace

2

Proof of Service