David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendant
Bruce Mabey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>Defendants. | CASE NO. C-07-5551-WHA<br><br>**AMENDED DECLARATION OF BRUCE MABEY IN SUPPORT OF DEFENDANT BRUCE MABEY'S MOTION TO SET ASIDE DEFAULT**<br><br>Date:   April 3, 2008<br>Time:   8:00 am<br>Dept:   9 (19th Flr,)<br>Judge:  Hon. William Alsup<br><br>Trial Date:   January 5, 2009<br>Action Filed: October 31, 2007 |

I, Bruce Mabey, declare:

1. I am a defendant in the above-captioned matter. I am over the age of eighteen years. If called to testify regarding the following matters, I could and would do so competently.

2. No one has ever personally served me with plaintiff Lay Siok Lin's complaint and summons (the "Complaint") in this matter.

3. I was traveling in mid to late December, 2007. I first received a copy of the Complaint from defendant William Teitelbaum on or about December 22, 2007. I do not believe I had been served with the Complaint. I may have also seen a copy of the Complaint at my home when I returned from traveling on or about December 23, 2008. I, however, do not specifically

AMENDED DECLARATION OF BRUCE
MABEY IN SUPPORT OF MOTION

1 | recall this. Further, I did not believe I had been served with the Complaint.

2 |     I declare under penalty of perjury under the laws of the United States of America that the
3 | foregoing is true and correct.

5 | Dated: March 13, 2008.

                                Bruce Mabey

DECLARATION OF BRUCE MABEY IN     2