United States District Court
San Jose

Index Number C 07 5551

---

LAY SIOK LIN

-against-

PLATINUM TOO LLC ET AL

---

Katherine Weller, being duly sworn, deposes and says:

I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

On the 23rd day of November, 2007, at approximately 8:30am, I approached the front entrance of this 2 story gray house with white shutters and circular driveway at 4 Winston Court, Dix Hills NY 11746 and a woman answered the door who stated that he was not at home therefore confirming his residence. She then proceeded to close the door. I then noticed there was a rear entrance which I approached and saw the same woman. I then proceeded to tell the woman that being she confirmed that the defendant did indeed reside at premises that he was then being served by leaving said documents with her. She refused to open the door, I then explained again that SHE was being served the documents on behalf of the defendant. I then dropped the papers in front of her view.

There were 2 vehicles parked with Pennsylvania plates on driveway ( FVH- 4484 and FXF-4792).

Sworn to before me this 6th day of March 2008

*Katherine Weller*

SUSAN CORTINA
Notary Public, State of New York
Qualified in Suffolk County
No. 01CO6047509
Commission Expires September 5, 20__

4787108