MATTHEW N. METZ, SBN 154995
METZ LAW GROUP, PLLC
810 3rd Avenue, Suite 700, Seattle, WA 98104
Tel: (206) 583-2745;  Fax: (206) 625-8683
matthew@metzlaw.net

COOPER & LEWIS
KENNETH D. COOPER, SBN 47616
5550 Topanga Canyon Boulevard, Suite 200, Woodland Hills, California 9l367
Tel:  (8l8) 594-0011; Fax: (818) 594-0797
ken@cooperlewislaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAY SIOK LIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PLATINUM, TOO, LLC,<br>a Utah Limited Liability Company;<br>BRUCE MABEY, WILLIAM TEITELBAUM,<br><br>　　　　Defendants. | **Case No. C 07 5551 WHA**<br><br>**DECLARATION OF MATTHEW N. METZ IN OPPOSITION TO DEFENDANT TEITELBAUM'S MOTION TO SET ASIDE DEFAULT**<br><br>**Date:  April 3, 2008**<br>**Time: 8:00 a.m.**<br>**Courtroom: 9**<br><br>**HONORABLE WILLIAM H. ALSUP** |

I, Matthew N. Metz, declare as follows:

1.　I am the attorney for the plaintiff Lay Siok Lin in the above-referenced case.

2.　William Teitelbaum failed to provide timely FRCP 26(a) disclosures in the related action in the Eastern District of New York, necessitating Lay Siok Lin to move the court for an order barring use of non-disclosed documents at trial and for sanction for discovery abuse.  A copy of said motion is attached hereto as Exhibit A.

3.　On March 6, 2008, counsel for Teitelbaum responded to Lin's motion, and filed the document attached hereto as Exhibit B with the court.  This document represents his entire FRCP 26(a) disclosure, and therefore constitutes an admission that Teitelbaum has no documents to prove his case in New York, indicating that the New York complaint was

1　　　　　　CASE NO. C 07 5551 WHA
DECLARATION OF MATTHEW N. METZ

1  frivolous and without merit, and that Teitelbaum is unable to provide any documentary support
2  for his claims for declaratory relief.

4  I declare under the penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2008

/s/ *Matthew N. Metz*
_____
Matthew N. Metz

# EXHIBIT A

LAW OFFICES
# LEVY, EHRLICH & PETRIELLO
A PROFESSIONAL CORPORATION
60 PARK PLACE
SUITE 1016
NEWARK, N.J. 07102

(973) 643-0040
FAX (973) 596-1781
WEBSITE: www.lep-lawyers.com

IRA A. LEVY*
ALAN EHRLICH*
JOHN J. PETRIELLO**
BRUCE E. GUDIN**
JEFFREY W. PLAZA**
STEPHEN F. CEA***
DEREK D. REED**
ANNE P. WARD**
SAM D. HAN**
ANDREW B. SOBEL

*N.J., N.Y. & D.C. BARS
**N.J. & N.Y. BARS
***N.J. & PA. BARS

NEW YORK OFFICE
555 FIFTH AVENUE
14TH FLOOR
NEW YORK, N.Y. 10017
(212) 643-2503

REPLY TO NEWARK OFFICE

March 4, 2008

Via ECF
Honorable Thomas E. Boyle
United States Magistrate Judge
Alfonse M. D'Amato United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: **William A. Teitelbaum v. Lay Siok Lin, et. al.**
Case No. CV-07-3971

Dear Judge Boyle:

This office represents Defendant Lay Siok Lin in the above matter. Please accept this letter motion pursuant to F.R.C.P. 37(c). Plaintiff William Teitelbaum has failed to provide any of the disclosure required by F.R.C.P.26(a).
The initial conference took place on January 18, 2008.
I have spoken with counsel for Plaintiff on several occasions to resolve this matter, and have sent him the letter attached hereto as Exhibit "A". Mr. Borovina's office promised to provide full disclosures on or before February 29, 2007, but I have received nothing to date.
Defendant hereby requests that the court enter an Order pursuant to FRCP 37(c)(1) to the effect that Plaintiff not be entitled to use as evidence at trial, or at a hearing, any evidence not previously disclosed. Furthermore, I request that Plaintiff be ordered to pay Defendant $2000 in reasonable expenses and attorneys' fees as a result of their non-compliance.

LEVY, EHRLICH & PETRIELLO
A Professional Corporation

March 4, 2008
Page - 2 -

       Very truly yours,

       John Petriello
       Direct Dial: (973) 854-6700
       E-Mail: john@lep-lawyers.com

cc: Anton Borovina, Esq. (via ecf)
  James Wicks, Esq. (via ecf)
  Matthew Metz, Esq. (via ecf)

Lt. honboyle2

LAW OFFICES
# LEVY, EHRLICH & PETRIELLO
A PROFESSIONAL CORPORATION
60 PARK PLACE
SUITE 1016
NEWARK, N.J. 07102

(973) 643-0040
FAX (973) 596-1781
WEBSITE: www.lep-lawyers.com

IRA A. LEVY*
ALAN EHRLICH*
JOHN J. PETRIELLO**
BRUCE E. GUDIN**
JEFFREY W. PLAZA**

STEPHEN F. CEA***
NORMAN D. PRAET**
DEREK D. REED**
ANNE P. WARD**
SAM D. HAN**

ALAN E. HECKLER
    OF COUNSEL

 *N.J., N.Y. & D.C. BARS
**N.J. & N.Y. BARS
***N.J. & PA. BARS

NEW YORK OFFICE
555 FIFTH AVENUE
14TH FLOOR
NEW YORK, N.Y. 10017
(212) 643-2503

REPLY TO NEWARK OFFICE

Case 2:07-cv-03971-LDW-ETB    Document 14-2    Filed 03/04/2008    Page 1 of

February 8, 2008

Via Fed Express
Anton J. Borovina, Esq.
Borovina & Morullo PLLC
445 Broad Hollow Road, Suite 334
Melville, New York 11747

> Re: **William A. Teitelbaum v. Lay Siok Lin, et. al.**
>     **Case No. CV-07-3971**

Dear Mr. Borvina:

   I enclose the Rule 26 (a) Disclosures of Defendant Lay Siok Lin with documents.
   I have not received Plaintiff's Rule 26 (a) Disclosures. Please have them to me within 10 days from the date of this letter or I will write the Court for assistance.
   I note that neither Bruce Mabey nor Platinum Too have filed an answer or response in this action. Accordingly, my client is not under an obligation to serve the enclosed disclosures on James Wicks. I will do so when, and if, he files an appearance or response for one of these defendants.

                                   Very truly yours,

                                   John Petriello
                                   Direct Dial: (973) 854-6700
                                   E-Mail: john@lep-lawyers.com

cc: Matthew Metz, Esq. (email)
    James M. Wicks, Esq. (w/o enclosures)

# EXHIBIT B

# BOROVINA & MARULLO PLLC
### ATTORNEYS AT LAW

445 BROAD HOLLOW ROAD
SUITE 334
MELVILLE, NEW YORK 11747

Tel. (631) 630-1101
Fax (631) 465-8935

ANTON J. BOROVINA
MEMBER

www.bormarlaw.com

e-mail: ajb@bormarlaw.com

March 6, 2008

Via DHL Express

Magistrate E. Thomas Boyle
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:  **William A. Teitelbaum v.
Lay Siok Lin, et al.**
Index No. CV-07-3971

Dear Judge Boyle:

Please accept this letter as the plaintiff's response to the defendant, Lay Siok Lin's, motion to compel discovery.

Approximately two weeks ago, I contacted the Lin's counsel after I had received a fax indicating that a Rule 26 disclosure demand had been made on my office. Lin's counsel advised me that such a submittal had been made by overnight mail to my office.

After searching my office's files, I was unable to locate the original letter or the disclosure demand as well as Lin's own disclosures that were apparently included in the overnight delivery. On two separate occasions, my secretary, Eileen Dorrian, contacted Lin's counsel to advise him that we had not received or could not find the Rule 26 disclosure demand or the disclosures made by the defendant. My office did not receive a response from the Lin's counsel or his secretary until March 5, 2008.

On that basis, I have today made the Rule 26 disclosure to Lin's counsel.

Lin's counsel has advised my office that he will re-send his client's Rule 26 disclosure responses. I trust that I will receive these disclosures shortly from Lin's counsel.

For the foregoing reason, I respectfully request that defendant Lin's motion be denied. The delay associated with my office's failure to effect Rule 26 disclosure was caused by my mistaken impression that a separate demand had been made by Lin's counsel and the amount of time that passed before I realized such was not the case. Upon learning that no separate demand had been made, my office immediately made the Rule 26 disclosure.

Very truly yours,

Anton J. Borovina

cc:   John J. Petriello, Esq. (via DHL Express)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WILLIAM A. TEITELBAUM,

                Plaintiff,

  -against-

LAY SIOK LIN, PLATINUM TOO, LLC,
BRUCE MABEY,

                Defendants.
------------------------------------------------------------x

Index No.: CV-07 3971

**RULE 26 DISCLOSURE**

      The plaintiff, William A. Teitelbaum, by his counsel, Borovina & Marullo PLLC, makes the following disclosures pursuant to Fed. R. Civ. Rule 26:

      1.     The name, and if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support its claim or defenses unless the use would be solely for impeachment.

      **RESPONSE**:

- Bruce Mabey: has knowledge of the promissory notes that are referenced in the complaint.

- Patrick Dealedian: has knowledge of the receipt of the loan proceeds pursuant to Lay Siok Lin's direction and its whereabouts.

- Danny Wong: has knowledge of the introduction between Lin and Mabey.

- Lay Siok Lin: who has knowledge concerning the execution of the promissory notes as well as the disposition of the loan proceeds.

- Mochdar Aziz: has knowledge of the execution of the promissory notes as well as the disposition of the loan proceeds.

- Dwight Williams: has knowledge of the execution of the promissory note.

- Tom Sheer: has knowledge of the movement of the funds pursuant to the instructions of Lin and the delivery of those funds to Patrick Dealedian.

- Plaintiff does not have the knowledge of the addresses of the above-named persons.

2. A copy or description by category and location - of all documents - electronically stored information and tangible things that the disclosing party has in its possession, custody or control and may use to support its claim or defenses unless the use would be solely for impeachment.

**RESPONSE**:

Other than the promissory notes, which are annexed to the exhibits of the complaint, the plaintiff has no other documents and will disclose such document if located.

Dated: Melville, New York
March 6, 2007

Borovina & Marullo PLLC
*Attorneys for Plaintiff*

By: _____
Anton J. Borovina (AB6488)
A Member of the Firm
445 Broad Hollow Road, Ste. 334
Melville, New York 11747
(631) 630-1101

2