1   MATTHEW N. METZ, SBN 154995
    METZ LAW GROUP, PLLC
2   810 3rd Avenue, Suite 700, Seattle, WA 98104
    Tel: (206) 583-2745; Fax: (206) 625-8683
3   matthew@metzlaw.net

4   COOPER & LEWIS
    KENNETH D. COOPER, SBN 47616
5   5550 Topanga Canyon Boulevard, Suite 200, Woodland Hills, California 91367
    Tel: (818) 594-0011; Fax: (818) 594-0797
6   ken@cooperlewislaw.com

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  LAY SIOK LIN,                          | Case No. C 07 5551 WHA
11          Plaintiff,                     |
12      vs.                                | DECLARATION OF LAY MEI LIN IN
                                           | OPPOSITION TO TEITELBAUM'S
13                                         | MOTION TO SET ASIDE DEFAULT
    PLATINUM, TOO, LLC,                    | JUDGMENT
14  a Utah Limited Liability Company;      |
    BRUCE MABEY, WILLIAM                   | Date: April 3, 2008
15  TEITELBAUM,                            | Time: 8:00 a.m.
16                                         | Courtroom: 9
17          Defendants.                    |
18                                         | HONORABLE WILLIAM H. ALSUP

19                    DECLARATION OF LAY MEI LIN

20      I, Lay Mei Lin, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

21      1.      In 2005, I met Michelle Teitelbaum during business meetings I had with her

22  husband, William Teitelbaum.

23      2.      Michelle Teitelbaum at the time was about 50 years old, was about 5'10" tall and

24  looked as if she weighed about 160 pounds.

25  I declare under the penalty of perjury that the foregoing is true and correct.

26  Executed on this 18 day of March, 2008 in Singapore.

27                                              Mei Lin Lay

28

                                1              CASE NO. C 07 5551 WHA
                        DECLARATION OF MEI LIN LAY