MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Urena<br>810 3rd Ave., Suite 700<br>Seattle, WA 98104<br><br>TELEPHONE NO.: (206) 440-3000   FAX NO. *(Optional)*: (206) 224-3713<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Lay Siok Lin | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN JOSE
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: Lay Siok Lin
DEFENDANT/RESPONDENT: Platinum Too, LLC, et al.

**DECLARATION**

CASE NUMBER: C 07 5551

On December 17, 2007 I approached the address of 4236 Mount Olympus Wy., Salt Lake City UT 84124 at 12:22 pm. There was a delivery vehicle from a courier service (i.e. DHL, UPS) in the driveway. The driver of the delivery vehicle was unloading a package when I knocked on the front door.

A female described as a white female approximately 45-55 years of age standing between 5'6" and 5'8" in height and weighing approximately 120 to 140 pounds with blonde hair answered the door. I asked for Bruce Mabey to which she replied that he was not at home at the time. She confirmed that she was his wife, but would not accept service of process as she signed for the aforementioned courier's delivery.

I notified her that service was complete upon her answering the door and admitting to being his wife and residing at 4236 Mount Olympus Wy., Salt Lake City UT 84124. She again stated that she would not accept service.

She proceeded to close the door and the documents were left at the doorstep.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 13, 2008

Wendy Stowers
(TYPE OR PRINT NAME)                            (SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☑ Other *(Specify)*: Process Server

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com