JEFFREY M. FORSTER (SBN 50519)
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone: (408) 977-3137
Facsimile: (408) 977-3141
Email: jforstr@pacbell.net

STEVEN R. LEVY (State Bar No. 103164)
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone: (408) 274-7000
Facsimile: (408) 274-9000
Email: slevy@bigfoot.com

Attorneys for Defendant, William Teitelbaum

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LAY SIOK LIN, | CASE NUMBER: C 07 5551 WHA |
|---|---|
| Plaintiff, | SUPPLEMENTAL DECLARATION OF MICHELLE TEITELBAUM IN SUPPORT OF THE MOTION OF DEFENDANT, WILLIAM TEITELBAUM, TO SET ASIDE DEFAULT |
| v. | |
| PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM, | |
| Defendants. | Motion Date:<br>Motion Time: 8:00 a.m.<br>Judge: Hon. William Alsup<br>Courtroom: 9 (19th Floor)<br>Complaint Filed: October 31, 2007<br>Trial Date: January 5, 2005 |

I, MICHELLE TEITELBAUM, pursuant to 28 U.S.C. Section 1746 declare as follows:

1. I am married to and reside with William Teitelbaum at 4 Winston Court, Dix Hills, NY 11746. Nobody else lives with us.

2. I have reviewed the notarized statement of Katherine Weller dated March 6, 2008.

3. I did not have any such contact or communication of the type described in that statement on November 23, 2007 or at any time around the Thanksgiving weekend.

Executed on (date): _3-24_____, 2008

Executed at (city and state where signed): _Suffern_____, New York

Signature: _[signature]_____ (MICHELLE TEITELBAUM)

Case Number: C 07 5551 WHA
Supplemental Declaration of Michelle Teitelbaum in Support of the
Motion of Defendant, William Teitelbaum, to Set Aside Default
Page 1 of 1