**JEFFREY M. FORSTER (SBN 50519)**
160 West Santa Clara Street, Suite 1100
San Jose, CA 95113
Telephone:   (408) 977-3137
Facsimile:   (408) 977-3141
Email:       jforstr@pacbell.net

**STEVEN R. LEVY**   (State Bar No. 103164)
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone:   (408) 274-7000
Facsimile:   (408) 274-9000
Email:       slevy@bigfoot.com

Attorneys for Defendant, William Teitelbaum

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LAY SIOK LIN,**<br><br>Plaintiff,<br><br>v.<br><br>**PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,**<br><br>Defendants. | **CASE NUMBER:  C 07 5551 WHA**<br><br>**CERTIFICATE OF SERVICE RE REPLY BRIEF OF DEFENDANT, WILLIAM TEITELBAUM, IN SUPPORT OF MOTION TO SET ASIDE DEFAULT AND SUPPLEMENTAL DECLARATION OF MICHELLE TEITELBAUM**<br><br>**Motion Date:**   April 3, 2008<br>**Motion Time:**   8:00 a.m.<br><br>**Judge:**   Hon. William Alsup<br>**Courtroom:**   9 (19th Floor)<br><br>**Complaint Filed:**   October 31, 2007<br><br>**Trial Date:**   January 5, 2009 |

I, Steven Levy, hereby certify that on this date I filed the documents listed below regarding the Motion of Defendant, William Teitelbaum, to Set Aside Default on behalf of defendant, William Teitelbaum with the United States District Court, for the Northern District of California, San Francisco Division, using the ECF system, and that I did so on behalf of myself and my co-counsel, Jeffrey Forster.

///

Case Number:  C 07 5551 WHA
Certificate of Service re Reply Brief of Defendant, William Teitelbaum, in Support of
Motion to Set Aside Default and Supplemental Declaration of Michelle Teitelbaum   Page 1 of 2

1  The documents so filed were:

2  1. Reply Brief of Defendant, William Teitelbaum, in Support of Motion to Set Aside
3  Default;
4  2. The Supplemental Declaration of Michelle Teitelbaum; and
5  3. This Certificate of Service.

7  Dated: March 26, 2008                /s/ Steven Levy
8  **STEVEN R. LEVY**, Attorney at Law

Case Number:  C 07 5551 WHA
Certificate of Service re Reply Brief of Defendant, William Teitelbaum, in Support of
Motion to Set Aside Default and Supplemental Declaration of Michelle Teitelbaum           Page 2 of 2