UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 3, 2008

Case No.  C 07-05551 WHA

Title: LAY SIOK LIN v. PLATINUM TOO

Plaintiff's Attorney: Matthew Metz

Defense Attorneys: Steven Levy; Jeffrey Forster; John Heffner

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Plt's Motion for Default Judgment - Submitted

2)   Dfts' Motion to Set Aside Default - Granted

**ORDERED AFTER HEARING:**

The discovery stay is lifted.  Disclosures shall be completed within 20 days. Defendants shall file answers to the complaint and any motions for change of venue within 20 days.

Parties confirmed the trial is already set for 1/5/09.