David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendant
Bruce Mabey and Platinum Too, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>  Defendants. | CASE NO. C-07-5551-WHA<br><br>**STIPULATION FOR A STAY ORDER**<br><br>Judge:         Hon. William Alsup<br>Trial Date:    January 5, 2009<br>Action Filed:  October 31, 2007 |

   WHEREAS on September 21, 2007, Defendant William Teitelbaum ("Teitelbaum") filed a complaint against Plaintiff Lay Siok Lin ("Plaintiff") in *Teitelbaum v. Lin, et al.*, U.S. District Court for the Eastern District of New York, case no. 07-cv-03971-LDW-ETB (the "New York Action");

   WHEREAS Plaintiff filed a complaint against Platinum Too, LLC ("Platinum"), Bruce Mabey ("Mabey"), and Teitelbaum in this action on October 31, 2007 (the "California Action");

   WHEREAS Teitelbaum filed an amended complaint in the New York Action on December 14, 2007 adding Platinum and Mabey as defendants;

   WHEREAS Plaintiff, on January 10, 2008, filed a motion in the New York Action to transfer venue of the New York Action to this Court (the "Motion to Transfer");

1  WHEREAS the Court in the New York Action has not yet ruled on Plaintiff's Motion to
2  Transfer even though the parties have fully briefed that motion;

3  WHEREAS the California Action and the New York Action involve the same parties and
4  the same events, transactions, occurrences;

5  WHEREAS the parties have already begun discovery in the New York Action;

6  WHEREAS Defendants Platinum, Mabey, and Teitelbaum, if this Court does not grant the
7  stay requested herein, will file motions requesting that this Court transfer this case to the U.S.
8  District Court for the Eastern District of New York to join the earlier-filed New York Action;

9  WHEREAS the parties seek to avoid concurrently litigating the same issues in two courts,
10  to avoid unnecessary motions, to avoid additional legal fees and expenses, to avoid dual tracks of
11  discovery, and to avoid the risk of inconsistent rulings;

12  IS HEREBY STIPULATED by and between Plaintiff and Defendants Platinum, Mabey,
13  and Teitelbaum, through their respective attorneys of record, that the California Action should be
14  STAYED for all purposes, including but not limited to discovery and initial disclosures pursuant
15  to Rule 26(a)(1) of the Federal Rules of Civil Procedure, pending a ruling on Plaintiff's now-
16  pending Motion to Transfer in the New York Action.

17  IT IS FURTHER STIPULATED that the parties may continue to litigate and pursue
18  discovery in the New York Action even though the California Action is stayed.

19  IT IS FURTHER STIPULATED that if the Court in the New York Action denies
20  Plaintiff's Motion to Transfer, then Plaintiff, Platinum, Mabey, and Teitelbaum will stipulate to
21  the dismissal of the California Action with prejudice.

22  IT IS FURTHER STIPULATED that if the Court in the New York Action grants
23  Plaintiff's Motion to Transfer, then the stay in this action should be lifted and the California
24  Action should be consolidated with the then-transferred New York Action.  Additionally, all
25  discovery conducted in the New York Action, including all initial disclosures made pursuant to
26  Rule 26(a)(1) of the Federal Rules of Civil Procedure, would then be deemed part of the then-
27  consolidated California Action.

28  / / / /

STIPULATION FOR A STAY ORDER    2    Case No. C-07-5551-WHA

1  Dated: April 11, 2008.

2  FORSTER & SEGAL

3

4  By  */s/ Jeffrey Forster*
    Jeffrey Forster
    Attorneys for Defendant William Teitelbaum

5  Dated: April 10, 2008.

6

7  LAW OFFICE OF STEVEN R. LEVY

8  By  */s/ Steven R. Levy*
    Steven R. Levy
9   Attorneys for Defendant William Teitelbaum

10  Dated: April 11, 2008.

11  DICKENSON, PEATMAN & FOGARTY

12

13  By  */s/ John N. Heffner*
    John N. Heffner
14  Attorneys for Defendants Bruce Mabey and
    Platinum Too, LLC

15  Dated: April 11, 2008.

16

17  METZ LAW GROUP, PLLC

18  By  */s/ Matthew N. Metz*
    Matthew N. Metz
19  Attorneys for Plaintiff Lay Siok Lin