1  David Balter, State Bar No. 212027
   John N. Heffner, State Bar No. 221557
2  jheffner@dpf-law.com
   DICKENSON, PEATMAN & FOGARTY
3  A Professional Corporation
   809 Coombs Street
4  Napa, California 94559
   Telephone: (707) 252-7122
5  Facsimile: (707) 255-6876

6  Attorneys for Defendant
   Bruce Mabey and Platinum Too, LLC
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | LAY SIOK LIN,                                    | CASE NO. C-07-5551-WHA
13 |        Plaintiff,                                | **[PROPOSED] ORDER STAYING CASE**
14 |   vs.                                            |
15 | PLATINUM TOO, LLC, BRUCE                         | Judge:       Hon. William Alsup
   | MABEY, and WILLIAM TEITELBAUM,                   | Trial Date:  January 5, 2009
16 |                                                  | Action Filed: October 31, 2007
17 |        Defendants.                               |

18

19     Pursuant to the Stipulation for a Stay Order, signed by all the parties to this action and on

20 file in this action, and good cause showing,

21     IT IS ORDERED that this action (the "California Action") is STAYED for all purposes,

22 including but not limited to discovery and initial disclosures pursuant to Rule 26(a)(1) of the

23 Federal Rules of Civil Procedure, pending a ruling on Plaintiff Lay Siok Lin's motion to transfer

24 venue (the "Motion to Transfer") filed in *Teitelbaum v. Lin, et al.*, U.S. District Court for the

25 Eastern District of New York, case no. 07-cv-03971-LDW-ETB (the "New York Action") on

26 January 10, 2008. That Motion to Transfer seeks to transfer the New York Action to this Court.

27     IT IS FURTHER ORDERED that the parties may continue to litigate and pursue

28 discovery in the New York Action even though the California Action is stayed.

[PROPOSED] ORDER STAYING CASE

IT IS FURTHER ORDERED that if the Court in the New York Action denies Plaintiff's Motion to Transfer, then Plaintiff, Platinum, Mabey, and Teitelbaum will stipulate to the dismissal of the California Action with prejudice.

IT IS FURTHER ORDERED that if the Court in the New York Action grants Plaintiff's Motion to Transfer, then the stay in this action should be lifted and the California Action should be consolidated with the then-transferred New York Action. Additionally, all discovery conducted in the New York Action, including all initial disclosures made pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, would then be deemed part of the then-consolidated California Action.

DATED: _____, 2008.

Honorable William Alsup
Judge of the United States District Court