United States District Court
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   LAY SIOK LIN,                                    No. C 07-05551 WHA
11          Plaintiff,
12   v.                                               **ORDER DENYING REQUEST**
                                                      **FOR A STAY ORDER**
13   PLATINUM TOO, LLC, a Utah Limited
     Liability Company, BRUCE MABEY,
14   and WILLIAM TEITELBAUM,
15          Defendants.
16   _____/
17          Both parties stipulate and request that this action be stayed for all purposes pending a
18   ruling on Plaintiff Lay Siok Lin's motion to transfer venue.  Good cause not shown, the request
19   is **DENIED**.
20
21          **IT IS SO ORDERED.**
22
23   Dated:  April 14, 2008.
24                                                    WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE
25
26
27
28