**JEFFREY M. FORSTER (SBN 50519)**
**160 West Santa Clara Street, Suite 1100**
**San Jose, CA 95113**
**Telephone: (408) 977-3137**
**Facsimile: (408) 977-3141**
**Email: jforstr@pacbell.net**

**STEVEN R. LEVY (State Bar No. 103164)**
**17670 Woodland Avenue**
**Morgan Hill, CA 95037**
**Telephone: (408) 274-7000**
**Facsimile: (408) 274-9000**
**Email: slevy@bigfoot.com**

**Attorneys for Defendant, William Teitelbaum**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**LAY SIOK LIN,**

**Plaintiff,**

**v.**

**PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,**

**Defendants.**

**CASE NUMBER: C 07 5551 WHA**

**DECLARATION OF STEVEN LEVY RE NOTICE OF MOTION AND MOTION OF DEFENDANT, WILLIAM TEITELBAUM, TO DISMISS OR, IN THE ALTERNATIVE, STAY OR TRANSFER ACTION AND TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION**

**Motion Date:** **May 29, 2008**
**Motion Time:** **8:00 a.m.**

**Judge:** **Hon. William Alsup**
**Courtroom:** **9 (19th Floor)**

**Complaint Filed:** **October 31, 2007**

**Trial Date:** **January 5, 2009**

I, Steven R. Levy, declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California, and the United District Court for the Northern, Southern, and Central Districts of California and, in association with Jeffrey Forster, am one of the attorneys for defendant, William Teitelbaum.

2. Attached as EXHIBIT A is a true and correct copy of the History/Documents in the case

**Case Number: C 07 5551 WHA**
**Declaration of Steven Levy re Notice of Motion and Motion of Defendant, William Teitelbaum, to Dismiss Or, in the Alternative, Stay or Transfer Action and to Dismiss Plaintiff's Second Cause of Action** Page 1 of 2

of Teitelbaum v. Lin, et. al., presently pending in the U.S. District Court for Eastern District of New York (Case Number: 2:07-CV-03971-LDW-ETB), and obtained by me via Pacer on April 22, 2008.

3.     I declare under penalty of perjury that the foregoing is true and correct except as to matters alleged on information and belief, if any, and as to those matters I believe them to be true and correct to the best of my knowledge and that this declaration was executed by me at the place and on the date indicated below.

Executed on (date): April 22, 2008

Executed at: Morgan Hill, California.

Signature: /s/ Steven R. Levy
STEVEN R. LEVY

# EXHIBIT A

# TO

# Declaration of Steven Levy re Notice of Motion and Motion of Defendant, William Teitelbaum, to Dismiss Or, in the Alternative, Stay or Transfer Action and to Dismiss Plaintiff's Second Cause of Action

History/Documents as of April 22, 2008 (obtained via Pacer)
Teitelbaum v. Lin, et. al.,
U.S. District Court for Eastern District of New York
(Case Number: 2:07-CV-03971-LDW-ETB)

**2:07-cv-03971-LDW-ETB** Teitelbaum v. Lin
Leonard D. Wexler, presiding
E. Thomas Boyle, referral
**Date filed:** 09/21/2007
**Date of last filing:** 04/18/2008

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 25 | *Filed & Entered:* | 04/18/2008 | Reply in Opposition |
| 24 | *Filed & Entered:* | 04/17/2008 | Motion for Discovery |
| -- | *Filed & Entered:* | 04/08/2008 | Order on Motion for Discovery |
| 23 | *Filed & Entered:* | 04/07/2008 | Response to Motion |
| 22 | *Filed & Entered:*<br>*Terminated:* | 04/03/2008<br>04/08/2008 | Motion for Discovery |
| 21 | *Filed & Entered:* | 03/17/2008 | Notice(Other) |
| -- | *Filed & Entered:* | 03/10/2008 | Order on Motion for Discovery |
| 15 | *Filed & Entered:* | 03/07/2008 | Notice (Other) |
| 16 | *Filed & Entered:* | 03/07/2008 | Memorandum in Opposition |
| 17 | *Filed & Entered:* | 03/07/2008 | Response in Opposition to Motion |
| 18 | *Filed & Entered:* | 03/07/2008 | Memorandum in Opposition |
| 19 | *Filed & Entered:* | 03/07/2008 | Memorandum in Opposition |
| 20 | *Filed & Entered:* | 03/07/2008 | Affidavit in Opposition to Motion |
| 14 | *Filed & Entered:*<br>*Terminated:* | 03/04/2008<br>03/10/2008 | Motion for Discovery |
| 13 | *Filed & Entered:* | 03/03/2008 | Answer to Amended Complaint |
| 12 | *Filed & Entered:* | 02/28/2008 | Notice of Appearance |
| -- | *Filed:*<br>*Entered:* | 02/26/2008<br>02/27/2008 | Order |
| 11 | *Filed:*<br>*Entered:* | 02/24/2008<br>02/27/2008 | Letter |
| -- | *Filed & Entered:* | 02/11/2008 | Order on Motion for Leave to Appear |
| 9 | *Filed & Entered:* | 02/11/2008 | Notice of Appearance |
| 10 | *Filed & Entered:* | 02/11/2008 | Notice of Appearance |

| | | | |
|---|---|---|---|
| 8 | *Filed & Entered:*<br>*Terminated:* | 02/08/2008<br>02/11/2008 | Motion for Leave to Appear Pro Hac Vice |
| 7 | *Filed & Entered:* | 01/18/2008 | Pretrial Conference - Initial |
| -- | *Filed & Entered:* | 01/11/2008 | Order on Motion to Adjourn Conference |
| 5 | *Filed & Entered:* | 01/10/2008 | Motion to Change Venue |
| 6 | *Filed & Entered:*<br>*Terminated:* | 01/10/2008<br>01/11/2008 | Motion to Adjourn Conference |
| 4 | *Filed & Entered:* | 12/14/2007 | Amended Complaint |
| 3 | *Filed & Entered:* | 11/20/2007 | Scheduling Order |
| 2 | *Filed & Entered:* | 11/07/2007 | Order of Recusal |
| -- | *Filed & Entered:* | 09/24/2007 | Case Ineligible for Arbitration |
| -- | *Filed:*<br>*Entered:* | 09/21/2007<br>09/24/2007 | Summons Issued |
| 1 | *Filed:*<br>*Entered:* | 09/21/2007<br>09/24/2007 | Complaint |

## PACER Service Center

### Transaction Receipt

04/22/2008 11:51:48

| | | | |
|---|---|---|---|
| **PACER Login:** | sl1408 | **Client Code:** | Teitelbaum |
| **Description:** | History/Documents | **Search Criteria:** | 2:07-cv-03971-LDW-ETB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |