1  **JEFFREY M. FORSTER (SBN 50519)**
   160 West Santa Clara Street, Suite 1100
2  San Jose, CA 95113
   Telephone:   (408) 977-3137
3  Facsimile:   (408) 977-3141
   Email:       jforstr@pacbell.net
4
   **STEVEN R. LEVY   (State Bar No. 103164)**
5  17670 Woodland Avenue
   Morgan Hill, CA 95037
6  Telephone:   (408) 274-7000
   Facsimile:   (408) 274-9000
7  Email:       slevy@bigfoot.com

8  Attorneys for Defendant, William Teitelbaum

9                     UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  **LAY SIOK LIN,** | **CASE NUMBER: C 07 5551 WHA** |
| 13       Plaintiff, | **[PROPOSED] ORDER RE MOTION OF DEFENDANT, WILLIAM TEITELBAUM, TO DISMISS OR, IN THE ALTERNATIVE, STAY OR TRANSFER ACTION AND TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION (Alternative Provisions Included)** |
| 14  v. | |
| 15  **PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,** | |
| 16       Defendants. | |
| 17 | Motion Date:  May 29, 2008<br>Motion Time:  8:00 a.m. |
| 18 | |
| 19 | Judge:        Hon. William Alsup<br>Courtroom:    9 (19th Floor) |
| 20 | Complaint Filed: October 31, 2007 |
| 21 | Trial Date:   January 5, 2009 |

22

23

24       The motion of defendant, William Teitelbaum, for an order to dismiss or, in the

25  alternative, stay or transfer action and to dismiss plaintiff's second cause of action came on

26  regularly for hearing on May 29, 2008, at 8:00 a.m., in Courtroom 9 of the above entitled court,

27  the Honorable William Alsup presiding.

28       Appearing as attorneys were:

CASE NUMBER:  C 07 5551 WHA
[Proposed] Order re Motion of Defendant, William Teitelbaum,
to Dismiss Or, in the Alternative, Stay or Transfer Action and to
Dismiss Plaintiff's Second Cause of Action (Alternative Provisions Included)  Page 1 of 3

1  Steven Levy and Jeffrey Forster for the defendant and moving party, William
2  Teitelbaum;
3  Matthew Metz for the plaintiff, Lay Siok Lin; and
4  John Heffner for defendants Bruce Mabey and Platinum Too, LLC.
5      The court having reviewed the papers in support of and in opposition to the motion,
6 having heard the argument of counsel, having reviewed its files in this matter, satisfactory proof
7 having been made, and good cause appearing,

9      IT IS HEREBY ORDERED that:

11  1.  The Motion of Defendant, William Teitelbaum, to Dismiss Plaintiff's Second
12      Cause of Action ( entitled "Fraud in the Offer and Sale of Securities") alleging
13      violation of Section 17(a) of the Securities Act, 15 U.S.C. §77q(a), is hereby
14      granted and Plaintiff's Second Cause of Action ( entitled "Fraud in the Offer and
15      Sale of Securities") is hereby dismissed on the grounds that there is no private
16      right of action under 15 U.S.C. § 77q.

18  2.  The Motion of Defendant, William Teitelbaum, to Dismiss Or, in the Alternative,
19      Stay or Transfer Action is hereby granted and this action is hereby ordered:

21      _____ that this action is dismissed on the basis of there being a prior-filed
22      case pending in the U.S. District Court for Eastern District of New York
23      entitled Teitelbaum v. Lin, et. al., (Case Number: 2:07-CV-03971-LDW-
24      ETB);

26      OR

28      _____ stayed pending the outcome of the motion to change venue presently

**CASE NUMBER: C 07 5551 WHA**
**[Proposed] Order re Motion of Defendant, William Teitelbaum,**
**to Dismiss Or, in the Alternative, Stay or Transfer Action and to**
**Dismiss Plaintiff's Second Cause of Action (Alternative Provisions Included)** Page 2 of 3

1 | pending in the case of Teitelbaum v. Lin, et. al., in the U.S. District Court
2 | for Eastern District of New York (Case Number: 2:07-CV-03971-LDW-
3 | ETB);

5 | OR
6 | _____ transferred to the U.S. District Court for Eastern District of New
7 | York for further proceedings in the case of Teitelbaum v. Lin, et. al.,
8 | in(Case Number: 2:07-CV-03971-LDW-ETB);

10 | OR

12 | 2. The Motion of Defendant, William Teitelbaum, to Dismiss Or, in the Alternative,
13 | Stay or Transfer Action is denied without prejudice to renew depending on the
14 | outcome of the venue motion in the U.S. District Court for Eastern District of New
15 | York in the case of Teitelbaum v. Lin, et. al., in(Case Number: 2:07-CV-03971-
16 | LDW-ETB).

19 | Dated: _____     _____
20 |                                      HON. WILLIAM ALSUP

**CASE NUMBER: C 07 5551 WHA**
**[Proposed] Order re Motion of Defendant, William Teitelbaum,**
**to Dismiss Or, in the Alternative, Stay or Transfer Action and to**
**Dismiss Plaintiff's Second Cause of Action (Alternative Provisions Included)** Page 3 of 3