1  David Balter, State Bar No. 212027
   John N. Heffner, State Bar No. 221557
2  jheffner@dpf-law.com
   DICKENSON, PEATMAN & FOGARTY
3  A Professional Corporation
   809 Coombs Street
4  Napa, California 94559
   Telephone: (707) 252-7122
5  Facsimile: (707) 255-6876

6  Attorneys for Defendant
   Bruce Mabey and Platinum Too, LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | LAY SIOK LIN,                          | CASE NO. C-07-5551-WHA |
13 |     Plaintiff,                         | **NOTICE OF DEFENDANTS PLATINUM TOO, LLC AND BRUCE MABEY'S MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A STAY OR TRANSFER** |
14 |     vs.                                |  |
15 | PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM, | |
16 |     Defendants.                        | Date:   May 29, 2008
                                              Time:   8:00 am
17                                            Dept:   9 (19th Flr,)
                                              Judge:  Hon. William Alsup
18
                                              Trial Date: January 5, 2009
19                                            Action Filed: October 31, 2007

20

21         TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22

23         PLEASE TAKE NOTICE that on May 29, 2008 at 8:00 am, or as soon thereafter as the

24  matter may be heard in Courtroom 9 of the above entitled Court, Defendants Platinum Too, LLC

25  and Bruce Mabey ("Defendants") will move the Court for an order of dismissal on all claims

26  asserted in plaintiff Lay Siok Lin's ("Plaintiff") Complaint for Violations of the Federal

27  Securities Law, Breach of Contract, Fraud (the "Complaint") or, in the alternative an order

28  staying this case or transferring this case to the U.S. District Court for the Eastern District of New

York.

Defendants bring this motion on the ground that the subject matter of this action is subsumed entirely by a previously-filed lawsuit in the U.S. District Court for the Eastern District of New York. Accordingly, under the "first to file rule", Plaintiff's duplicative Complaint should be dismissed or, at a minimum, stayed pending resolution of the previously-filed lawsuit or transferred to the U.S. District Court for the Eastern District of New York.

Defendants also bring this motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because Plaintiff's Second Cause of Action in the Complaint fails to state a claim upon which relief can be granted. Plaintiff's Second Cause of Action seeks relief pursuant to 15 U.S.C. § 77q. However, no private right of action exists under 15 U.S.C. § 77q. (*Puchall v. Houghton, Cluck, Coughlin & Riley*, 823 F.2d 1349, 1353 (9th Cir. 1987).)

Defendants' motion is based on this notice and motion, the memorandum of points and authorities, the declaration of John N. Heffner in support of the motion, the pleadings and files in this action, and on such additional evidence or argument that may be presented at the hearing.

Dated: April 23, 2008.

DICKENSON, PEATMAN & FOGARTY

By  */s/ John N. Heffner*
John N. Heffner, Attorneys for Defendant