David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendants
Bruce Mabey and Platinum Too, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>    Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>    Defendants. | CASE NO. C-07-5551-WHA<br><br>**DECLARATION OF JOHN N. HEFFNER IN SUPPORT OF DEFENDANTS PLATINUM TOO, LLC AND BRUCE MABEY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A STAY OR TRANSFER**<br><br>Date:         May 29, 2008<br>Time:         8:00 am<br>Dept:         9 (19th Flr,)<br>Judge:        Hon. William Alsup<br><br>Trial Date:   January 5, 2009<br>Action Filed: October 31, 2007 |

I, John N. Heffner, declare:

1.      I am an attorney at law, duly licensed to practice before all of the courts of the State of California. I am an attorney with Dickenson Peatman & Fogarty, counsel for record for defendants Bruce Mabey and Platinum Too, LLC. I am over the age of eighteen years and am not a party to this action. If called to testify regarding the following matters, I could and would do so competently.

1      2.      Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's Complaint
2  for Violations of the Federal Securities Law, Breach of Contract, Fraud filed in this action (the
3  "California Action") on October 31, 2007.

4      3.      Attached hereto as Exhibit "B" is a true and correct copy of William A.
5  Teitelbaum's Complaint filed in *Teitelbaum v. Lin, et al.*, case no. 07-03971 in the U.S. District
6  Court for the Eastern District of New York.

7      4.      Attached hereto as Exhibit "C" is a true and correct copy of William A.
8  Teitelbaum's Amended Complaint filed in *Teitelbaum v. Lin, et al.*, case no. 07-03971 in the U.S.
9  District Court for the Eastern District of New York.  This Complaint added Bruce Mabey and
10 Platinum Too, LLC as defendants, but is otherwise similar to the earlier complaint (Exh. "B").

11     5.      Attached hereto as Exhibit "D" is a true and correct copy of Stipulation for a Stay
12 signed by all parties in this action and on file in this action.

13     6.      Attached hereto as Exhibit "E" is a true and correct copy of the Civil Docket for
14 *Teitelbaum v. Lin, et al.*, case no. 07-03971 in the U.S. District Court for the Eastern District of
15 New York.  This Civil Docket was obtained from PACER on April 20, 2008.

17     I declare under penalty of perjury under the laws of the United States of America that the
18 foregoing is true and correct and that this declaration was executed on April 23, 2008 in Napa,
19 California.

                                                          */s/ John N. Heffner*
20                                                        John N. Heffner