# EXHIBIT "D"

David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendant
Bruce Mabey and Platinum Too, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>　　　Defendants. | CASE NO. C-07-5551-WHA<br><br>**STIPULATION FOR A STAY ORDER**<br><br>Judge:　　　Hon. William Alsup<br>Trial Date:　January 5, 2009<br>Action Filed:　October 31, 2007 |

WHEREAS on September 21, 2007, Defendant William Teitelbaum ("Teitelbaum") filed a complaint against Plaintiff Lay Siok Lin ("Plaintiff") in *Teitelbaum v. Lin, et al.*, U.S. District Court for the Eastern District of New York, case no. 07-cv-03971-LDW-ETB (the "New York Action");

WHEREAS Plaintiff filed a complaint against Platinum Too, LLC ("Platinum"), Bruce Mabey ("Mabey"), and Teitelbaum in this action on October 31, 2007 (the "California Action");

WHEREAS Teitelbaum filed an amended complaint in the New York Action on December 14, 2007 adding Platinum and Mabey as defendants;

WHEREAS Plaintiff, on January 10, 2008, filed a motion in the New York Action to transfer venue of the New York Action to this Court (the "Motion to Transfer");

WHEREAS the Court in the New York Action has not yet ruled on Plaintiff's Motion to Transfer even though the parties have fully briefed that motion;

WHEREAS the California Action and the New York Action involve the same parties and the same events, transactions, occurrences;

WHEREAS the parties have already begun discovery in the New York Action;

WHEREAS Defendants Platinum, Mabey, and Teitelbaum, if this Court does not grant the stay requested herein, will file motions requesting that this Court transfer this case to the U.S. District Court for the Eastern District of New York to join the earlier-filed New York Action;

WHEREAS the parties seek to avoid concurrently litigating the same issues in two courts, to avoid unnecessary motions, to avoid additional legal fees and expenses, to avoid dual tracks of discovery, and to avoid the risk of inconsistent rulings;

IS HEREBY STIPULATED by and between Plaintiff and Defendants Platinum, Mabey, and Teitelbaum, through their respective attorneys of record, that the California Action should be STAYED for all purposes, including but not limited to discovery and initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, pending a ruling on Plaintiff's now-pending Motion to Transfer in the New York Action.

IT IS FURTHER STIPULATED that the parties may continue to litigate and pursue discovery in the New York Action even though the California Action is stayed.

IT IS FURTHER STIPULATED that if the Court in the New York Action denies Plaintiff's Motion to Transfer, then Plaintiff, Platinum, Mabey, and Teitelbaum will stipulate to the dismissal of the California Action with prejudice.

IT IS FURTHER STIPULATED that if the Court in the New York Action grants Plaintiff's Motion to Transfer, then the stay in this action should be lifted and the California Action should be consolidated with the then-transferred New York Action. Additionally, all discovery conducted in the New York Action, including all initial disclosures made pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, would then be deemed part of the then-consolidated California Action.

////

1  Dated: April ___, 2008.

2                            FORSTER & SEGAL

3

4  By _____
      Jeffrey Forster
      Attorneys for Defendant William Teitelbaum

5  Dated: April ___, 2008.

6

7  LAW OFFICE OF STEVEN R. LEVY

8  By _____
      Steven R. Levy
9        Attorneys for Defendant William Teitelbaum

10  Dated: April 11, 2008.

11  DICKENSON, PEATMAN & FOGARTY

12

13  By /s/ _____
      John N. Heffner
14        Attorneys for Defendants Bruce Mabey and
      Platinum Too, LLC

15  Dated: April ___, 2008.

16

17  METZ LAW GROUP, PLLC

18  By _____
      Matthew N. Metz
19        Attorneys for Plaintiff Lay Siok Lin



1 Dated: April 11, 2008.

FORSTER & SEGAL

By _____
Jeffrey Forster
Attorneys for Defendant William Teitelbaum

Dated: April ___, 2008.

LAW OFFICE OF STEVEN R. LEVY

By _____
Steven R. Levy
Attorneys for Defendant William Teitelbaum

Dated: April ___, 2008.

DICKENSON, PEATMAN & FOGARTY

By _____
John N. Heffner
Attorneys for Defendants Bruce Mabey and Platinum Too, LLC

Dated: April ___, 2008.

METZ LAW GROUP, PLLC

By _____
Matthew N. Metz
Attorneys for Plaintiff Lay Siok Lin

STIPULATION FOR A STAY ORDER    3    Case No. C-07-5551-WHA

Dated: April ___, 2008.

FORSTER & SEGAL

By _____
Jeffrey Forster
Attorneys for Defendant William Teitelbaum

Dated: April ___, 2008.

LAW OFFICE OF STEVEN R. LEVY

By _____
Steven R. Levy
Attorneys for Defendant William Teitelbaum

Dated: April ___, 2008.

DICKENSON, PEATMAN & FOGARTY

By _____
John N. Heffner
Attorneys for Defendants Bruce Mabey and Platinum Too, LLC

Dated: April /(__, 2008.

METZ LAW GROUP, PLLC

By _____/s/_____
Matthew N. Metz
Attorneys for Plaintiff Lay Siok Lin

STIPULATION FOR A STAY ORDER   3   Case No. C-07-5551-WHA

1  Dated: April ___, 2008.

                                    FORSTER & SEGAL

                                    By _____
                                       Jeffrey Forster
                                       Attorneys for Defendant William Teitelbaum

   Dated: April 10, 2008.

                                    LAW OFFICE OF STEVEN R. LEVY

                                    By _____
                                       Steven R. Levy
                                       Attorneys for Defendant William Teitelbaum

   Dated: April ___, 2008.

                                    DICKENSON, PEATMAN & FOGARTY

                                    By _____
                                       John N. Heffner
                                       Attorneys for Defendants Bruce Mabey and
                                       Platinum Too, LLC

   Dated: April ___, 2008.

                                    METZ LAW GROUP, PLLC

                                    By _____
                                       Matthew N. Metz
                                       Attorneys for Plaintiff Lay Siok Lin

STIPULATION FOR A STAY ORDER          3                    Case No. C-07-5551-WHA