**EXHIBIT "E"**

## U.S. District Court
### Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:07-cv-03971-LDW-ETB

| | |
|---|---|
| Teitelbaum v. Lin | Date Filed: 09/21/2007 |
| Assigned to: Senior-Judge Leonard D. Wexler | Jury Demand: None |
| Referred to: Magistrate-Judge E. Thomas Boyle | Nature of Suit: 850 Securities/Commodities |
| Cause: 28:2201 Declaratory Judgement | Jurisdiction: Federal Question |

**Plaintiff**

**William A Teitelbaum**     represented by     **Anton J. Borovina**
Borovina & Marullo, PLLC
445 Broadhollow Road
Suite 334
Melville, NY 11747
631-630-1101
Fax: 631-465-8935
Email: ajb@bormarlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lay Siok Lin**     represented by     **Matthew N. Metz**
Metz Law Group, PLLC
810 3RD AVE., STE. 700
Seattle, WA 98104
206-583-2745
Fax: 206-625-8683
Email: matthew@metzlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Petriello**
Levy, Ehrlich & Petriello
60 Park Place
Suite 1016
Newark, NJ 07102
973-643-0040
Fax: 973-596-1781
Email: john@lep-lawyers.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Bruce Mabey** | represented by | **James M. Wicks**<br>Farrell Fritz, P.C.<br>1320 Reckson Plaza<br>Uniondale, NY 11556-1320<br>516-227-0700<br>Fax: 516-336-2204<br>Email: jwicks@farrellfritz.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Debbie Chun**<br>Farrell Fritz, P.C.<br>1320 Rexcorp Plaza<br>Uniondale, NY 11556<br>516-227-0658<br>Fax: 516-336-2748<br>Email: dchun@farrellfritz.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2007 | 1 | COMPLAINT *(Receipt #24092)* against Lay Siok Lin $ 350, filed by William A Teitelbaum. (Attachments: # 1 Civil Cover Sheet) (Ryan, Mary) (Entered: 09/24/2007) |
| 09/21/2007 | | Summons Issued as to Lay Siok Lin. (Ryan, Mary) (Entered: 09/24/2007) |
| 09/24/2007 | | Case Ineligible for Arbitration (Bollbach, Jean) (Entered: 09/24/2007) |
| 11/07/2007 | 2 | ORDER OF RECUSAL for CASE TYPE. Judge Michael L. Orenstein recused. Case reassigned to Judge E. Thomas Boyle for all further proceedings. Ordered by Judge Raymond J. Dearie on 11/7/2007. (Bowens, Priscilla) (Entered: 11/07/2007) |
| 11/20/2007 | 3 | SCHEDULING ORDER: Initial Conference set for 1/18/2008 09:30 AM before Magistrate-Judge E. Thomas Boyle. See order for further instructions. Counsel for Plaintiff(s) or Plaintiff pro se is obligated to serve a copy of this order on each defendant.. Ordered by Magistrate-Judge E. Thomas Boyle on 11/20/07. (Lundy, Lisa) (Entered: 11/20/2007) |
| 12/14/2007 | 4 | AMENDED COMPLAINT against Lay Siok Lin, filed by William A Teitelbaum. (Borovina, Anton) (Entered: 12/14/2007) |
| 01/10/2008 | 5 | MOTION to Change Venue by Lay Siok Lin. (Attachments: # 1 Declaration of Matthew Metz, Esq, # 2 Declaration of Siok Lin Lay, # 3 Declaration of Mei Lin Lay, # 4 Memorandum of Law) (Petriello, John) (Entered: 01/10/2008) |
| 01/10/2008 | 6 | MOTION to Adjourn Conference by Lay Siok Lin. (Petriello, John) (Entered: 01/10/2008) |
| 01/11/2008 | | ENDORSED ORDER denying 6 Motion to Adjourn Conference. SEE Rule 16 (b), Fed. R. Civ. P. Ordered by Magistrate Judge E. Thomas Boyle on 1/11/08. |

| | | |
|---|---|---|
| | | Defendant's counsel is directed to notify all counsel of this order upon receipt. (Joy, Dolores) (Entered: 01/11/2008) |
| 01/18/2008 | 7 | Minute Entry for proceedings held before Magistrate Judge E. Thomas Boyle:Initial Pretrial Conference held on 1/18/2008, ( Discovery due by 6/30/2008., Proposed Pretrial Order due by 7/30/2008 List of trial Witnesses & Exhibits., Final Pretrial Conference by phone set for 8/7/2008 02:00 PM before Magistrate Judge E. Thomas Boyle.) The conference call should be made through the teleconference operator provided by your long-distance service (e.g., AT&T, MCI, Sprint). (So ordered by Mag. Judge Boyle on 1/18/08). (Lundy, Lisa) (Entered: 01/18/2008) |
| 02/08/2008 | 8 | MOTION for Leave to Appear Pro Hac Vice *for Matthew Metz, Esq.* Filing fee $ 25, receipt number 02070000000002780079. by Lay Siok Lin. (Attachments: # 1 Affidavit Matthew Metz, Esq,, # 2 Text of Proposed Order) (Petriello, John) (Entered: 02/08/2008) |
| 02/11/2008 | | ORDER granting 8 Motion for Leave to Appear pro hac vice, as to attorney Matthew N. Metz. Mr. Metz is permitted to argue or try this case in whole or in part as counsel or advocate. Mr. Metz shall register for ECF. Registration is available online at the E.D.N.Y. homepage. Once registered, Mr. Metz shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Ordered by Magistrate Judge E. Thomas Boyle on 2/11/08. (Joy, Dolores) (Entered: 02/11/2008) |
| 02/11/2008 | 9 | NOTICE of Appearance by Debbie Chun on behalf of Bruce Mabey (aty to be noticed) (Chun, Debbie) (Entered: 02/11/2008) |
| 02/11/2008 | 10 | NOTICE of Appearance by James M. Wicks on behalf of Bruce Mabey (aty to be noticed) (Wicks, James) (Entered: 02/11/2008) |
| 02/24/2008 | 11 | LETTER dtd 1/24/08 from Counsel for Defendant, Lay Siok Lin to Judge Wexler re: Defendant is filing a motion to transfer the venue of this matter to the United States District Court, Northern District of California. Enclosed is the Briefing Schedule: All opposition paper in my possession by February 15, 08, Filing of reply papers and all motion paper on March 7, 2008. (Mierzejewski, Elizabeth) (Entered: 02/27/2008) |
| 02/26/2008 | | ENDORSED ORDER APPROVING the Briefing schedule. in document # 11 . Ordered by Senior Judge Leonard D. Wexler on 2/26/08. (Mierzejewski, Elizabeth) (Entered: 02/27/2008) |
| 02/28/2008 | 12 | NOTICE of Appearance by Matthew N. Metz on behalf of Lay Siok Lin (aty to be noticed) (Metz, Matthew) (Entered: 02/28/2008) |
| 03/03/2008 | 13 | ANSWER to 4 Amended Complaint by Bruce Mabey. (Wicks, James) (Entered: 03/03/2008) |
| 03/04/2008 | 14 | MOTION for Discovery by Lay Siok Lin. (Attachments: # 1 Exhibit Letter) (Petriello, John) (Entered: 03/04/2008) |
| 03/07/2008 | 15 | NOTICE: The enclosed document (Letter) is being returned for the following reason: ELECTRONIC CASE FILING (ECF) - All documents filed with the court shall be filed electronically, in compliance with Administrative Order |

| | | |
|---|---|---|
| | | 2004-08, dated June 22, 2004 (c/f to Anton J. Borovina, Esq.) (Minerva, Deanna) (Entered: 03/07/2008) |
| 03/07/2008 | 16 | MEMORANDUM in Opposition re 5 MOTION to Change Venue filed by William A Teitelbaum. (Attachments: # 1 Affidavit Declarations of W Teitelbaum and A Borovina) (Petriello, John) (Entered: 03/07/2008) |
| 03/07/2008 | 17 | RESPONSE in Opposition re 14 MOTION for Discovery filed by William A Teitelbaum. (Borovina, Anton) (Entered: 03/07/2008) |
| 03/07/2008 | 18 | MEMORANDUM in Opposition re 5 MOTION to Change Venue filed by Bruce Mabey. (Attachments: # 1 Affidavit B Mabey) (Petriello, John) (Entered: 03/07/2008) |
| 03/07/2008 | 19 | MEMORANDUM in Opposition re 5 MOTION to Change Venue *to the Northern District of California* filed by Bruce Mabey. (Wicks, James) (Entered: 03/07/2008) |
| 03/07/2008 | 20 | AFFIDAVIT/DECLARATION in Opposition re 5 MOTION to Change Venue *to the Northern District of California* filed by Bruce Mabey. (Attachments: # 1 Exhibit "A", # 2 Certificate of Service) (Wicks, James) (Entered: 03/07/2008) |
| 03/10/2008 | | ENDORSED ORDER denying 14 Motion for Discovery. This application is denied without prejudice to renewal. SEE correspondence by plaintiff's counsel describing untimely compliance with Rule 26(a)(1). SEE also, order by the undersigned, dated 11/20/07 at 1, No. 1. Ordered by Magistrate Judge E. Thomas Boyle on 3/10/08. Defendant's counsel is directed to notify all counsel of this order upon receipt. (Joy, Dolores) (Entered: 03/10/2008) |
| 03/17/2008 | 21 | NOTICE by Bruce Mabey *of Defendant's Initial Disclosures pursuant to FRCP 26(a)* (Attachments: # 1 Exhibit Promissory Note) (Chun, Debbie) (Entered: 03/17/2008) |
| 04/03/2008 | 22 | MOTION for Discovery *for failure of Bruce Mabey to provide responses to discovery requests* by Lay Siok Lin. (Petriello, John) (Entered: 04/03/2008) |
| 04/07/2008 | 23 | RESPONSE to Motion re 22 MOTION for Discovery *for failure of Bruce Mabey to provide responses to discovery requests* filed by Bruce Mabey. (Chun, Debbie) (Entered: 04/07/2008) |
| 04/08/2008 | | ENDORSED ORDER denying 22 Motion for Discovery. This application is denied without prejudice to renewal. Mabey's time to respond is extended to 4/21/08. SEE correspondence of Debbie Chun, dated 4/7/08. Ordered by Magistrate Judge E. Thomas Boyle on 4/8/08. (Joy, Dolores) (Entered: 04/08/2008) |
| 04/17/2008 | 24 | MOTION for Discovery *to compel Plaintiff to respond to Defendant's Interrogatories* by Lay Siok Lin. (Petriello, John) (Entered: 04/17/2008) |
| 04/18/2008 | 25 | REPLY in Opposition *to motion to compel discovery* filed by William A Teitelbaum. (Borovina, Anton) (Entered: 04/18/2008) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 04/21/2008 00:21:30 ||||
| **PACER Login:** | ch0058 | **Client Code:** | 999999/99999/999999 |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-03971-LDW-ETB |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |