David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendants
Bruce Mabey and Platinum Too, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>Defendants. | CASE NO. C-07-5551-WHA<br><br>**DECLARATION OF DEBBIE CHUN IN SUPPORT OF DEFENDANTS PLATINUM TOO, LLC AND BRUCE MABEY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A STAY**<br><br>Date:   May 29, 2008<br>Time:   8:00 am<br>Dept:   9 (19th Flr,)<br>Judge:  Hon. William Alsup<br><br>Trial Date:   January 5, 2009<br>Action Filed: October 31, 2007 |

I, Debbie Chun, declare:

1.     I am an attorney with Farrell Fritz, P.C., counsel for Bruce Mabey ("Mabey") in the pending case of *Teitelbaum v. Lin, et al.*, U.S. District Court for the Eastern District of New York, case no. 07-cv-03971-LDW-ETB (the "New York Action"). I am over the age of eighteen years and am not a party to this action. If called to testify regarding the following matters, I could and would do so competently.

2.     Currently, Plaintiff Lay Siok Line has served Mabey and Teitelbaum with written interrogatories, document demands, and requests for admission in the New York Action.

Responses were due on Monday, April 21, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 21, 2008 in Uniondale, New York.

                                      */s/ Debbie Chun*
                                      Debbie Chun