David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendants
Bruce Mabey and Platinum Too, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>    Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>    Defendants. | CASE NO. C-07-5551-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS PLATINUM TOO, LLC AND BRUCE MABEY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A STAY OR TRANSFER**<br><br>Date:    May 29, 2008<br>Time:    8:00 am<br>Dept:    9 (19th Flr,)<br>Judge:   Hon. William Alsup<br><br>Trial Date:   January 5, 2009<br>Action Filed:  October 31, 2007 |

    Defendants Platinum Too, LLC and Bruce Mabey's Motion to Dismiss or, in the Alternative, for a stay or transfer (the "Motion") came on regularly for hearing in this Court on May 29, 2008. Appearances were as stated in the record.

    Having considered the papers and evidence submitted by the parties and the arguments of counsel, the Court hereby GRANTS the Motion and ORDERS that:

    1.    Plaintiff Lay Siok Lin's Second Cause of Action for Fraud in the Offer and Sale of Securities alleging violations of Section 17(a) of the Securities Act, 15 U.S.C. § 77q, is hereby dismissed on the grounds that no private right of action exists under 15 U.S.C. § 77q; and

1  2.  This entire action is hereby:

2  ☐  DISMISSED pursuant to the first-to-file rule because a prior-
3     filed case is already pending in *Teitelbaum v. Lin, et al.*, U.S.
4     District Court for the Eastern District of New York, case no. 07-
5     03971-LDW-ETB; or

6  ☐  STAYED pursuant to the first-to-file rule pending the outcome
7     of a motion to transfer venue currently pending in *Teitelbaum v.
8     Lin, et al.*, U.S. District Court for the Eastern District of New
9     York, case no. 07-03971-LDW-ETB; or

10 ☐  TRANSFERRED pursuant to the first-to-file rule to the Eastern
11    District of New York to be consolidated with *Teitelbaum v. Lin,
12    et al.*, U.S. District Court for the Eastern District of New York,
13    case no. 07-03971-LDW-ETB.

15  DATED: _____, 2008.

         _____
         Honorable William Alsup
         Judge of the United States District Court