David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendants
Bruce Mabey and Platinum Too, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>    Plaintiff,<br><br>vs.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>    Defendants. | CASE NO. C-07-5551-WHA<br><br>**STIPULATION FOR ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**<br><br>Judge:        Hon. William Alsup<br>Trial Date:    January 5, 2009<br>Action Filed:  October 31, 2007 |

WHEREAS on September 21, 2007, Defendant William Teitelbaum ("Teitelbaum") filed a complaint against Plaintiff Lay Siok Lin ("Plaintiff") in *Teitelbaum v. Lin, et al.*, U.S. District Court for the Eastern District of New York, case no. 07-cv-03971-LDW-ETB (the "New York Action");

WHEREAS Plaintiff filed a complaint against Platinum Too, LLC ("Platinum"), Bruce Mabey ("Mabey"), and Teitelbaum in this action on October 31, 2007 (the "California Action");

WHEREAS Teitelbaum filed an amended complaint in the New York Action on December 14, 2007 adding Platinum and Mabey as defendants;

WHEREAS Plaintiff, on January 10, 2008, filed a motion in the New York Action to

STIPULATION FOR ORDER TRANSFERRING CASE                         Case No. C-07-5551-WHA

1  transfer venue of the New York Action to this Court (the "Motion to Transfer");

2  WHEREAS the Court in the New York Action has not yet ruled on Plaintiff's Motion to
3  Transfer even though the parties have fully briefed that motion;

4  WHEREAS the California Action and the New York Action involve the same parties and
5  the same events, transactions, and occurrences;

6  WHEREAS, on April 22, 2008 and April 23, 2008, Defendants Teitelbaum, Platinum, and
7  Mabey filed motions in this California Action, to be heard on May 29, 2008, to: (1) dismiss or, in
8  the alternative, stay or transfer this California Action under the first-to-file rule (*see Pacesetter*
9  *Sys. Inc. v. Medtronic, Inc.*, 678 F. 2d 93, 95 (9th Cir. 1982); and (2) dismiss Plaintiff's second
10 cause of action for failure to state a claim for which relief can be granted under Fed. R. Civ. Pro.
11 12(b)(6) (the "Motions to Dismiss");

12 WHEREAS the parties seek to avoid concurrently litigating the same issues in two courts,
13 to avoid unnecessary motions, to avoid additional legal fees and expenses, to avoid dual tracks of
14 discovery, and to avoid the risk of inconsistent rulings;

15 IS HEREBY STIPULATED by and between Plaintiff and Defendants Platinum, Mabey,
16 and Teitelbaum, through their respective attorneys of record, that the California Action should be
17 TRANSFERRED to the United States District Court for the Eastern District of New York to be
18 consolidated with the New York Action and thereby preventing the parties from concurrently
19 litigating the same claims in two courts;

20 IT IS FURTHER STIPULATED that, prior to the transfer of this California Action,
21 Plaintiff's second cause of action shall be dismissed with prejudice for failure to state a claim for
22 which relief can be granted under Fed. R. Civ. Pro. 12(b)(6);

23 IT IS FURTHER STIPULATED that, should this Court transfer the California Action to
24 the Eastern District of New York pursuant to this stipulation, Defendants Teitelbaum, Platinum,
25 and Mabey will withdraw the Motions to Dismiss, currently set for hearing on May 29, 2008;

26 IT IS FURTHER STIPULATED that, should this Court transfer the California Action to
27 the Eastern District of New York pursuant to this stipulation, Plaintiff shall immediately
28 withdraw her Motion to Transfer currently pending in the New York Action.

Dated: May 12, 2008.

FORSTER & SEGAL

By  */s/ Jeffrey Forster*
Jeffrey Forster
Attorneys for Defendant William Teitelbaum

Dated: May 10, 2008.

LAW OFFICE OF STEVEN R. LEVY

By  */s/ Steven R. Levy*
Steven R. Levy
Attorneys for Defendant William Teitelbaum

Dated: May 9, 2008.

DICKENSON, PEATMAN & FOGARTY

By  */s/ John N. Heffner*
John N. Heffner
Attorneys for Defendants Bruce Mabey and Platinum Too, LLC

Dated: May 9, 2008.

METZ LAW GROUP, PLLC

By  */s/ Matthew N. Metz*
Matthew N. Metz
Attorneys for Plaintiff Lay Siok Lin

STIPULATION FOR ORDER TRANSFERRING CASE    3    Case No. C-07-5551-WHA