1  David Balter, State Bar No. 212027
   John N. Heffner, State Bar No. 221557
2  jheffner@dpf-law.com
   DICKENSON, PEATMAN & FOGARTY
3  A Professional Corporation
   809 Coombs Street
4  Napa, California 94559
   Telephone: (707) 252-7122
5  Facsimile: (707) 255-6876

6  Attorneys for Defendants
   Bruce Mabey and Platinum Too, LLC
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  LAY SIOK LIN,                      CASE NO. C-07-5551-WHA

13         Plaintiff,                  **[PROPOSED] ORDER TRANSFERING CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

14         vs.

15  PLATINUM TOO, LLC, BRUCE
    MABEY, and WILLIAM TEITELBAUM,
16                                     Judge:        Hon. William Alsup
           Defendants.                 Trial Date:   January 5, 2009
17                                     Action Filed: October 31, 2007

18

19

20      Pursuant to the Stipulation for Order Transferring Case To The United States District

21  Court For The Eastern District Of New York, signed by all the parties to this action and on file in

22  this action, and good cause showing,

23      IT IS ORDERED that Plaintiff's second cause of action is hereby dismissed with

24  prejudice for failure to state a claim for which relief can be granted under Fed. R. Civ. Pro.

25  12(b)(6).

26      IT IS FURTHER ORDERED that this California Action is TRANSFERRED to the

27  United States District Court for the Eastern District of New York to be consolidated with the

28  currently-pending case styled *Teitelbaum v. Lin, et al.*, U.S. District Court for the Eastern District

[PROPOSED] ORDER TRANSFERRING CASE

1  of New York, case no. 07-cv-03971-LDW-ETB.

2      IT IS FURTHER ORDERED that the motions filed by Defendants Teitelbaum, Platinum,
3  and Mabey on April 22, 2008 and April 23, 2008 are withdrawn and the hearing on those motions
4  scheduled for May 29, 2008 is canceled.

5      IT IS FURTHER ORDERED that Plaintiff shall immediately withdraw her motion to
6  transfer that is currently pending in *Teitelbaum v. Lin, et al.*, U.S. District Court for the Eastern
7  District of New York, case no. 07-cv-03971-LDW-ETB.

9      DATED: _____, 2008.

10                                   Honorable William Alsup
11                                   Judge of the United States District Court


DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation