David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Defendants
Bruce Mabey and Platinum Too, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAY SIOK LIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PLATINUM TOO, LLC, BRUCE MABEY, and WILLIAM TEITELBAUM,<br><br>　　　　Defendants. | CASE NO. C-07-5551-WHA<br><br>[PROPOSED] ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK<br><br>Judge:　　　Hon. William Alsup<br>Trial Date:　January 5, 2009<br>Action Filed:　October 31, 2007 |

　　　　Pursuant to the Stipulation for Order Transferring Case To The United States District Court For The Eastern District Of New York, signed by all the parties to this action and on file in this action, and good cause showing,

　　　　IT IS ORDERED that Plaintiff's second cause of action is hereby dismissed with prejudice for failure to state a claim for which relief can be granted under Fed. R. Civ. Pro. 12(b)(6).

　　　　IT IS FURTHER ORDERED that this California Action is TRANSFERRED to the United States District Court for the Eastern District of New York to be consolidated with the currently-pending case styled *Teitelbaum v. Lin, et al.*, U.S. District Court for the Eastern District

[PROPOSED] ORDER TRANSFERRING CASE

1  of New York, case no. 07-cv-03971-LDW-ETB.

2  IT IS FURTHER ORDERED that the motions filed by Defendants Teitelbaum, Platinum, and Mabey on April 22, 2008 and April 23, 2008 are withdrawn and the hearing on those motions scheduled for May 29, 2008 is canceled.

5  IT IS FURTHER ORDERED that Plaintiff shall immediately withdraw her motion to transfer that is currently pending in *Teitelbaum v. Lin, et al.*, U.S. District Court for the Eastern District of New York, case no. 07-cv-03971-LDW-ETB.

DATED: May 13, 2008.

IT IS SO ORDERED
Judge William Alsup

Honorable William Alsup
Judge of the United States District Court

[PROPOSED] ORDER TRANSFERING CASE     2